United States District Court
Southern District of Texas
FILED

MAY 2 8 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

CIVIL ACTION NO. **B-04-039**   DATE & TIME: **5/27/04 @ 9:30-9:42 am**

COUNSEL:

| | | |
|---|---|---|
| CARLOS ATKINSON | § | Dennis Donwey |
| VS | § | |
| THOMAS J. RIDGE, In his Official Capacity as Secretary, U.S. Dept of Homeland Security | § | Nancy Masso, AUSA |

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Zepeda

Case called on the docket. Dennis Downey appeared for Plaintiff. Nancy Masso, AUSA, appeared for the Defendant and announce ready.

Parties inform the Court that this will be a trial before the Court. ETT-3 days

The following deadlines are set by the Court:

   Plaintiff's experts named by 11/5/04
   Defendant's experts named by 12/10/04
   Discovery completed by 1/21/05
   Dispositive motions filed by 2/18/05
   Final Pretrial set for 1:30 p.m. on May, 2005
   Joint Pretrial Order is due by 4/15/05
   New parties joined by 6/25/04

Any of the above dates, with the exception of the Joint Pretrial Order and Final Pretrial dates, may be changed by agreement of counsel and the Court to be informed by letter of any changes.

Court is adjourned.