IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ATKINSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-039 |
| | § | |
| THOMAS J. RIDGE, In his Official | § | |
| Capacity as Secretary, U.S. Dept of Homeland Security | | |

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.   ■ Bench   ☐ Jury

2. New parties must be joined by:   __June 25, 2004__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __November 5, 2004__

4. The defendant's experts must be named with a report furnished by:   __December 10, 2004__

5. Discovery must be completed by:   __January 21, 2005__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   __February 18, 2005__

*************************   The Court will provide these dates.   *************************

7. Joint pretrial order is due:   __April 15, 2005__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:   __May, 2005__

The case will remain on standby until tried.

Signed this the __27th__ day of __M_____, 2004.

Andrew S. Hanen
United States District Judge

xc: **Dennis Downey**
   **Nancy Masso, AUSA**