IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS ATKINSON ) | |
| ) | |
| Plaintiff, ) | Case No. B-04-039 |
| ) | |
| v. ) | |
| ) | |
| THOMAS J. RIDGE, Secretary ) | |
| U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |

*DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION*
*OF SCHEDULING ORDER DEADLINES*

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves this Court for an order extending all the deadlines set in this case by one hundred twenty (120) days. Defendant submits that unanticipated delays occurred during the initial phase of discovery; as a consequence of this delay, Defendant requires additional time to complete discovery, name experts, and, if necessary, prepare and file appropriate motions with the Court. Defendant does not seek this extension for the purpose of delay; rather, Defendant seeks this extension so justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court set extend all the scheduling deadlines by a period of no less than one hundred twenty (120) days.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY
 /s/ **Nancy L. Masso**
NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### *Certificate of Consultation*

The undersigned certifies that, in accordance with the local rules of this Court, counsel for the Plaintiff was consulted about the filing of this motion. On March 16, 2005, Plaintiff's counsel advised that he did not oppose this motion.

Dated: March 16, 2005          /s/ **Nancy L. Masso**
                               NANCY L. MASSO
                               Assistant United States Attorney


### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing:

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF SCHEDULING ORDER DEADLINES

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Denis A. Downey
Attorney at Law
1185 FM 802, Suite 3
Brownsville, Texas 78521

March 16, 2005                 /s/ **Nancy L. Masso**
Date                           NANCY L. MASSO
                               Assistant United States Attorney