# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS ATKINSON ) | |
| ) | |
| Plaintiff, ) | Case No. B-04-039 |
| ) | |
| v. ) | |
| ) | |
| THOMAS J. RIDGE, Secretary ) | |
| U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |

## *ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES*

Today, this Court considered the "Defendant's Unopposed Motion for Extension of Scheduling Order Deadlines". Having reviewed the motion, and noted that counsel for the Plaintiff is unopposed, the Court finds that the Defendants' motion should be GRANTED.

THEREFORE, IT IS ORDERED, that the deadlines set forth in this case by way of this Court's May 27, 2004, Scheduling Order are extended by one hundred twenty (120) days.

Signed: _____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE