United States District Court
Southern District of Texas
ENTERED

MAR 22 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| CARLOS ATKINSON,<br>    Plaintiff,<br><br>vs.<br><br>THOMAS J. RIDGE, Secretary<br>U.S. Department of Homeland Security,<br>    Defendant. | §<br>§<br>§<br>§   CIV. NO. B-04-039<br>§<br>§<br>§<br>§ |

## ORDER

On March 16, 2005, Defendant Thomas J. Ridge filed an Unopposed Motion for Extension of Scheduling Order Deadlines (docket number 6). The Court hereby grants said motion and sets the following deadlines:

1.  The discovery cutoff is June 21, 2005.

2.  The deadline for filing dispositive motions is July 21, 2005.

4.  The pretrial order is to be submitted on or before September 16, 2005.

5.  The final pretrial conference is October 4, 2005 at 1:30 p.m.

_/s/ Andrew S. Hanen_
Andrew S. Hanen
United States District Judge