**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS ATKINSON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. B-04-039 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS J. RIDGE, Secretary | ) | |
| U.S. DEPARTMENT OF | ) | |
| HOMELAND SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

***DEFENDANT'S SECOND MOTION FOR EXTENSION***
***OF SCHEDULING ORDER DEADLINES***
***(OPPOSITION UNKNOWN)***

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, by and through Chuck Rosenberg, United States Attorney for the Southern District of Texas, moves this Court for a second order extending all the deadlines set in this case.

Defendant submits that discovery in this case has been delayed, in part, as the result of two other lawsuits presently pending in this division in which this Plaintiff is also a named (with others) as a Plaintiff. The styles of the two cases are: *Jorge Aguilar, et al. v. Ridge*, Civil Action No. B-04-166 and *Jose Galvan v. Bonner*, Civil Action No. B-04-104. The pleadings in both cases allude to employment issues that may or may not touch upon the issues raised in the case at bar. The government has filed a motion to dismiss in each of the two cases on various jurisdictional grounds; however, the government has not received a ruling from the Court[1]. Defendant has not press for discovery in the case at bar, because should the dismissal motions not be granted  - or if granted just in part - it may be determined that some of the issues posed in those cases overlap with those raised by Plaintiff in the case at bar. If such is the case, then it may be determined that it would be more cost effective to consolidate one or both of the cases and/or join one or more of the other Plaintiffs named with the case at bar.

In addition, for the past several days the undersigned has been unsuccessful in her efforts to

---

[1]The *Aguilar* case is assigned to the Hon. Andrew S. Hanen. The dismissal motion in *Aguilar* was filed on May 23, 2005. The *Galvan* case is assigned to the Hon. Hilda G. Tagle. The dismissal motion in *Galvan* was filed on January 5, 2005.

contact opposing counsel to schedule discovery before the scheduled discovery expiration date of June 21, 2005. On June 20, 2005, an employee with Plaintiff's counsel's office advised that opposing counsel has been out of town and that she did not know when to expect his return.  This employee suggested that we call the office again on June 24, 2005, to see if we could determine a date for counsel's return.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court extend all the scheduling deadlines as the Court deems appropriate.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

 /s/ **Nancy L. Masso**

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:     (956) 548-2554
Fax:     (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### *Certificate of Attempted Consultation*

The undersigned certifies that, in accordance with the local rules of this Court, the undersigned attempted to contact counsel for the Plaintiff about the filing of this motion. The undersigned was advised that Plaintiff's counsel was out of town and that it was not known when he was expected to return.

Dated: June 20, 2005             /s/ **Nancy L. Masso**

NANCY L. MASSO
Assistant United States Attorney

*CERTIFICATE OF SERVICE*

I hereby certify that a copy of the true and foregoing:

DEFENDANT'S SECOND MOTION FOR EXTENSION
OF SCHEDULING ORDER DEADLINES
(OPPOSITION UNKNOWN)

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Denis A. Downey
Attorney at Law
1185 FM 802, Suite 3
Brownsville, Texas 78521

June 20 , 2005                                    /s/ Nancy L. Masso
Date_____                        NANCY L. MASSO
                                                 Assistant United States Attorney