IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS ATKINSON ) | |
| ) | |
| Plaintiff, ) | Case No. B-04-039 |
| ) | |
| v. ) | |
| ) | |
| THOMAS J. RIDGE, Secretary ) | |
| U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |

***ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES***

Today, this Court considered the "Defendant's Second Motion for Extension of Scheduling Order Deadlines"(Instrument No. 8). Having reviewed the motion and arguments posed therein as well as any arguments submitted in response to the motion, the Court finds that the Defendants' motion should be GRANTED.

THEREFORE, IT IS ORDERED, that the deadlines set forth in this case by way of this Court's March 22, 2005, Scheduling Order (Instrument No. 7) are extended by _____ days.

Signed: _____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE