IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ATKINSON | § | |
| | § | |
| V. | § | |
| | § | CIVIL NO. B-04-039 |
| THOMAS J. RIDGE, Secretary | § | |
| U.S. DEPARTMENT OF | § | |
| HOMELAND SECURITY | § | |

# ORDER

Today, this court considered the "Defendant's Second Motion for Extension of Scheduling Order Deadlines" [Docket No. 8]. Having reviewed the motion and arguments posed therein as well as any arguments submitted in response to the motion, the court finds that the Defendants' motion should be **GRANTED**.

THEREFORE, IT IS ORDERED, that the deadlines set forth in this case by way of this court's March 22, 2005, Scheduling Order [Docket No. 7] are extended by 120 days.

Signed this 22nd day of August, 2005.

Andrew S. Hanen
United States District Judge