UNITED STATES DISTRICT COURT
For the Southern District of Texas

Carlos Atkinson

        Plaintiff

v.                                          Case No.: 1:04−cv−00039
                                                   Judge Andrew S. Hanen

Thomas J. Ridge

        Defendant

---

## NOTICE OF RESETTING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**    1/31/06

**TIME:**    01:30 PM

**TYPE OF PROCEEDING:**    Pretrial Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   September 21, 2005

                                                                Michael N. Milby, Clerk