IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ATKINSON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. B-04-039 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS J. RIDGE, Secretary | ) | |
| U.S. DEPARTMENT OF | ) | |
| HOMELAND SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND
### DISPOSITIVE MOTIONS DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, by and through Chuck Rosenberg, United States Attorney for the Southern District of Texas, moves this Court for an order extending the dispositive motions deadline, currently set at November 17, 2005, for two additional weeks.

Defendant submits the following in support of this extension request:

1. Discovery in this case concluded on November 8, 2005. The Defendant agreed to extend the discovery deadline to November 8, 2005, in order to allow the Plaintiff an opportunity to depose two government witnesses, Gurdit Dhillon and Gilbert Aldaz.

2. The transcripts for their depositions have not yet been prepared by the court reporter. It is anticipated that those transcripts will be completed within the next two weeks.

3. The Defendant believes that it may have a meritorious basis to seek summary judgment on most, if not all of the Plaintiff's claims. However, without the transcripts of these depositions it will be difficult to fully address all the issues that should be addressed in such a motion.

4. The Final Pretrial Conference in this case is scheduled to take place on January 31, 2006; therefore, the Defendant does not anticipate the need for extending any other deadlines in this case.

5. Counsel for the Plaintiff, Denis Downey, was consulted regarding the filing of this Motion. He indicated that he does not oppose the Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court grant its request and extend the dispositive motions deadlines for at least fourteen days.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

/s/ **Nancy L. Masso**
NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### *Certificate of Consultation*

The undersigned certifies that, in accordance with the local rules of this Court, the undersigned contacted Mr. Denis Downey, counsel for the Plaintiff, about the filing of this motion. Mr. Downey advised that he did not oppose the motion.

Dated: November 16, 2005         /s/ **Nancy L. Masso**
                                 NANCY L. MASSO
                                 Assistant United States Attorney

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the true and foregoing:

DEFENDANT'S UNOPPOSED MOTION TO EXTEND
DISPOSITIVE MOTIONS DEADLINE

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Denis A. Downey
Attorney at Law
1185 FM 802, Suite 3
Brownsville, Texas 78521

| | |
|---|---|
| November 16 , 2005 | /s/ **Nancy L. Masso** |
| Date | NANCY L. MASSO |
| | Assistant United States Attorney |