# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS ATKINSON ) | |
| ) | |
| Plaintiff, ) | Case No. B-04-039 |
| ) | |
| v. ) | |
| ) | |
| THOMAS J. RIDGE, Secretary ) | |
| U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |

### *ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION DISPOSITIVE MOTIONS DEADLINE*

Today, this Court considered the "Defendant's Unopposed Motion for Extension of Dispositive Motions Deadline". Having reviewed the motion, and noted that counsel for the Plaintiff is unopposed, the Court finds that the Defendant's motion should be GRANTED.

THEREFORE, IT IS ORDERED, that the Dispositive Motions Deadlines be extended to _____ . *All other deadlines and settings established in this case by prior order(s) remain in full force and effect.*

Signed: _____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE