# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| CARLOS ATKINSON,<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIV. NO. B-04-039 |
| | § | |
| THOMAS J. RIDGE, Secretary<br>U.S. Department of Homeland Security,<br>    Defendant. | §<br>§<br>§ | |

## ORDER

Pending before the Court is the Defendant's Unopposed Motion to Extend Dispositive Motions Deadline. [Docket No. 11] The Defendant's motion is hereby **GRANTED**. The Dispositive Motions Deadline shall be extended to December 1, 2005, and Final Pretrial in this case will be reset to February 28, 2006. All prior orders regarding deadlines and settings shall remain in effect.

Signed this 21st day of November, 2005.

_____
Andrew S. Hanen
United States District Judge