

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE
MERIT PROMOTION PLAN

# VACANCY ANNOUNCEMENT
51335, P&PM

| VACANCY ANNOUNCEMENT NUMBER |
|---|
| BLTN-/01-014JJF |

| OPENING DATE |
|---|
| 7/18/01 |

| CLOSING DATE |
|---|
| 8/7/01 |

| POSITION TITLE | | Bargaining Unit Position |
|---|---|---|
| SUPERVISORY CUSTOMS INSPECTOR | | X  Non-Bargaining Unit Position |

| PAY PLAN, SERIES AND GRADE | NUMBER OF VACANCIES | All vacancies may be filled within 90 days from the date the selection register is issued. |
|---|---|---|
| GS-1890-13 | Several | |

| ORGANIZATION AND DUTY STATION | AREA OF CONSIDERATION: Applications will be accepted from current Customs employees with competitive status. |
|---|---|
| U.S. Customs Service | |
| Duty Location: See Availability Listing | |

**SUMMARY OF DUTIES:** The incumbent serves as the Branch Manager for field operations in the Port. S/he is responsible for the management of all passengers, cargo, and carrier processing and for the implementation and coordination of national, regional, and port programs in the Branch. Manages field operations activities by identifying areas in which programs and procedures should be modified or revised. Visits off-site operations to observe actual operating conditions. Advises higher management within the port on problems and difficulties regarding the inspectional and enforcement process and their impact on broader programs and issues. May include collateral duty of a process owner.

**SUMMARY OF QUALIFICATION REQUIREMENTS:**
**THIS POSITION AUTHORIZES THE INCUMBENT TO CARRY A FIREARM.** Any person who has been convicted of a misdemeanor crime of domestic violence cannot lawfully possess a firearm or ammunition [Title 18, USC Section 922(g)(9)]. A "misdemeanor crime of domestic violence" is generally d̃ under the statute as any offense involving the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by the s current or former domestic partner, parent, or guardian. The term "convicted", as defined in the statute, excludes any person whose conviction has been expunged, set-aside, or pardoned or any person whose civil rights have been restored unless the pardon, expungement, or restoration of civil rights expressly prohibits the possession of firearms or ammunition. Candidates who have been convicted of a misdemeanor crime of domestic violence within the meaning of the referenced statute are not qualified for this position. Candidates under consideration will be required to certify whether they have ever been convicted of such an offense. False or fraudulent information provided by candidates is criminally punishable by fine or imprisonment [Title 18, USC, Section 1001].

**SPECIALIZED EXPERIENCE:** One year of specialized experience equivalent to the GS-12 level which demonstrates the ability to make rapid, accurate judgements and decisions with respect to the application of the regulations, instructions, and procedures for examining and inspecting imports for admission to the United States or inspectional work concerning investigations and law enforcement.

**SUPERVISORY EXPERIENCE:** Applicant must have administrative, staff managerial, or supervisory experience or must have demonstrated potential to perform administrative, staff managerial, or supervisory duties in accordance with Part IV (Qualification Standard for Supervisory Positions) of the Operating Manual-Qualification Standards for General Schedule Positions.

**TIME-IN-GRADE REQUIREMENT:** Applicants must have at least 52 weeks of service equivalent to the next lower grade level in the normal line of progression for the position to be filled.

APPLICANTS MUST MEET ALL TIME-IN-GRADE AND QUALIFICATION REQUIREMENTS WITHIN 60 DAYS OF THE CLOSING DATE OF THIS ANNOUNCEMENT.

```
DEFENDANT'S
  EXHIBIT
     1
  C.A. B-04-039
```

Continued on Reverse

EQUAL EMPLOYMENT OPPORTUNITY: The U.S. Customs Service is an Equal Opportunity Employer. All candidates will be considered regardless of their race, color, religion, sex, national origin, age, sexual orientation, protected genetic information, status as a parent, lawful political affiliation, marital status, physical/mental disability ( if not a job factor), membership or non-membership in an employee organization, or any other nonmerit factor.

Customs Form 48(071786)C

105

| POSITION TITLE | VACANCY ANNOUNCEMENT NUMBER |
|---|---|
| SUPERVISORY CUSTOMS INSPECTOR | BLTN-/01-014JJF |
| | CLOSING DATE |
| | 8/7/01 |

**EVALUATION METHODS TO BE USED IN RATING AND RANKING CANDIDATES:**
Candidates who meet the minimum qualification requirements based on information provided in their application will then be rated and ranked on the basis of experience, training, and awards as indicated in the application and other documents listed under the "Application Procedures" section of this announcement. A personal interview may be required for this evaluation.

**ELIGIBLE CANDIDATES WILL BE EVALUATED AS PROVIDED IN THE CUSTOMS SERVICE MERIT PROMOTION PLAN AGAINST THE FOLLOWING PRIMARY CRITERIA:**

1. Ability to analyze. (This element includes the identification of issues/problems and the analysis of a variety of data in their resolution, or in formulating decisions.
2. Ability to plan and organize. (This element includes the leading of or coordinating with others in order to accomplish projects/assignments. Application of planning techniques in order to adjust to changing conditions as they arise is also involved.)
3. Ability to communicate orally. (This element includes various "meet and deal" communication techniques with emphasis on tact, clarity, substance and persuasiveness required to exchange information on technical and non-technical material, and to gain the cooperation of others in sensitive and controversial situations.)

**ONLY HIGHLY QUALIFIED CANDIDATES WILL THEN BE EVALUATED AGAINST THE FOLLOWING SECONDARY CRITERIA:**

4. Ability to communicate in writing. (This element includes writing products that convey both technical and non-technical material with emphasis on clarity, substance, and persuasiveness.)
5. Ability to effectively promote Equal Employment Opportunity programs. (This element includes understanding of the policies, principles, and objectives of EEO and special emphasis programs.)

**APPLICATION PROCEDURES:** Eligible CTAP/ICTAP employees within the commuting area who submit documentary evidence of eligibility (RIF notice or certificate of expected separation or other agency certification) and are found well qualified will receive selection priority as provided by regulations. In order to be determined well qualified, candidates must receive an excellent or good score when rated against each primary criterion. Eligible displaced employees of the former Panama Canal Zone who submit documentary evidence of eligibility (a RIF separation notice) and are found well qualified will receive special selection priority to positions throughout the continental United States. Eligible displaced employees of the District of Columbia Department of Corrections who submit documentary evidence of eligibility (a RIF separation notice) and are found well qualified will receive selection priority to positions throughout the continental United States.

Customs employees must submit an Optional Application for Federal Employment (OF-612) and must give to their supervisor on or before the closing date the CF-307 (or its equivalent on plain bond paper) and performance appraisal.

All other applicants may apply by submitting a Resume, the Optional Form for Federal Employment (OF-612), or any other written format. Resumes or other written formats must include the vacancy announcement number and job title, full name, mailing address, social security number, country of citizenship, highest Federal civilian grade held, reinstatement eligibility, educational background, and work experience. Non-Customs applicants should also submit a copy of their current performance appraisal in addition to their application. The CF-307, "Supplemental Qualifications Statement" or its equivalent is optional, but should be submitted in order to receive more complete consideration. Forms are available from the Personnel Office listed below. Non-Customs Federal employees must also provide evidence of their competitive status (i.e., SF-50 Notification of Personnel Action). Former government employees must also submit a copy of their SF-50 which documents the separation action.

All application materials must be RECEIVED in the Office of Human Resources Management or POSTMARKED by the closing date of this announcement.

**IMPORTANT NOTES:**
1. The Immigration Reform and Control Act of 1986 seeks to preserve jobs for those who are legally entitled to them: American citizens and aliens who are authorized to work in our country. This law requires employers to verify that persons are eligible to work in the United States and requires employees to provide a document or documents that establish identity and employment eligibility.
2. Acknowledgment of receipt will be sent to all applicants; completion of the CF-69, "Notification to Applicant" with the application is not required.
3. Individuals submitting application materials using U.S. government, "Official Use Only" postage and fees paid envelopes will not receive consideration under the vacancy announcement. Applications will become a part of the vacancy announcement case file and will not be returned to the applicant.
4. All application materials must be sent to the mailing address listed in this announcement. All materials must have the vacancy announcement number thereon, including the envelope in which the materials are mailed. There may be delays in the receipt and processing of improperly addressed correspondence.

**REASONABLE ACCOMMODATIONS FOR PEOPLE WITH DISABILITIES:**
The U.S. Customs Service provides reasonable accommodations to applicants with disabilities on a case-by-case basis. Applicants should notify the point of contact on this vacancy announcement if a reasonable accommodation is needed for any part of the application and hiring process.

All U.S. Customs Service Employees are required to participate in Direct Deposit/Electronic Funds Transfer for salary payments.

**CONDITIONS OF EMPLOYMENT AND OTHER REQUIREMENTS OF THIS VACANCY**
**BACKGROUND INVESTIGATION.** This is a sensitive position and the tentative selectee must undergo and successfully complete a background investigation as a condition of placement/retention in the position.
**PHYSICAL EXAMINATION.** There are specific physical requirements for this position and the tentative selectee will be required to undergo a physical examination prior to actual placement in the position. The Customs Service will provide the required examination to all tentative selectees.
**OVERTIME.** This is a position which requires regular and recurring overtime work and the selectee must be available for such assignments.
**FIREARMS.** Selectee must qualify in the use of firearms after appointment and may be required to carry and use firearms in the performance of the duties of this position.
**MANDATORY COMPLETION OF BASIC TRAINING.** Acceptance of this position will require that the selectee spend 11 weeks at GLYNCO, GA in a formalized course of required basic technical training which must be successfully completed according to the standards of the U.S. Customs Service. Failure to successfully complete the required course of basic training in accordance with the standards and policies of the U.S. Customs Service will be ground for mandatory removal from this position; such failure will result in either assignment to a different position, demotion, or separation from the Service by appropriate procedures.
**SUPERVISORY/MANAGERIAL PROBATIONARY PERIOD.** Selectee may be required to serve a one-year probationary period upon appointment to this position in accordance with the Customs Policy on the probationary period for new supervisors and managers. Completion of an appropriate supervisory training course at the Customs Service Academy in Glynco, Georgia within one year of assignment is required for retention in this position.
**UNIFORMS.** This position requires the selectee to wear an officially-approved uniform while in a duty status.
**DRUG TESTING.** The position(s) which may be filled from this vacancy announcement have been identified as Testing Designated Positions under the U.S. Customs Service, Drug-Free Workplace Program. Satisfactory completion of the drug test is a condition of placement and/or employment in the position and incumbents of this position are, thereafter, subject to Random Drug Testing.
**LICENSE.** Selectee must possess or be able to obtain a valid state driver's license.
**RELOCATION EXPENSES WILL BE PAID IF APPLICABLE, IN ACCORDANCE WITH CUSTOMS' POLICY AND APPROPRIATE LAW AND REGULATION.**

| MAILING ADDRESS: | FOR OVERNIGHT DELIVERY: | ADDITIONAL INFORMATION ABOUT THIS VACANCY OR ABOUT THE APPLICATION PROCEDURES MAY BE OBTAINED BY CONTACTING: |
|---|---|---|
| U.S. Customs Service<br>P.O. Box 66120<br>Washington, D.C. 20035-6120<br>ATTN: BLTN-/01-014JJF | U.S. Customs Service<br>1300 Pennsylvania Ave, N.W.<br>Room 2.4.F<br>Washington, D.C. 20229 | Traci Jones    (202) 927-3703<br>For Copies |

66

Supervisory Customs Inspector
990-13

Vacancy Announcement #: BLTN-/01-014JJF
Closing Date: 8/7/01

## AVAILABILITY LISTING

**NOTE:** A separate application package **MUST** be submitted for which consideration is desired. Each package must indicate the location for which it is to be considered. Applicants will be given consideration for one location per application package received. Failure to submit a separate application package for each location you wish consideration will result in you receiving consideration only in the location a HRM Representative chooses for you.

Customs Management Center (Location Code)

Blaine, WA (WA01)
Brownsville, TX (TX06)
Calexico, CA (CA02)

67