STANDARDIZED POSITION DESCRIPTION
U.S. Customs Service Master Record Number(s):
S0161a = GS   S0172a = GG   S0173a= GH   S0174a= GM

Official Title: SUPERVISORY CUSTOMS INSPECTOR

Optional Working or Organizational Title: Chief Inspector

Pay plan(s) - Series - Grade: GS, GG, GH, and GM - 1890 - 13

SUPERVISORY CERTIFICATION: I certify this is an accurate statement of major duties and responsibilities of this position and its organizational relationships, and the position is necessary to carry out Government functions for which I am responsible. This certification is made knowing this information is used for statutory purposes relating to appointment and payment of public funds, and false or misleading statements violate statute or implementing regulations.

Immediate Supervisor:

(Signature)          (Date)

Manager: -S- Samuel H. Banks, Assistant Commissioner, 7-18-96

CLASSIFICATION CERTIFICATION: I certify this position has been classified and graded as required by Title 5 U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management (OPM). -S- Michael B. Mintzer, Pers Mgt Specl

REMARKS: Supervisory Coding: 2; Fair Labor Standards Act (FLSA): EXEMPT; Common Language Code Options in CIPPS: Arabic - AD; Chinese - CM; Japanese - JA; Korean - KP; Russian - RU; Spanish - QB; Tagalog - TA; Thai - TH. English is the computer's default, consult HRM for other language options available. Refer to Notice of Personnel Action, SF-50, for information specific to an employee, such as name of incumbent, organizational assignment, duty station, bargaining unit status, sensitivity code, type of appointment, etc.

POSITION CLASSIFICATION STANDARDS USED IN CLASSIFYING-GRADING POSITION: U.S. OPM PCS: AAGEG, 8-90; IFES, 5-77; GS - 1890, 4-73; GSSG, 4-93

DEFENDANT'S EXHIBIT 2  C.A. B-04-039   487

NOTICE TO EMPLOYEE: Original signed copy of the Optional Form 8 for this position description is on file in the U.S. Customs Service Human Resources Management Office (HRM). This variant of the position description has been formatted for an electronic medium. Classification standards and information on application are available from HRM. Classification of this position may be reviewed and corrected by the agency or by OPM. Information on classification or job grading appeals, and complaints on exemption from FLSA, is available from HRM or OPM.

SUPERVISORY CUSTOMS INSPECTOR
GS, GG, GH, and GM-1890-13
PD S0161a, S0172a, S0173a and S0174a

INTRODUCTION

Serves as a second-line supervisor, directing and coordinating through subordinate supervisors, administrative work by units of Customs employees. Responsible for planning, coordinating, and evaluating subordinate supervisors and all work activities of units responsible for implementing, enforcing or improving application of Customs Service and other agency laws and regulations concerning processing, import, and export of cargo and merchandise and articles accompanying persons; international mail compliance; arrival and departure of vessels, aircraft, and vehicles involved in international trade; and - or anti-smuggling activities, including apprehension and detention of those suspected of violating such laws and regulations. Position is located in a Customs office or facility.

MAJOR DUTIES

1. Directs activities involved with processing passengers, baggage, cargo, and carriers. Provides technical advice on import-export of cargo and merchandise and articles accompanying persons; international mail compliance; arrival and departure of vessels, aircraft, and vehicles involved in international trade; and anti-smuggling activities, including apprehension and detention of those suspected of violating such laws and regulations. Responds to and resolves technical and operational questions regarding program(s) supervised. Coordinates with those involved in program(s) in other locations and at higher level, as necessary, and provides expertise in developing, implementing, teaching and evaluating same.

    a. Responds to and resolves technical and operational questions regarding function(s) and program(s) supervised. Coordinates with those similarly involved in other locations and at higher levels, as needed. Ensures current selectivity techniques are used to distinguish and concentrate on potential violations while facilitating legitimate arrivals and proper trade activity.

    b. Responsible for providing guidance and training, communicating intelligence and enforcement information, disseminating new procedures and policy changes, and



identifying areas of special emphasis. Assures work is performed so that legitimate traveling and importing public experience as little delay as possible.

    c. Maintains security of Customs areas by assuring adherence to security guidelines, and recommending penalties and-or disciplinary actions for violators.

    d. Resolves conflicts between subordinate supervisors, Customs employees, travelers or importing public. Considers requirements of laws, regulations and procedures, facts surrounding a particular situation, intent of rules discussed, and local or national priorities in determining a course of action. Work requires balancing potential effect on program of positive enforcement actions against negative effects of over-zealousness. Refers to higher level officials those issues that cannot be resolved or that deviate from policy.

    e. Responsible for planning and carrying out assignments, projects, studies or investigations intended to explore and resolve major operational and law enforcement problems, or to develop, improve or install new procedures.

2. Plans and schedules work on a quarterly, annually and longer basis. Sets and adjusts priorities, and prepares schedules for completing work. Assures implementation of goals and objectives for units, programs, or functions supervised.

3. Evaluates outputs and outcomes, and reviews evaluations of subordinate employees, evaluates subordinate supervisors. Establishes or recommends performance standards, and assures reasonable equity among units in performance standards and rating techniques. Discusses progress toward performance goals, and identifies areas that need improvement. Assures supervisors and employees have a balanced view of their strengths and areas needing improvement. Establishes policies intended to improve and develop supervisors and employees. Makes decisions on non-routine or costly training needs and requests for employees to help them reach their full potential.

4. Determines goals and objectives that need additional emphasis. Determines best approach for resolving budget shortages, and plans for long range staffing needs or adjustments required by resource shifts. Adds and deletes services, and upgrades facilities and equipment to improve services.

5. Supervises, through subordinate supervisors, a medium to large sized staff, and performs a range of supervisory functions. Approves leave. Interviews candidates and recommends selection. Approves rewards for performance accomplishments, as well as promotions, within grade increases, etc. Hears and resolves group grievances and serious complaints. Approves serious disciplinary actions such as suspensions, involving non-supervisory employees. Promotes affirmative action goals and the achievement of equal opportunity requirements.

Performs other duties as assigned.

FACTOR LEVELS

Factor 1, Program Scope and Effect, Level 1-3, 550 points

Supervises several work units covering a significant geographic-demographic or functional area, responsible for overseeing or improving processing and enforcement of laws and regulations relative to the import and export of goods and merchandise; entrance and clearance of aircraft, vessels, and vehicles; and inspection and control of cargo, mail, carriers, persons and baggage entering and exiting the U. S. through several smaller ports or a major port of entry.

Work directed has a direct impact on economies of port areas, items prevented from entering the U.S., and collection of Government revenues.

Factor 2, Organizational Setting, Level 2-1, 100 points

Reports to a position two or more levels below the first SES level position.

Factor 3, Supervisory Authority Exercised, Level 3-2, 450 points

Exercises delegated responsibilities noted above.

Factor 4, Personal Contacts, Level 4A and 4B-3, 175 points

Contacts are made independently with managers and super-visors at various levels as well as with supervisors and employees in subordinate units; officials of other federal, state and local government agencies; traveling and importing-exporting public, carriers and brokers and their representatives; senior port-bridge-tunnel-airport facility staff; senior foreign customs representatives; etc. Incumbent receives problems not resolved by subordinate supervisors. Contacts may become hostile when violation of Customs and related laws are involved. Also involves negotiating changes in procedures and organization, and justifying unit-program-function resource needs.

Factor 5, Difficulty of Work Directed, Level 5-6, 800 points

At least 25% of substantive work supervised is at GS-11 level.

Factor 6, Other Conditions, Level 6-4, 1120 points

Supervision involves coordinating and integrating several units performing administrative work at GS-11 level.

TOTAL POINTS:          3195
GRADE POINT RANGE:     3155-3600 = GS-13

490

GRADE CONVERSION:  GS-13

KNOWLEDGE REQUIRED BY THE POSITION

Knowledge of and ability to interpret a wide variety of laws, rules, regulations, and procedures concerning import-export of merchandise, cargo or personal possessions to U.S. (Includes thorough knowledge of Customs and other agency laws, regulations, etc., as well as characteristics of items imported-exported, to determine or verify classification and value and propriety of transport; for processing and control of passengers and baggage, cargo and carriers; applied to widely varying and complex or sensitive situations; to identify possible violations and to distinguish criminal intent. Needs extensive knowledge of elements and circumstances of search, detention and arrest, as well as enforcement techniques and tools, such as selective enforcement, profiling, questioning, and use of automated processing and enforcement systems.)

Requires knowledge of principles and techniques of management to accomplish work through subordinate supervisors. Good understanding of the requirements and procedures involved in supervising federal work units and employees through others, including responsibilities relative to bargaining unit employees.)

Knowledge and understanding of policies, principles, and objectives of EEO and special emphasis programs.)

Note:  Must be able to qualify with and maintain proficiency in the use of firearms to protect and defend self or others.

491