DATE: 09/18/01
14:01:46

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

NOV 2 3 2001

BY: _____     PAGE: 1
VAAC0605

U.S. CUSTOMS SERVICE MERIT PROMOTION PLAN
SELECTION REGISTER

---

POSITION: SUPERVISORY CUSTOMS INSPECTOR                    GRADE: 13
ANNOUNCEMENT #: BLTN-/01-014 JJF                    CLOSING DATE: 08-07-2001
LOCATION: TX06, BROWNSVILLE          VACANCIES: 001          (NON-BARGAINING)

---

NO EVALUATION BOARD WAS CONVENED; CANDIDATES ARE REFERRED IN ALPHABETICAL ORDER

---

(SHOW "S" BESIDE SELECTEE NAME)

- AGUILAR, JORGE I (BU)
- ALCALA, NOE (SU)
S ALDAZ, GILBERT (BU)
- ATKINSON, CARLOS (BU)
- CASTILLO, JAIME (SU)
- GUARDIOLA, LUCIA A (BU)
- LAMBRIX, DAVID JAMES (BU)
- MARTIN, ARMANDINA A (BU)
- MARTINEZ, OSCAR (BU)
- MEDINA, ZEFERINO J (BU)
- OCHOA, ELIA (BU)
- SALINAS JR, HUMBERTO (BU)

DEFENDANT'S
EXHIBIT

3

C.A. B-04-039

---

ACTION TAKEN BY SELECTING OFFICIAL
- SELECTION FOR _____ VACANCIES INDICATED ABOVE          REMARKS: _____ 64
  READVERTISE, EXPAND AREA OF CONSIDERATION
  ALTERNATE ACTION REQUESTED AS FOLLOWS:
  ___ REASSIGN/TRANSFER
  ___ REQUEST OPM REGISTER                                SELECTING OFFICIAL SIGNATURE

DATE : 12/4/01