Form Approved
OMB No. 3206-0219

BROWNSVILLE

## OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| Supervisory Customs Inspector | GS-1890-13 | BLTN-01-014JJF |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Atkinson | Carlos | |

| 6 Mailing address | 7 Phone numbers (include area code) |
|---|---|
| [redacted] | Daytime [redacted] |
| City: Brownsville, TX    Zip Code: 78521 | Evening [redacted] |

RECEIVED

**DEFENDANT'S EXHIBIT 4**
C.A. B-04-039

### WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

1) Job title (if Federal, include series and grade)
US Customs Supervisor    GS-1890-12

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 1-29-89 | Present | $64,000 | YEAR | 40 |

Employer's name and address
United States Customs Service
1500 E. Elizabeth Brownsville TX 78520

Supervisor's name and phone number
Jesus Baez    (956) 983-5626

**Describe your duties and accomplishments**

I have worked for the US. Customs Service for over 30 years in almost every position. I started my career off as a customs clerk and worked my way up through hard work and dedication to my present position of Customs Supervisor. For the last twelve years, I have been honored and privileged to manage and supervise an honorable group of individuals also known as the Contraband Enforcement Team. Because of my various positions held in US Customs Service, I have had the opportunity to work effectively and efficiently with people and have on occasion been acting Port Director. I believe that because of my thorough in depth knowledge and hands on experience, I am fully qualified for the position of Chief Inspector.

Presently, I serve as CRX CET supervisor and Tools and Technology Coordinator. I also supervise and manage all X-ray sites, mobile truck X-ray, and the customs personnel who operate these units. I am also responsible for all training of new VACIS inspectors. In addition, I am accountable for insuring that all daily, weekly, and monthly reports are completed in a timely and accurate manner. I have received numerous awards. Most recently, I have received a monetary award for outstanding work performance in the area of Cargo Enforcement. I have also participated in the BCI (Border Coordination Initiatives) program and in doing so have the duty of planning and organizing enforcement operations with federal, state, county, and local law enforcement agencies. Due to my valuable participation in the program, I received certificates of awards and acknowledgements for my hard work.

As a CET supervisor, it is my responsibility to plan and organize all types of specialized enforcement operations utilizing various personnel such as OI agents, CET members, OFO inspectors, and other related enforcement agencies. I demonstrate the ability to implement these operations by executing the proper guidelines, rules and regulations of the Customs Service when working commercial cargo, passenger, pedestrian processing, private aircraft, and railroad to interdict illegal drugs and contraband. The main objective of my team is to make threat assessments of possible illegal acts against the Custom Service, plan a solution to combat these threats, and execute enforcement operations utilizing the latest technology available provided by the Port of Brownsville. It is my responsibility as a supervisor to organize and plan work assignments for CET members and customs inspectors. I also plan and conduct numerous operations using STOP procedures. It is my responsibility to train CET members on how to properly process seizures and to effectively issue penalties to individuals who violate Customs laws.

I am responsible for planning, directing, coordinating, and supervising various activities that are carried out during my work shift. I personally and actively supervise various stations which include seaport, airport, railroad, bridges, FTZ, and bonded warehouses. Part of my duties is to evaluate all personnel in their work performance. I provide assistance in solving problems encountered by inspectional personnel in dealing with cargo, passenger examinations, and the public. I also deal with the business community so that more efficient and productive services can be rendered at the port of entry.

I have initiated enforcement projects like the CONVEYANCE TRACKING SYSTEM, which enables the Customs Service to track all tanker trailers and reefers with an ID COMPUTERIZED NUMBER and consequently, I received recognition from the Customs Service for my initiative.

Due to my outstanding performance, I received the United States Customs Service Commissioner Unit Citation and the District Director's Special Award for outstanding enforcement results cumulating seized currency sums up to a million dollars and 350 lbs. of cocaine. I was nominated for the Customs Annual Supervisor of the Year Award by my Port Director. I have received several achievement awards and letters of commendation. For the last thirty years, I have modeled the key attributes of what makes an outstanding Customs Law Enforcement Officer and have been instrumental in encouraging new inspectors to personally commit themselves to reach their potential and achieving the Customs Service goals. Because of my unwavering, commitment and devotion to the US Customs Service, I have been called upon numerous times to serve as acting Chief Inspector which is evidence of my abilities and aptitude for the position I am applying.

71

| 2) Job title (if Federal, include series and grade) | | | | Announcement number |
|---|---|---|---|---|
| Senior Customs Inspector (Carlos Atkinson) GS-11 | | | | BLTN-01-014JJF |
| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
| 08/1/84 | 1/29/89 | $35,000 | year | 40 |
| Employer's name and address US. Customs Service 1500 E. Elizabeth St. Brownsville, TX 78520 | | | | Supervisor's name and phone number Eutimio Ruedas  (956) 548-2746 |

Describe your duties and accomplishments

As a Senior Inspector for five years, I was responsible for monitoring, reviewing, and coordinating daily operations in all facets of the Customs Service. I was responsible for assigning and maintaining the efficiency of inspectors under my supervision. As a Senior in Charge of various shifts in cargo and in passenger processing, I worked closely and assisted Port Management in improving the efficiency and quality of the port. I assisted Supervisors by monitoring Inspectional and Control activities for one or more cargo areas and passenger baggage operations. I was in charge of training lower graded inspectors on cargo and baggage operations. Due to my expertise in warehouse operations, I was assigned to audit all warehouses and was also responsible for ensuring compliance of Customs laws and regulations. I was in charge of reviewing all entries and seizure documentation for accuracy and completion. Again, due to my proficiency, personal initiative, and high level of professionalism, I was assigned as Acting Supervisor for different stations. I was also assigned as a team leader to train other inspectors to conduct warehouse audits. While in charge, I came in contact with brokers, importers, carriers, and the traveling public and provided them with guidance and solutions that created a better working environment for all important stakeholders.

As CET senior inspector, I served as an enforcement specialist on the Contraband Enforcement Team. It was my responsibility to train members in all types of enforcement tactics and procedures. I seized contraband and prohibited importations, detain-search-and arrest, and warranted those individuals in violation of Customs laws. As a result of my exceptional planning, organizing, and knowledge of conducting enforcement operations, I have been detailed to other ports, seaports, and airports. My ultimate goal is always to motivate and inspire my colleagues and subordinates to be outstanding enforcement officers.

Due the highly effective training that I provided to lower grade inspectors in all phases of Customs work, I have received several achievement awards and letters of commendation. I have also submitted several suggestions that have improved local working conditions which in turn created good morale for all employees. Eventually, the position of Supervisor was bestowed upon me.

3) Job title (if Federal, include series and grade)

| | | | | Announcement Number |
|---|---|---|---|---|
| US Customs Inspector (Carlos Atkinson) | | | GS-9 | BLTN-01-014JJF |
| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
| 08/1/74 | 1/29/84 | $24,000 | year | 40 |

Employer's name and address
US. Customs Service
1500 E. Elizabeth St.
Brownsville, TX 78520

Supervisor's name and phone number

Eutimio Ruedas    (956) 548-2746

Describe your duties and accomplishments

As a Customs Inspector for ten years, I was responsible for various I & C operations. I was responsible for supervising the performance of inspectional personnel functioning their inspectional tasks related to the enforcing and administering Customs laws. I was in charge of approving all importation and exportations of merchandise. It was my responsibility to make all daily overtime assignments to different stations. I kept all inspectors aware of the necessary changes in Customs laws and procedures. I also assisted inspectors in all types of merchandise and narcotic seizures and insured that all documentation was complete and correct.

As a Customs Inspector, I enforced numerous laws relating to all Federal agencies. I entered and cleared incoming commercial carriers and in the process, performed primary multiple inspections; screening of persons, vehicles for possible smuggling, and for collection of the revenue. I made sure that all merchandise entered was properly classified and manifested. I was also involved in the weighing, gauging, measuring, and sampling of merchandise.

Because of my outstanding performance, I received letters of commendation and achievement awards from my District Director and Port Director. As a result of my exceptional inspectional work, I was assigned to the Contraband Enforcement Team and I received a letter of appreciation from the traveling public for going beyond the call the duty and assisting them in their time of need.

13

Announcement Number BTLN-01-014JJ

9 May we contact your current supervisor? YES (X) NO ( ) > If we need to contact your current supervisor before making an offer, we will contact you first.

**EDUCATION**

10 Mark highest level completed. Some HS ( ) HS/GED (X) Associate ( ) Bachelor ( ) Master ( ) Doctoral ( )

11 Last high school (HS) or GED school. Give the school's name, city, state, ZIP code (if known), and year diploma or GED received.
Brownsville High School, 2615 Price Rd., Brownsville TX 78521

12 Colleges and universities attended. Do not attach a copy of your transcript unless requested.

1)

| Name | | | Total Credits Earned | | Major(s) | Degree - Year (if any) Earned |
|---|---|---|---|---|---|---|
| Texas Southmost College | | | | | | |
| City | State | Zip | Semester | Quarter | | |
| Brownsville | TX | 78521 | 27 | | | |

**OTHER QUALIFICATIONS**

13 Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.).
Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, membership in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do not send documents unless requested.

**JOB RELATED TRAINING**
- HOFSTRA University, Inspector School — 1974
- FLETC Training Center:
- Senior Inspector School — 1988
- Contraband Enforcement Training — 1986
- Supervisory Training — 1989
- CET Miami Training — 1997
- Outbound Training — 1997
- K-9 Orientation Training — 1997
- SBIT — 1984
- Vehicle And Cargo Inspection System — 2000
- X-Ray Pallet Machine, X-Ray Van, Buster, — 1989
- Mobile Truck X-Ray Training — 1999
- Fixed Truck X-Ray Training — 2000
- Rangefinder, Fiberscopes — 1989
- Dallas Airport Training — 1995
- HAZMAT Training — 2000
- Labor and Management Relations — 1993, 1999
- METH Training — 1997
- NTEU Contract Training — 1997

**JOB RELATED TRAINING**
Equal Employment Training — 1992
Cabinet Training — 1998
Carrier Initiative Program — 1992
Effective Communication Training — 1992
SPS Training — 1996

**Job Related Awards**

Commissioner Unit Citation 1992
District Director Special Enforcement Award 1993
5 Special Achievement Awards- 10/77,11/85,12/86-89
14 Certificates of Awards- 3/73,7/73,4/74,12/77,8/97,6/01
10 Letters of Commendation-9/77,11/77,82,89
Nomination for Supervisor of the Year 1992
Brownsville Independent School District 1990,1999
BCI Award 2000

**JOB RELATED SKILLS**
- Proficient in English and Spanish.
- Conflict Resolution
- Budgeting Skills
- Scheduling
- Excellent Written Communication Skills ( incident, evaluation, & administrative reports).
- Computer literate utilizing Windows 98, Microsoft Office, Word Perfect-LAN Network
- Staff Development/Professional Training in Commercial Cargo/Passenger Enforcement

**GENERAL**

14 Are you a U.S. citizen? YES(X) NO( ) > Give the country of your citizenship. U.S.A.
15 Do you claim veterans' preference? NO(X) YES( ) > Mark your claim of 5 or 10 points below
 5 points [x] > Attach your DD 214 or other proof. 10 points [ ]. Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required.
16 Were you ever a Federal civilian employee?                                    Series   Grade   From (MM/YY)   To (MM/YY)
 NO[X] YES[ ] > For highest civilian grade give:
17 Are you eligible for reinstatement based on career or career-conditional Federal status?
 NO[X] YES[ ] > If requested, attach SF 50 proof.

**APPLICANT CERTIFICATION**

18 I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE _____  DATE SIGNED  8/1/01

74

U.S. GPO-1994-383-012/00047

UNITED STATES CUSTOMS SERVICE
U.S. CUSTOMS SERVICE MERIT PROMOTION PLAN
# NOTIFICATION TO APPLICANT

51335, P&PM

TO APPLICANT: If you would like to be notified of receipt of your application for a position announced under the Customs Service Merit Promotion Plan, and the action taken with respect to your application, complete the following portions of this form and send it <u>with</u> your application form (SF-171) to the personnel office listed on the vacancy announcement:

1. Parts A, B and C: enter your full name and the announcement number in the appropriate spaces; and
2. Parts D and E (on reverse): enter your full name and business address.

Since this form has been designed to be returned to you in a window envelope, the correct placement of your address on the reverse is important.

Applicants are responsible for the proper and timely completion/submission of this form. In order to ensure notification, it must be attached to your SF-171 at the time of submission. You are reminded that applications and/or supplemental information forms are not to be submitted in U.S. Government "For Official Use Only" postage paid envelopes.

**PART C**

| Applicant | Vacancy Announcement Number |
|---|---|
| Carlos Atkinson | BLTN-/01-014JJF |

FOR PERSONNEL OFFICE USE:

| APPLICATION RECEIVED | | PART A SENT | | PART B SENT | |
|---|---|---|---|---|---|
| Date | Initials | Date | Initials | Date | Initials |
| | | | | | |

---

**PART B**

| Applicant | Vacancy Announcement Number |
|---|---|
| Carlos Atkinson | BLTN-01-014JJF |

The following action has been taken with respect to your application for the position of _____

☐ You have been selected for this position. Your supervisor will advise you when to report for your new assignment.
☐ You were found to be qualified for this position, however, you were not selected.
☐ You were found to be among the highly qualified candidates for this position, however, you were not selected.
☐ You were found to be among the best qualified candidates referred to the selecting official, however you were not selected.
☐ Based on the information you furnished on your application, you were not found to be qualified for the following reason(s):
   ☐ a. You do not meet the general experience requirements for placement in the vacancy.
   ☐ b. You do not meet the specialized experience requirements for placement in the vacancy.
   ☐ c. You do not meet the time-in-grade requirements for placement in the vacancy.
☐ The position for which you applied is being filled by an alternate staffing method to which the procedures of the promotion plan do not apply.
☐ The position is not being filled at this time.
☐ Other:

| Personnel Specialist | Date |
|---|---|
| | |

Selections made under the promotion plan are announced by the use of general notices. If you were not selected for this position, you are urged to apply for other positions for which you feel you are qualified.

---

**PART A**

| Applicant | Vacancy Announcement Number |
|---|---|
| Carlos Atkinson | BLTN-/01-014JJF |

This is to acknowledge receipt of your application in response to the Merit Promotion Plan Vacancy Announcement identified above. You will be advised at a later date of the action taken with respect to your application.

Other:

75

| Personnel Specialist | Date |
|---|---|
| | |



DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# SUPPLEMENTAL QUALIFICATIONS STATEMENT

51335, P & PM

| 1. APPLICANT'S NAME | 2. VACANCY NO. | 3. CLOSING DATE |
|---|---|---|
| CARLOS ATKINSON | BLTN-/01-014JJF | 8/7/01 |

**4. VACANCY TITLE, SERIES, GRADE**
SUPERVISORY CUSTOMS INSPECTOR, GS-1890-13

**5. CURRENT POSITION TITLE, SERIES, GRADE**
SUPERVISORY CUSTOMS INSPECTOR, GS-1890-12

**6. CURRENT ORGANIZATION**
U.S. CUSTOMS SERVICE, (OFO)

INFORMATION—Each vacancy announcement issued under the provisions of the Customs Merit Promotion Plan includes a list of primary and secondary evaluation criteria. These criteria consist of the knowledges, skills, and abilities critical for successful performance in the advertised position. As an applicant for this position, you will be evaluated to determine the extent to which you possess the evaluation criteria. A major evaluation tool is the information you provide on the employee Supplemental Qualifications Statement (CF-307), and the information provided by your supervisor on the Appraisal for Promotional Opportunities (CF-306). The CF-306, the CF-307 and a copy of your current performance appraisal (CF-188 or CF-281), are to be provided to your supervisor at the same time. If you did not receive a performance appraisal (on CF-188 or CF-281) during the last appraisal cycle, you must request your current supervisor to prepare an interim appraisal on CF-188A or CF-281, reflecting your performance to date against each established element and standard. (See CF-306 for instructions on completing the Appraisal for Promotional Opportunities.) Here are your instructions for the completion of the CF-307.

INSTRUCTIONS—Copy each of the evaluation criteria listed on the vacancy announcement in the space provided. Using the format provided, you are responsible for addressing each evaluation criteria, furnishing information about your experience, accomplishments, education, training, related awards, etc., which is related to the criterion and which demonstrates the extent to which you possess the knowledge, skill, ability, or characteristics defined in the criterion. You should include specific examples of tasks, assignments, problems resolved and your level of responsibility, as well as results achieved. The evaluation board will consider only information related to the requirements of the position being filled, so do not include extraneous material not related to the criteria. In providing this information, you should consider the relevancy of the elements and standards established for positions you have held and specific related accomplishments.

On or before the closing date of the vacancy announcement, give all forms (CF-306, CF-307, and a copy of your current performance appraisal), with appropriate portions completed, to your current supervisor and any other official who has supervised you for 90 days or more in the past 6 months. Each supervisor must receive an individual package of forms. (Rotating employees should consult their personnel office for instructions on which supervisors prepare the CF-306.) If your package of forms (CF-306, CF-307, and CF-188 or CF-281) is not submitted on or before the closing date, your CF-307 will not be considered in the merit promotion action, which will result in much more limited consideration of your qualifications.

CERTIFICATION—I certify that the information provided on this form is to the best of my knowledge, complete and accurate. I understand that failure to include all relevant information may put me at a disadvantage in the competitive process. THIS FORM MUST BE SUBMITTED TO THE APPROPRIATE OFFICIAL(S) ON OR BEFORE THE CLOSING DATE OF THE VACANCY ANNOUNCEMENT OR IT WILL NOT BE CONSIDERED IN THE SELECTION PROCESS.

**7. APPLICANT'S SIGNATURE**
*/s/ Carlos Atkinson*

**8. DATE**
8/6/01

76

Customs Form 307 (111683)

| 1. APPLICANT'S NAME | 2. VACANCY NO. |
|---|---|
| Carlos Atkinson | BLTN-01-014JJF |

3. EVALUATION CRITERION (Copy from Vacancy Announcement)

☒ Primary     1. Ability to analyze
☐ Secondary

4. Provide information about your experience, accomplishments, education, training awards, etc., which demonstrates the extent to which you possess the criterion. Include specific tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

I have worked as federal law enforcement officer for the past 31 years. Through my experience gained as Customs supervisor, CET supervisor, Senior inspector, and Officer in Charge of different Customs facilities (railroad, airport, seaport, import lot, passenger processing areas), I have learned to study, analyze, and assess different problems and situations. By gathering all available information given to me by inspectors, informants, and passing travelers, I am able to develop a needs assessment and initiate immediate solutions to numerous situations.

As a supervisor, I am in constant contact with the business community and the traveling public with different cultural and ethnic backgrounds. I am confronted with complicated and delicate situations which after careful study and discussions between the parties involved, I am able to clearly and objectively analyze information and arrive at the most accurate and logical solution within the prescribed Customs policy, procedures and regulations.

Based on this criteria, I was selected by my Port Director to become CET supervisor. I have been chosen to lead this specialized team for twelve consecutive years because of my capacity to analyze problem areas at the port, plan solutions with the input of others, and then professionally execute and evaluate resolutions. As a supervisor, I am instrumental in formulating different initiatives which result in the enhancement of local enforcement operations. In addition, I am able to accomplish this, due to my ability to analyze, make threat assessments of the port, think logically, and then take the appropriate action.

Throughout my thirty one year career as a Customs law enforcement officer, I have attained the experience to analyze personnel in any working environment, determine the leadership qualities and improve morale of inspectors. One of primary duties as Customs supervisor is to evaluate employees performance and assess their areas of weakness and develop a professional growth plan for employee improvement.

I have received specialized training and received certificates of graduation from: Inspector training at Hofstra University, CET training at FLETC Academy, and Senior & Supervisory training at FLETC.

I also received special achievement awards from Commissioner Hallet, District Director, Audrey Adams, and Regional Commissioner, Mr. Piatt. I have also received outstanding (EPAS) from current and past supervisors.

5. POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE

| Position | Dates |
|---|---|
| Customs Inspector | 5/74-84 |
| Officer in Charge | 3/74-84 |
| Senior Inspector | 8/84-85 |
| CET Senior Insp. | 11/85-86 |
| I&C Sr. Inspector | 11/86-89 |
| CET Supervisor | 1/89-Present |

77

U.S. Government Printing Office: 1992-717-672/0005

| 1. APPLICANT'S NAME | 2. VACANCY NO. |
|---|---|
| Carlos Atkinson | BLTN-01-014JJF |

3. EVALUATION CRITERION (Copy from Vacancy Announcement)

☒ Primary
☐ Secondary

2. Ability to plan and organize.

4. Provide information about your experience, accomplishments, education, training awards, etc., which demonstrates the extent to which you possess the criterion. Include specific tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

As CET supervisor, I supervise a large range of employees, (inspectors, CEO's, state and local officers) under the direction of Customs authority. I coordinate different enforcement operations to enhance our efforts in interdiction and detection of Customs violations in the border inspection areas (cargo, PAX, seaport, and railroad processing areas). During the past twelve years as a CET supervisor, my primary objectives are to plan and organize enforcement operations utilizing my team, O.I. agents, Coast Guard, Border Patrol, local police, etc. Under the Border Coordination Initiatives Program, I collaborate with many agencies to execute special enforcement operations to better enhance multi-agency maneuvers such as Operation White Shark. Through Operation White Shark, our BCI team has made many seizures involving large amounts of narcotics. Operation White Shark was upgraded and expanded from Operation Gulf Shark, an operation initiated by my CET team. I participate and conduct meetings consisting of many high officials from the different federal agencies where we share and gather intelligence and execute operations to combat the illegal entry of narcotics and other contraband.

In weekly meetings with Senior inspectors, we plan, organize, and develop improvements in designing new work methods and safety procedures. As a supervisor, I plan ahead in order to provide the best possible service to the traveling public; while at the same time providing enough enforcement coverage to accomplish the Customs Mission.

As a former Senior inspector and currently as a supervisor, I am in charge of supervising and monitoring various import lot facilities. My duties are to plan and organize work assignments and to see that these assignments are carried out effectively. Because of the high volume of cargo coming in from Mexico, I carefully screen entry documents and select high risk merchandise for inspection. I also review and verify that all merchandise is properly entered, classified, and examined before releasing it.

As CET supervisor, I am responsible for planning and organizing all types of enforcement operations. I coordinate operations with the Port Director, Chief Inspectors, CEO teams and CET members. I plan CET operations to compliment the daily operations at the import lot and in the passenger processing areas and to maximize the interdiction of drugs. I strategically assign CET members to various duties and responsibilities in order to utilize them to the fullest in examining high risk cargo.

In the passenger processing area, I plan and conduct numerous enforcement operations using STOP procedures. I am also in charge of overseeing and maintaining the continuity of work operations at all stations.

Due to my expertise in planning and organizing, I was selected by my District Director to be part of a review team assigned to evaluate another port's overall performance which took place in Eagle Pass, Texas. Due to our findings and recommendations, the Customs Inspectors and the port have exceeded their port initiatives in the area of enforcement.

5. POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE

| | |
|---|---|
| Customs Inspector | 5/74-84 |
| Officer in Charge | 3/74-84 |
| Senior Inspector | 8/84-85 |
| CET Senior Insp. | 11/85-86 |
| I&C Sr. Inspector | 11/86-89 |
| CET Supervisor | 1/89-Present |

78

US. Government Printing Office: 1983-717-672/2005                Attachment Sheet                Customs Form 307

| 1. APPLICANT'S NAME | 2. VACANCY NO. |
|---|---|
| Carlos Atkinson | BLTN-01-014JJF |

3. EVALUATION CRITERION (Copy from Vacancy Announcement)

☒ Primary  
☐ Secondary

3. Ability to communicate orally.

4. Provide information about your experience, accomplishments, education, training awards, etc., which demonstrates the extent to which you possess the criterion. Include specific tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

The majority of people crossing international bridges from Mexico primarily speak Spanish. As a Customs supervisor who is fluent in both English and Spanish, I able to communicate effectively with the Spanish speaking public thus avoiding misunderstandings and complaints. Being bilingual has proven to be an asset because I am able to maintain good public relations at all times.

My job duties require exceptional communication techniques to achieve collaboration and cooperation in all facets of my profession. As CET supervisor and BCI member, I am called upon to meet with other federal, state, county, and local law enforcement agencies to maintain an effective flow of information and ideas on how to improve enforcement operations and communication. A good example of my ability to communicate orally, are my Customs presentations with outside agencies in which the spirit of competition is minimized, and an overall spirit of teamwork among the participants prevail. I also meet with inspectors from all over the US during special operations. It is my responsibility to train them and explain to all enforcement teams the necessary Customs rules and regulations that all personnel will have to abide by in order to make the operations a success.

As Senior inspector in charge of Cargo facilities, I met and dealt with the brokerage community and importers. Due to my ability to collaborate and communicate with people, we were able to devise better methods to expedite merchandise without jeopardizing the Customs laws and it's mission.

As a result of my experience in this criteria, I was assigned Officer in Charge of multiple facilities and personnel. I was assigned to train lower graded employees in proper usage of ACS and TECS. Because I am able to effectively communicate, motivate, and train employees, I was selected to the Contraband Enforcement Team. As a CET member, I was able to convey and direct team members on how to successfully and efficiently carry out all special operations. Because of my experience in dealing with the brokerage community, I was assigned to perform merchandise and warehouse audits. During these audits, I was required to discuss technical problems with brokers in warehouse procedures, which would better clarify the Customs warehouse policies and regulations.

I graduated from the Customs Service Academy and also from the CET Training Center. I also graduated from Customs Inspector school at HOFSTRA University, NY.

I have a great deal of pride and commitment to my family. I was fortunate to extend my leadership and communication abilities in a manner that would contribute and benefit my community. As PTA president for four years and Booster Club President for two years, I was able to meet and deal with all groups of people to discuss a wide range of topics in order to exchange information and develop comprehensive initiatives that would result in better communications between teachers, parents, and students.

5. POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE

| Position | Dates |
|---|---|
| Customs Inspector | 5/74-84 |
| Officer in Charge | 3/74-84 |
| Senior Inspector | 8/84-85 |
| CET Senior Insp. | 11/85-86 |
| I&C Sr. Inspector | 11/86-89 |
| CET Supervisor | 1/89-Present |

79

| 1. APPLICANT'S NAME | 2. VACANCY NO. |
|---|---|
| Carlos Atkinson | BLTN-01-014JJF |

3. EVALUATION CRITERION (Copy from Vacancy Announcement)

☐ Primary
☒ Secondary

4. Ability to communicate in writing

4. Provide information about your experience, accomplishments, education, training awards, etc., which demonstrates the extent to which you possess the criterion. Include specific tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

As a Customs supervisor, I write clear and accurate reports pertaining to different inspection and enforcement operational situations. During Customs operations, I send out memorandums which clearly inform the employees of what is required of them to carry out their duties and responsibilities of the operation. I have submitted ideas in writing that are currently being implemented by port management. I also prepare accurate port audit reports and self inspection reports. I issue letters of commendations to Customs personnel who deserve to be recognized for their application of Custom laws, rules, and regulations and for outstanding work performance. I do my best to convey to inspectors the appreciation and acknowledgement for their hard work as a means to continually motivate and challenge them to do their best and reach their full potential.

During the course of tenure as a Customs law enforcement officer, I am required to write detailed and accurate seizure reports and narratives. I also prepare audit reports that have to be written in a concise, and informative manner. As a supervisor who approves seizures that are used in court hearings, it is my duty to ensure that all narratives written by lower grade inspectors are grammatically correct and well composed.

As a CET supervisor, I have submitted in writing numerous special enforcement operations that are approved and implemented at our local port work locations. As a warehouse bonded auditor, I submitted several written accurate reports of merchandise discrepancies found at different warehouses which resulted in penalties of customs laws.

During my course of tenure as National Treasury Employees Union Present, Chapter 160, I was required to prepare and write detailed letters and reports to the union members and Customs management. I was able to collect all the important facts provided by members dealing with a wide range of management and labor situations. It was essential that all information pertinent to a particular problem be well written, well organized, and submitted in a timely manner to management personnel.

I was promoted to Customs supervisor, selected to CET, and promoted to Senior inspector due partially to my expertise in writing. I also exceeded my performance standards on my appraisals. Special Achievement and Cash Awards were given to me in recognition for exceeding the performance standards in this criteria as well as other areas.

5. POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE

| Position | Dates |
|---|---|
| NTEU President | 12/84-85 |
| Customs Inspector | 5/74-84 |
| Officer in Charge | 3/74-84 |
| Senior Inspector | 8/84-85 |
| CET Senior Insp. | 11/85-86 |
| I&C Sr. Inspector | 11/86-89 |
| CET Supervisor | 1/89-Present |

| 1. APPLICANT'S NAME | 2. VACANCY NO. |
|---|---|
| Carlos Atkinson | BLTN-01-014JJF |

3. EVALUATION CRITERION (Copy from Vacancy Announcement)

☐ Primary
☒ Secondary       5. Ability to effectively promote Equal Employment Opportunity Programs.

4. Provide information about your experience, accomplishments, education, training awards, etc., which demonstrates the extent to which you possess the criterion. Include specific tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

The experience that I have acquired by working for the Customs Service for 31 years, has given me the ability to effectively promote Equal Employment Opportunity programs at our local port. I completely understand the importance of the policy of the Customs Service to provide equal opportunity for all employees and applicants without regard to non-merit factors such as race, color, religion, sex, national origin, age, sexual orientation, protected genetic information, status as a parent, lawful political affiliation, marital status, physical/ mental handicap (if not a factor), membership or non-membership in an employee organization, or any other nonmerit factor.

I have always strived to maintain an open channel of communication through which employees can raise questions, discuss concerns and provide them with the answers on issues related to EEO. I promote employee awareness and emphasize that if they make outstanding contribution to the concept and objectives of EEO through their leadership skills and performance, they will be eligible for honorary recognition.

During my career with the Customs Service, I have worked with employees with different ethnic backgrounds. I always encourage all employees to excel in their work. In order to accomplish this task, I set a good example by dedication, professionalism, and good work habits. By working along with Customs employees, I fully understand that it is my responsibility in exercising personal and professional leadership in establishing and maintaining a program designed to promote equal opportunity for all employees. In exercising this leadership and by serving as a mentor for inspectors, I am eradicating barriers to EEO within our workforce.

Through my sincerity and willingness to assist and guide employees with their concerns and needs, they find me approachable, and at the same time non-threatening when they discuss their work environment. This in turn has enabled me to avert problems which typically lead to increased turnover, absenteeism, discrimination complaints, and reduced work quantity and quality.

I have been previously commended for my efforts to elicit cooperation from all Customs employees in order to carry out my duties and responsibilities. I also received a Supervisory EEO training certificate in 8/21/92.

5. POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE

| Position | Dates |
|---|---|
| Customs Inspector | 5/74-84 |
| Officer in Charge | 3/74-84 |
| Senior Inspector | 8/84-85 |
| CET Senior Insp. | 11/85-86 |
| I&C Sr. Inspector | 11/86-89 |
| CET Supervisor | 1/89-Present |

41

US. Government Printing Office: 1983-717-672/2005         Attachment Sheet         Customs Form 307

PERFORMANCE MANAGEMENT PROGRAM
PERFORMANCE AGREEMENT
(For MANAGERS and SUPERVISORS)

Customs Directive 51400-02

## PART 1 — EMPLOYEE INFORMATION

**1. NAME OF EMPLOYEE**
CARLOS ATKINSON

**2. POSITION TITLE/SERIES/GRADE**
SUPERVISORY CUSTOMS INSPECTOR GS-1890-GS12

**3. ORGANIZATION (Office, Division, Etc.)**
U. S. CUSTOMS SERVICE

**5. DUTY STATION**
BROWNSVILLE, TEXAS

**6. REASON FOR RATING**
[X] Annual Rating of Record    [ ] Other (Specify) →

**2. RATING PERIOD COVERED**
From: October 1, 1999
To: September 30, 2000

## PART 2 — CRITICAL PERFORMANCE AREAS

Area #1: Program/Mission Objectives—

Program Area-Expectations Are Met By:

2. PROCESS MANAGEMENT: Work with Port/CMC to implement, facilitate and utilize Business Process Management (BPM)

3. STRATEGIC PROBLEM SOLVING: Work with Port/CMC to develop effective applications of the concepts of problem solving and interventions.

4. CUSTOMER SERVICE: Identify areas of sub-standard or non-uniform treatment through internal and external feedback, and initiate corrective action.

5. PARTNERSHIP: Establish cooperative relationship with NTEU that is focused on quality service and overall goals of the Partnership.

6. FINANCIAL ACTIVITIES: Accept fiscal responsibility as a part of port empowerment, and promote the effective and efficient use of resources.

7. HUMAN RESOURCES: Act as a catalyst in creating a work environment that best uses and recognizes employees' talents and cultural diversities.

8. SELF-INSPECTION PROGRAM: Responsible for conducting self-inspections and accurately reporting self-inspection results at least semi-annually.

(If needed, attach additional sheets)

**PRIVACY ACT NOTICE:** The information collected on this form, pursuant to Chapter 43, Title 5, U.S. Code, may be used to make determinations regarding employee job advancement, salary increases, awards, training, and retention in the job and grade. Information and comments obtained from the employee which are included on this form will not be disclosed outside the U.S. Customs Service without prior consent, except as required by OPM Regulations or permitted by law. The comments provided by the employee may be considered in conjunction with use of the form, which may include discussion and counseling regarding the employee's job performance. Copies of the form may be maintained by the servicing personnel office, the supervisor and the employee.

42

Managerial and Supervisory Competency Expectations are Met by:

(1) Business Practices Which Incorporate *(Mark only those that apply)*:

- [X] technical competence
- [X] planning & evaluation
- [ ] program measurement & analysis
- [X] strategic problem solving
- [X] process improvement techniques
- [ ] technology management
- [X] financial management
- [X] management controls
- [ ] service orientation

(2) Leadership/Management Practices Which Promote *(Mark only those that apply)*:

- [X] human resources management
- [X] employee development
- [X] partnerships & collaboration
- [X] communication & feedback
- [X] conflict management
- [X] safety
- [X] team building/teamwork
- [X] innovation/creative thinking

(3) Values (Credibility, Equity, People, Service):

Accept and conduct responsibilities in accordance with formally issued Customs values, ethics and integrity guidelines.

---

Area #3: EEO Competency - Application of the EEO principles of fairness and equity in the workplace.

EEO Competency Expectations are Met by *(All Apply)*:

- taking steps to implement the EEO and affirmative employment goals established by the bureau;
- supporting staff participation in special emphasis programs;
- promptly responding to allegations of discrimination and/or harassment, and initiating appropriate action to address the situation;
- cooperating with EEO counselors, EEO investigations and other officials who are responsible for conducting inquires into EEO complaints;
- assigning work and making employment decisions in areas such as hiring, promotions, training and developmental assignments without regard to sex, race, color, national origin, religion, age, disability, sexual orientation, or prior participation in the EEO process;
- monitoring work environment to prevent instances of prohibited discrimination and/or harassment.

## PART 3 - PERFORMANCE CERTIFICATION AGREEMENT

This is to verify that we have met, discussed and understand expectations for the established performance appraisal period.

_____ E. [signature] 10/28/99 _____                                  _____ [signature] 10/28/99 _____
Rating Official's Signature and Date                                                          Employee's Signature and Date

## PART 4 - MID-YEAR REVIEW

Signatures indicate that a mid-year discussion has taken place (Attach comments as needed).

_____ E. [signature] 4/28/00 _____                                  _____ [signature] 4/28/2000 _____
Rating Official's Signature and Date                                                          Employee's Signature and Date

## PART 5 — PERFORMANCE RATING/Rating Level Definitions

**ANNUAL PROFICIENCY RATING:**

|  | Successful | Unacceptable |
|---|---|---|
| Area #1: Program/Mission Objectives | [X] | [ ] |
| Area #2: Managerial and Supervisory Competencies | [X] | [ ] |
| Area #3: EEO Competency | [X] | [ ] |

1. **SUCCESSFUL:** Performance expectations for all critical elements were fully met and the employee has successfully performed his/her assigned duties and responsibilities in furthering the mission and goals of the Customs Service.

2. **UNACCEPTABLE:** The employee's performance of his/her assigned duties is unacceptable, with at least one critical element rated as "unacceptable".

**OVERALL SUMMARY RATING:** _____

_____ [signature] 011601 _____                                  _____ [signature] 011601 _____
Rating Official's Signature and Date                                                          Employee's Signature and Date

_____
Reviewer's Signature and Date
(Only necessary if employee performance is Unacceptable)

84