# COMPARATIVE DATA

## SELECTION REGISTER
## FOR
## GS-1890-13 SUPERVISORY CUSTOMS INSPECTOR

### JOB VACANCY NO. BLTN-/01-014JJF

| NAME | DATE OF BIRTH | AGE |
|---|---|---|
| Aguilar, Jorge I | ▉/55 | 47 |
| Alcala, Noe | ▉/61 | 41 |
| Aldaz, Gilbert* | ▉/61 | 41 |
| Atkinson, Carlos** | ▉/41 | 61 |
| Castillo, Jaime | ▉/64 | 38 |
| Gardiola, Lucia A. | ▉/56 | 46 |
| Lambrix, David J. | ▉/55 | 47 |
| Martin, Armandina A. | ▉/46 | 56 |
| Martinez, Oscar | ▉/54 | 48 |
| Medina, Zeferino, J. | ▉/46 | 56 |
| Ochoa, Ella | ▉/63 | 39 |
| Salinas, Humberto, Jr. | ▉/62 | 40 |

- Selectee *
- Complainant **

DEFENDANT'S EXHIBIT 5  C.A. B-04-039

10