# Dhillon's Deposition Excerpts

DEFENDANT'S
EXHIBIT
6
C.A. B-04-039

```
 1    Q.   What was the reason that you decided to
 2  interview Mr. Aldaz in person?
 3    A.   I'm not sure why it occurred in person.  It's
 4  probably because I try to interview everyone in person,
 5  as I did here in Brownsville, and if the applicant wants
 6  to do the interview in person, I would do everything I
 7  could to accommodate the applicant.
 8    Q.   Do you recall interviewing Mr. Atkinson?
 9    A.   Yes.
10    Q.   Could you explain to the court what a BQL is?
11    A.   It's a best qualified list.
12    Q.   Okay.  And what exactly is that?
13    A.   It usually refers to individuals that are in a
14  selection register that's been forwarded to the
15  selecting official for consideration for selection.
16    Q.   And could you explain to the court what a
17  rating and ranking panel is?
18    A.   What that is, under merit promotion, there's a
19  group of individuals that get together and look at
20  candidates that put in for a job, and they have, I think
21  it's referred to as a crediting plan, that they use to
22  look at the paperwork, the resume that's submitted
23  against the crediting plan and then come up with a
24  numerical rating.
25    Q.   Normally, how many people would serve on these
```

1  ranking and rating panels?

2  **A.**  I would say, normally, it would be an odd

3  number in case of a tie, so I think the minimum would be

4  three.  Normally, it would be five.

5  **Q.**  And is there usually a civilian personnel

6  staffing specialist on those panels?

7  **A.**  I'm not sure.  That's something I haven't been

8  involved in in years.

9  **Q.**  With respect to this employment application,

10  did you recommend anyone to the rating and ranking

11  panel?

12  **A.**  It's my understanding that this selection

13  register was not rated.  There was no ranking.

14  **Q.**  And why was that?

15  **A.**  The decision would have been made by

16  headquarters, human resources, and probably, most

17  likely, here in this case, was there was too few

18  applicants to go through that exercise, so my

19  understanding, they were all referred on the selection

20  register.

21  **Q.**  You stated in the administrative proceeding

22  that there had been a ranking and rating panel convened.

23  Do you recall having made that statement?

24  **A.**  I made a statement -- I believe it was my

25  affidavit -- and I was in error at that time.

1  Q. Was there a crediting plan?

2  A. That I wouldn't have knowledge on. That would

3  be a personnel specialist function.

4  Q. So in the process of filling this position, you

5  would have no access or knowledge of any crediting plan?

6  A. For this position, if one existed?

7  Q. Right.

8  A. I'm sure one existed for the position, but it

9  wasn't -- there was no ratings, rankings, so, obviously,

10 there wasn't a crediting plan involved, but I'm sure

11 there is one in existence for this position or for these

12 positions.

13 Q. Wouldn't that be required?

14 A. Here again, that's a personnel specialist

15 question, but I do get selection registers that are sent

16 in alphabetical order, and there's no ratings because

17 there's too few candidates that put in. It doesn't meet

18 a certain numerical threshold for convening a rating

19 panel.

20 Q. And what kind of crediting plans exist in this

21 service?

22 A. Here again, I'm not an expert in that area.

23 Q. Have you ever seen a crediting plan?

24 A. Yes, sir.

25 Q. Do you know what a numerical plan is?

1  had a specific operational need, and I made the decision
2  accordingly.
3      Q.  Well, you've used the term "specific need".
4  Would you define that for me?
5      A.  In this situation for Brownsville?
6      Q.  Well, in any -- what do you mean when you use
7  that phrase, "specific operational need"?
8      A.  In context with the Port of Brownsville, the
9  enforcement posture, the results that they were getting
10 for a port that size, to me, I felt, was lacking, was
11 deficient.
12     Q.  Are you saying that there were insufficient
13 seizures?
14     A.  That's correct.
15     Q.  What percentage of commercial vehicles are
16 inspected in Brownsville?
17         MS. MASSO:  Can you give us a time frame
18 when you're talking about?
19 BY MS. DOWNEY:
20     Q.  Well, during the period that you are alleging
21 that there was an operational problem of inaccurate
22 number of procedures being made in Brownsville, what
23 percentage, if you know, of the commercial vehicles were
24 being inspected at this port?
25     A.  So you're asking me a question of what's

1    occurring today? Is that what you --

2       Q.   No. At the time that you decided that you

3    needed to bring in somebody to improve this cargo

4    problem.

5       A.   My -- here again, my focus -- as I mentioned to

6    you, I had a specific operational need. That's why I

7    did the interviews of the applicants. That operational

8    need was focusing on the entire port operation. This

9    included all locations, the whole operations of

10   Brownsville. I didn't mention a specific area as you

11   did, sir, cargo. Mine was passenger cargo, air, rail

12   and sea. It's the total results for the Port of

13   Brownsville that I saw was lacking.

14      Q.   Would you -- would you agree with me, sir,

15   that, historically, there are fewer seizures at this

16   port than other ports in the State of Texas along the

17   Mexican border?

18      A.   Historically?

19      Q.   Yeah. Going back to the '50s.

20      A.   I don't have that data. I don't have that

21   knowledge.

22      Q.   Okay. So it was just kind of a guess that you

23   made that you needed to have somebody there to improve

24   seizures and cargo or --

25      A.   Well, sir, you asked me to go down to the '50s,

1   so -- I don't have that knowledge to the '50s, but I had
2   the knowledge of when I arrived here in 2001 and up to
3   the time I made my recommendations, and, also, I knew
4   some stats for the entire southern border, but really
5   looking at the January 2001 through that calendar year,
6   I was cognizant of the fact that the Port of Brownsville
7   was lacking in its enforcement postures that resulted in
8   few narcotic seizures.
9       Q.   Well, isn't it true that because Brownsville
10  has a more -- historically, has had a more hands-on
11  inspection process of particularly cargo, that, you
12  know, people are trying to smuggle things into the U.S.,
13  kind of avoid this port?
14      A.   In answering that, the cargo environment -- I
15  made some visits here prior to my recommendation to my
16  superiors for this position, and in my visits here, I
17  saw a total lack of an enforcement posture both in cargo
18  and passenger.  It seemed like the enforcement systems
19  had been broken and broken for some time.
20      Q.   Did you have any meetings or discussions with
21  Jorge Flores at that time?
22      A.   Not to my knowledge.
23      Q.   Would there be -- would there be some reason,
24  if the system was broken so badly during that period of
25  time, that his recommendations -- that his evaluations

1   Q.   Okay. And do you recall, then, asking
2   Mr. Aldaz those two questions, or two questions?
3   A.   The two questions that I would have asked, I
4   would have asked of all applicants. I would have been
5   consistent.
6   Q.   Okay. And you indicated in that statement that
7   both candidates, being Mr. Atkinson and being Mr. Aldaz,
8   did well in the interview process and that you took into
9   consideration the interview process in making the
10  selection. Is that, in fact, what happened?
11  A.   The interview process was part of what I took
12  into consideration when I made my recommendation, yes.
13  Q.   Okay. You also say, "The interview process was
14  a part that was taken into consideration when I made my
15  recommendation. I looked at the entire application
16  packages of all candidates to determine which candidate
17  possessed the best KAS for the job. The results of the
18  interview were taken into consideration. Mr. Aldaz did
19  better in his written package in addressing the required
20  criteria. He also did better than the complainant in
21  the interview." Do you recall that statement being
22  made?
23  A.   Yes.
24  Q.   What systems and processes did you ask
25  Mr. Aldaz about?

1  trying to establish that he didn't fit into any of those
2  categories.
3     A.   I just don't have that knowledge, so I would
4  say I don't know him to have been categorized in any
5  RIF.
6     Q.   In your affidavit, you indicated that -- you
7  said that you thought that Mr. Aldaz had -- his
8  responses -- I'll quote.  "Mr. Aldaz' responses
9  indicated he had a better grasp of systems and processes
10 than the complainant."  Do you recall making that
11 statement in your --
12    A.   Yes.
13    Q.   Okay.  And would you explain that to us, what
14 you meant by that?
15    A.   In asking that question about traffic
16 management, what does that concept bring to each of the
17 applicants, Mr. Aldaz explained all the ins and outs
18 about traffic management.  He went into detail of what
19 that meant to him, and he understood the process,
20 opening lanes, closing lanes, using that as an
21 opportunity to create the environment for enforcement.
22 He went very, very in-depth and articulated his absolute
23 understanding of traffic management and how traffic
24 management can help facilitate legitimate travelers and,
25 in addition, how you can use traffic management to

1   enhance your enforcement posture, layered enforcement,
2   stop operations and all of that.  He really was strong
3   on that issue.
4       Q.   And, you know, when you were filling this
5   position or interviewing, what specific experience was
6   it that you were looking for?  What was it in
7   Mr. Aldaz' background that you thought was important?
8       A.   As I said before, I had a specific operational
9   need, and that was -- I wanted someone to come in that
10  would contribute, that would add an element of change
11  and do something different, bring in a different
12  attitude of what enforcement was all about, and so that
13  operational need, Gilbert Aldaz, with his knowledge,
14  abilities and skills, with what he had seen as an
15  inspector, senior inspector and supervisor, in my
16  opinion, had those skills, knowledge and ability more --
17  better so than any of the other applicants that put in.
18      Q.   How has Mr. Aldaz improved the customs service
19  functions in Brownsville, Texas?
20      A.   I did a review, and seizures have increased.
21  Now, do I attribute it all to Gilbert Aldaz, some can be
22  attributed to him.  It could be attributed to other
23  issues, but -- however, since his arrival, seizures have
24  picked up and continue to pick up.
25      Q.   You know, what statistics do you have to show

1  Go ahead and answer.

2  **A.**  What I was looking for -- as I mentioned to
3  you, I had an operational need, and what I had seen
4  through the data that I had reviewed and personal
5  observation, that the enforcement posture of the Port of
6  Brownsville was bad, and the fact that a person has
7  longevity and has been here -- I'm very results driven,
8  and I was looking for the results that Mr. Atkinson has
9  given and contributed to set the tempo and the
10 direction, and I saw that as -- being lacking.

11           Then I looked at the -- Gilbert Aldaz'
12 package, one year supervisor, what he had done, and, of
13 course, that's curt information, and it was very
14 impressive.  So when I reviewed it, what are the
15 results, what results have you brought to the table, and
16 I know that the results that I was seeing and reviewing
17 for Brownsville was bad, so I did the best I could, did
18 the best review and recommended who, in my opinion, was
19 the best person for the job.

20  **Q.**  Mr. Lambrix said you didn't interview him.  Is
21 that true or not?

22  **A.**  As I mentioned to you, I would attempt to
23 interview all applicants that put in for the job, and I
24 would try diligently to contact them, and then I would
25 have an audit trail to justify why someone wasn't

1  completely opposite later.

2          MR. DOWNEY:  Well, it wasn't completely

3  opposite.  Let me rephrase the question.

4          MS. MASSO:  Thank you.

5  BY MR. DOWNEY:

6     Q.   Did you offer, or, to your knowledge, did

7  anyone in Customs offer to pay Mr. Lambrix' expenses to

8  come down for an interview?

9     A.   As I mentioned earlier, that if I interview

10 one, I have to interview all, and I was unable to

11 provide you specific information did I actually make

12 contact with Mr. Lambrix or not, so I hate to speculate

13 on that.

14    Q.   I'm not asking you to speculate, I'm asking you

15 do you know whether anybody offered to pay his interview

16 travel expenses.  If you don't know, fine.

17    A.   I don't know.

18          MR. DOWNEY:  I have no further questions.

19                  EXAMINATION

20 BY MS. MASSO:

21    Q.   May I ask you, Mr. Dhillon, did you know how

22 old Carlos Atkinson was at the time that you interviewed

23 him?

24    A.   No.

25    Q.   Did you know how old any of the applicants were

```
 1    at the time that you interviewed them?
 2        A.   No.
 3        Q.   Earlier in your deposition, you indicated that
 4    you knew Carlos Atkinson's age; do you remember that?
 5        A.   Yes.
 6        Q.   When did you learn of his age?
 7        A.   In reviewing the material getting ready for
 8    this deposition, there was a document that I saw that
 9    was part of the investigative file that showed the ages
10    of all the applicants.
11        Q.   Okay.  And I'm going to show you the
12    investigative file that was prepared by the EEO in this
13    case, and I'm directing your attention to tab number
14    nine, which I will represent to you and counsel consists
15    of three pages, pages 68 through 70.  Page 68, do you
16    remember if -- at the time that the interview was
17    conducted for these applicants, if you had ever seen
18    that document before?
19        A.   No.
20        Q.   Page number 69 behind tab number nine, which
21    indicates in the title that it is the selection
22    register, have you -- did you have that document or see
23    that document at or before the time of the interview?
24        A.   No.
25        Q.   You were aware of the names of the individuals
```

1   reflected, were you not, of the people being
2   interviewed?
3       A.   Yes.
4       Q.   But, apparently, you were not aware of their
5   names as a result of seeing this form?
6       A.   Not this exact document, no.
7       Q.   Okay.  And then -- and page 70 is a document
8   that's entitled Comparative Data, which indicates the
9   names of all the people that are reflected on page 69 at
10  the selection register, and it also indicates their
11  dates of birth.  Is this something that you prepared in
12  preparation for the interview of the applicants?
13      A.   No.
14      Q.   Do you know who prepared this document?
15      A.   No.
16      Q.   It reflects the ages of all of these
17  applicants.  Once again, did you know the ages of any of
18  these applicants at the time you conducted the
19  interview?
20      A.   I did not know their ages, nor did I see this
21  document.
22      Q.   Did you know any of their ages at the time that
23  you issued your recommendation to Bonnie Tischler?
24      A.   No.
25      Q.   Earlier, when Mr. Downey was talking about