# Atkinson's Deposition Excerpts

DEFENDANT'S
EXHIBIT
7
C.A. B-04-039

1    A.    Okay.  That's fine with me.

2    Q.    You indicated in your attachment to your
3    complaint that Mr. Dhillon, in addition to asking you
4    those two questions, talked to you about your children?

5    A.    Yes, ma'am.

6    Q.    Can you tell me a little more detail?  What kind
7    of questions was he asking you about your children?

8    A.    Well, he asked me -- it's all in there.  He was
9    asking me about my -- I have two sons working for the
10   service.  I have a son, David Atkinson, in Hidalgo.

11   Q.    Uh-huh.

12   A.    And I have my son Charles Atkinson that works
13   here in Brownsville.

14   Q.    Okay.

15   A.    And during that time when he asked me those two
16   questions, and then he says, "How about your son
17   Charlie?"  He says, "Why don't you go ahead and tell me
18   what happened to him?"  Because he either had a file
19   going on on him about a possible reprimand or something,
20   and I told him, "Mr. Dhillon, I don't really want to
21   discuss anything with my sons because they are -- they
22   live in a separate household, right.  I'm the father,
23   yeah, but as far as work goes, they're separate from me
24   because I cannot supervise them, you know."

25   Q.    And when you told him that, did he drop the

1  subject?
2     A.  He says, "Oh, no, Mr. Atkinson, it
3  doesn't -- just tell me what happened." So I told him
4  that -- what I knew about what the situation was that my
5  son was assigned to the B&M Bridge and left the area to
6  go to the Gateway Bridge and they accused him of doing a
7  tailout.
8     Q.  What's a tailout?
9     A.  Well, a vehicle that's sending to secondary and
10 looks suspicious or whatever and then it takes
11 off -- gets released and takes off or whatever. But it
12 was verified by Mr. Charles Atkinson's supervisor,
13 Castillo, Jaime Castillo, that the only reason Mr.
14 Atkinson left B&M Bridge was to go to the Gateway Bridge.
15 That was it.
16    Q.  Okay.
17    A.  And so -- so that's what I told him. He says,
18 "Well, I'll take care of that." And then, again, it's
19 the same subject when I met with him in Hidalgo in
20 June --
21    Q.  Mr. Dhillon you met with?
22    A.  Yes, ma'am.
23    Q.  In June of 2002?
24    A.  No, I think it was 2003. It's when we brought up
25 some concerns in Hidalgo about the whole port.

```
 1       Q.   Okay.
 2       A.   Well, from there, he asked me again in the
 3  hallway, "Have you heard from your son Charlie?  You
 4  know, I got rid of his letters.  I threw them in the
 5  trashcan.  It was a bunch of bullshit."  That's what he
 6  told me right in the hallway because I had some business
 7  going with him all day from 8:00 to 4:00, and I told you
 8  that he asked me maybe to -- I don't know, to kind of
 9  take some effect in the meeting late in the afternoon, I
10  don't know, but he did ask me again.
11       Q.   Okay.
12       A.   And then he asked me about my son David, which is
13  my second son.
14       Q.   During the course of the interview?
15       A.   During the interview, yes, ma'am, which he denies
16  in his affidavit.
17       Q.   And do you remember specifically when he was
18  asking you about David?
19       A.   "How's your son David doing?"  He's an NTU Union
20  President in Hidalgo, and what I figure it's kind of
21  a -- he's a good union president, everybody says that,
22  he's got letters and awards and so forth, so when you're
23  a union president, management kind of not likes you.  I
24  mean, that's the way it is.
25       Q.   Uh-huh.
```

1   A.   In this case, I don't know why he brought my sons
2   names, but during an interview that I'm looking for a
3   promotion, why should he bring them up?
4   Q.   Right.
5   A.   It doesn't have no relevance at all, I mean.
6   Q.   In here also -- and I'm looking at Exhibit 2 with
7   your attachments here, you said that he talked to you
8   about your children then another matter brought to light
9   was the Brownsville, Texas seizure history as being low.
10  A.   Mr. --
11  Q.   What was discussed about that?
12  A.   Well, Mr. Dhillon has made remarks during
13  meetings, board director meetings, you know, on the
14  intercom, I've heard that he said that Brownsville is
15  well low in seizures, that it should be brought up.
16  Q.   Did he bring that up --
17  A.   Do I figure he doesn't really like Brownsville as
18  far as the -- and due, again, to another conflict between
19  him and Margie Gutierrez, the port director.
20  Q.   Well, do you think he -- well, first of all, did
21  he bring up the Brownsville seizure history as being low?
22  Did he bring that up in meetings before your interview?
23  I mean, did you know that he was --
24  A.   Not to me directly, no, not in the meetings.  Of
25  what I've heard, he's made those remarks.

```
 1        Q.   Okay.  And you knew that he had made those
 2   remarks before your interview?
 3        A.   Possibly, yeah.
 4        Q.   Okay.  And during the course of your interview,
 5   what exactly did he say to you about the Brownsville
 6   seizure history as being low?
 7        A.   Well, the only reference he made after those two
 8   questions was how would you -- "I understand cargo
 9   doesn't have any seizures," he said, "so how would you go
10   about it?"
11             I says, "Mr. Dhillon," I says, "we tried hard,
12   you know, all these years."  I know I've been in
13   contraband for a long time before I got replaced by
14   something else that's coming up later.  We did all kinds
15   of enforcements operations.
16             He says, "How are the" -- "I'm sure there's got
17   to be some loads coming across."
18             I said, "Mr. Dhillon, I don't know.  We have a
19   lot of checking to do.  We do tailgating, we do back up
20   examinations, we do exit gate examinations.  Maybe we're
21   checking too much," I says, "but you tell me, sir, what
22   are we doing wrong?"
23             And then he says, "Mr. Atkinson" -- he says,
24   "Well, Mr. Atkinson, you know there might be eye spotters
25   out there looking around."
```

```
 1   through than lane 2 or 3."
 2       Q.   Uh-huh.
 3       A.   Stuff like that happens.
 4       Q.   Right.  Okay.
 5       A.   And that's why I told -- that's what he told me,
 6   "Maybe the eye spotters are out there."
 7       Q.   Right.
 8       A.   I says, "Well, it might be because" -- I don't
 9   know.
10       Q.   And did he talk to you at all about
11   Ms. Gutierrez, how you got along with her?
12       A.   No, he didn't at the time, but then later I had a
13   one-to-one meeting with him and we discussed things that
14   were going on that were not right at the port.  That's
15   recently.  That's not going back to this case.  I know
16   for a fact that they've got two EEOs against each other,
17   so they don't get along.  They might claim they do, but I
18   know they don't, so --
19       Q.   And --
20       A.   As a matter of fact, that he came to interview me
21   when she was out of town shows you that there's no
22   connection at all.
23       Q.   Do you think that was very unusual for her
24   to -- for him to interview you without Ms. Gutierrez
25   being there?
```

```
 1      A.   Oh, yes, ma'am.  In a meeting upstairs in the
 2  conference room with Mr. Art Canizales, which is the EEO
 3  coordinator for the district, he's retired now, but me
 4  and Z.J. Medina were there in the same room and I asked
 5  him, "How come two people are allowed to work together
 6  when the EEOs are against each other?"
 7      And he says, "Well," he says, "I don't know on
 8  this case what happened," but that he asked Margie about
 9  working together or not and she said, "I don't mind
10  working here" or something like that.
11      But anyway --
12      Q.   Well, you think that that -- the fact that he
13  didn't have her participating on these interviews
14  contributed to you not getting the promotion?
15      A.   Yes, ma'am, because he deviated from promotion
16  procedures according to Port Director Margie Gutierrez,
17  again, in her affidavit.  She states that a panel should
18  have been formed because she had participated in numerous
19  promotion selections with a panel member board.  There's
20  supposed to be a panel board for interviewing the
21  applicants.
22      Q.   So --
23      A.   In this case, the applicants -- the interviewer
24  was Mr. Dhillon.
25      Q.   Uh-huh.
```

1  couldn't be selected as the chief?  I mean, that's
2  unfair.
3         Mr. Noe Alcala has served also as an acting chief
4  inspector, too.  There's a lot of experience in
5  Brownsville, but none of us made it.
6     Q.  Who on this list are Brownsville folks?
7     A.  Mr. Aguilar, Mr. Noe Alcala, of course, me, Mr.
8  Jaime Castillo, Mr. Oscar Martinez, Mr. Zeferino Medina,
9  and Elia Ochoa.
10    Q.  And, I guess, with the exception of Ms. Ochoa, if
11 any of the other Brownsville people had gotten the job,
12 would you have filed your complaint --
13    A.  No.
14    Q.  -- on age discrimination?
15    A.  No, ma'am.
16    Q.  Okay.  I'm going to show you -- well --
17        MS. MASSO:  I don't have a paperclip.  Do
18 you have a paperclip or a stapler?  I'm not very well
19 prepared.  And I'm going to need to have this marked as
20 an exhibit.
21        (Deposition Exhibit No. 5 was marked for
22 identification.)
23    Q.  (By Ms. Masso)  This is a copy of your
24 application for the position that we've been talking
25 about.  I want to show it to you and make sure that I've

1   think it was a discriminatory statement pertaining to
2   your age?
3       A.   Well, he made a remark when he interviewed
4   Mr. Noe Alcala saying that he wanted to get rid of the
5   old buddy system. I don't know whether "the old buddy
6   system" means the old supervisors or what. That's the
7   only remark that I can recall that he did say at the
8   meeting. When he interviewed Mr. Alcala, he told him, "I
9   want to get rid of this old buddy system."
10      Q.   Okay.
11      A.   That's why he came down personally. That's what
12  he said in that meeting.
13      Q.   Okay.
14      A.   Mr. Alcala will verify that.
15      Q.   And by "meeting," you mean Mr. Alcala's
16  interview --
17      A.   Yes, ma'am.
18      Q.   -- for the same position --
19      A.   For the same position.
20      Q.   -- that you had applied for?
21      A.   Yes, ma'am.
22      Q.   And Mr. Alcala -- if he had gotten the job, you
23  wouldn't have had a problem?
24      A.   No, ma'am.
25      Q.   You wouldn't have -- you wouldn't have filed a

1  lawsuit for age discrimination?
2     A.   No.
3     Q.   All right.  Let's see, No. 17, the question asked
4  was "Are there any discriminatory statements regarding
5  age which you have heard made by Doug Ahern, Margie
6  Gutierrez, or Gurtid Dhillon?"
7          And at that time, you said, "I do not remember at
8  this time."
9          If you want to reread it, it's No. 17.
10    A.   At the time, I didn't, but now I'm recollecting.
11    Q.   Okay.  Can you tell me what you recall?
12    A.   I recall that Mr. Ahern made a remark to some
13 employees about pushing the old timers out.
14    Q.   Was this remark made before or after Mr. Aldaz's
15 selection for the position?
16    A.   Mr. Aldaz was selected in 2002 in January, and
17 that remark made was in March or April or something like
18 that.  But before the, he made these remarks to some
19 other people before the selection.  It was a known fact
20 that he was pushing young officers into the Contraband
21 Enforcement Team.
22    Q.   Who?  Mr. Ahern?
23    A.   Yes, ma'am.
24    Q.   Now, Mr. Ahern was not a part of the selection
25 process for the position that Mr. Aldaz received?

1   A.   Yes, ma'am.  And, therefore, I did not receive
2   proper consideration for the position.
3   Q.   Because since you were from Brownsville, you
4   weren't given consideration for this position?
5   A.   Right.  And he knew it well because there was
6   never no interviews done by district directors.  In this
7   case, he came down and interviewed Brownsville
8   supervisors, and we never had a chance.  He knew who he
9   wanted already because in a conversation to George
10  Aguilar and Aldaz and Mr. Ahern in a van, Aldaz said that
11  he already knew he was selected but he didn't want to
12  tell anybody.  Mr. Aguilar is a witness for that, too.
13  Q.   So none of the --
14  A.   How can you know you've been selected when the
15  thing is not announced yet.
16  Q.   So none of the Brownsville supervisors had a
17  chance --
18  A.   No, ma'am.
19  Q.   -- because they were from Brownsville?
20  A.   Right, because of the conflict between him and,
21  again, the port director, Margie Gutierrez.
22  Q.   Yeah.  How do you think that conflict resulted in
23  your and the other Brownsville folks nonselection?  Do
24  you think that he was taking it out on Margie not to
25  promote --