*GS-1890-13*
*GLO 9-7-07*

## OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT
### (OF 612 -- Form Approved: OMB No. 3206-021)

You may apply for most jobs with a resume, this form, or other written format.  If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

===================================================================

1.   JOB TITLE IN ANNOUNCEMENT:   SUPERVISORY CUSTOMS INSPECTOR
-------------------------------------------
2.   GRADE(S) APPLYING FOR:      GS-1890-13
-----------------
3.   ANNOUNCEMENT NUMBER: BLTN/01-014JJF(TX06/BROWNSVILLE, TX)
-------------------------
4.   LAST NAME:   **ALDAZ**                    FIRST, MIDDLE:   **GILBERT**
5.   SOCIAL SECURITY NUMBER:   ████████
-------- ---- -------
6.   MAILING ADDRESS:   ████████

     CITY/STATE/ZIP:          EL PASO, TEXAS, 79912
-----------------------------------------------------------
7.   PHONE NUMBERS (include area code)   DAYTIME:   ████████
-----------------------
                                         EVENING:   ████████
-----------------------
===================================================================

8.   WORK EXPERIENCE: Describe your paid and nonpaid work experience related to the job for which you are applying. (Do not attach job descriptions)

1)   JOB TITLE (If Federal,          SUPERVISORY CUSTOMS INSPECTOR,
                                     GS-1890-12/2
     include series and grade): -------------------------------------

     FROM (MM/YY): 08/00       TO (MM/YY): PRESENT
     ------------              ------------
     SALARY: $ 53,657    per      YEAR    HOURS PER WEEK: 50
     ------------        --------         --------
     EMPLOYER'S NAME:   U.S. CUSTOMS SERVICE, OFO DIVISION
     -----------------------------------------------------------
          AND ADDRESS:        9400 VISCOUNT, EL PASO, TX.  79925
     -----------------------------------------------------------
     SUPERVISOR'S NAME:       ROBERTO ONTIVEROS
     -----------------------------------------------------------
          AND PHONE:          (915) 872-5729

DEFENDANT'S
EXHIBIT
8
C.A. B-04-039

*45*

--------------------------

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

My primary duty is to enforce the Tariff Act, as amended, and other laws, rules and regulations governing import and export of goods and merchandise and payment of duties and fees. I also enforce the laws and regulations of the Immigration and Naturalization Service, the United States Department of Agriculture and approximately over 60 other Federal Agencies.

Duties and Responsibilities:

* Assist persons with questions on Customs rules and regulations.

* Conduct extensive detailed conversation with passengers concerning details of entry of goods.

* Evaluate, determine and assess appropriate duties for imported goods and merchandise.

* Decide upon the legality of imported and exported goods and merchandise and seize that which is in violation of law.

* Administratively penalizes (fine), detain and arrest persons involved in violations of law.

* Conduct contemporaneous and structured interviews and interrogations.

* Admit persons and merchandise clearly eligible for entry.

* Target selectivity functions from the Automated Commercial System (ACS).

* Coordinate and organize processing of passengers and baggage.

* Direct a wide variety of persons regarding the requirements of the U.S. Customs Service, the Immigration and Naturalization and other Federal Agencies.

* Enforce all laws pertaining to the importation of illegal drugs into the United States.

* Supervise the unloading and loading of imported merchandise.

* Communicate in an effective and diplomatic manner informing and advising individuals and companies regarding the importation and exportation of goods and merchandise.

* Monitor, review and coordinate search techniques and programs

86

pertaining to cargo, baggage, conveyances and persons.

* Conduct inspection audits, reviews and evaluations of carriers, importers and exporters records.

* Identify and remove prohibited, smuggled, or fraudulently entered articles in violation of other government agencies' laws.

* Develop an effective and amiable working relationship with the U.S. Attorney, other Federal Agencies and local Police Jurisdictions.

* Utilize approved procedures, experience and intelligence information to detect contraband and/or undeclared or undervalued items and take appropriate corrective action when such is detected.

* Advise and assist incoming persons regarding articles acquired abroad commercial shipments, declarations, mail entry, and other special circumstances.

* Coordinate and exchange information with officers and supervisors of other agencies (Local, State and Federal).

* Communicate with a wide variety of persons, including returning citizens visitors, immigrants, Government officials and other VIP's.

* Formulate concise factual reports regarding the seizure of merchandise and the apprehension of individuals.

* Analyze written and numerical data, draw conclusions and make timely decisions.


Accomplishments:

As Supervisory Customs Inspector, I have been involved in numerous seizures.
I have contributed directly to many hidden compartments, and seizures of narcotics. As a result of my enforcement actions and supervision, our team has seizures totaling over 20,000 lbs. of marijuana, 2 lbs. of heroin and 200 lbs. of cocaine. At present, I supervise 18 inspectors, responsible for conducting complete reviews on operational plans, coordinating orientation training programs for the new members and discussing any discrepancies and/or inadequacies with the Duty Chief Inspector.

I have received Letters of Appreciation from the various local schools for presentations involving career day and special emphasis programs

47

("Say To Drugs"," Red Ribbon Day", etc., '00-'01).

2)  JOB TITLE (If Federal,     SENIOR CUSTOMS INSPECTOR, GS-1890-11/6
    include series and grade):
    ------------------------------------------
    FROM (MM/YY): 04/88      TO (MM/YY): 08/00
    -----------              -----------
    SALARY: $ 46,619    per     YEAR    HOURS PER WEEK: 56
    -----------              --------                   --------
    EMPLOYER'S NAME:   U.S. CUSTOMS SERVICE, OFO DIVISION
                       ------------------------------------------
        AND ADDRESS:   9400 VISCOUNT, EL PASO, TX. 79925
                       ------------------------------------------
    SUPERVISOR'S NAME:        TIMOTHY LUND
                       ------------------------------
            AND PHONE:        (915) 633-7300
                       ------------------------------

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

My primary duty was to enforce the Tariff Act, as amended, and other
laws, rules and regulations governing import and export of goods and
merchandise payment of duties and fees. I also enforced the laws and
regulations of the Immigration and Naturalization Service, the United
States Department of Agriculture and approximately over 60 other
Federal Agencies.

Duties and Responsibilities:

* Assisted persons with questions on Customs rules and regulations.

* Conducted extensive detailed conversation with passengers concerning
details of entry of goods.

* Examined imported and exported goods and merchandise along with
associated documentation.

* Decided upon the legality of imported and exported goods and
merchandise and seize that which is in violation of law.

* Administratively penalized (fine), detained and arrested persons
involved in violations of law.

* Conducted contemporaneous and structured interviews and
interrogations.

* Examined documents for admissibility.

48

* Admitted persons and merchandise clearly eligible for entry.

* Targeted selectively functions from the Automated Commercial System (ACS).

* Coordinated and organized processing of passengers and baggage.

* Enforced all laws pertaining to the importation of illegal drugs into the United States.

* Supervised the unloading and loading of imported merchandise.

* Communicated in an effective and diplomatic manner informing and advising individuals and companies regarding the importation and exportation of goods and merchandise.

* Monitored, reviewed and coordinated search techniques and programs pertaining to cargo, baggage, conveyances and persons.

* Identified and removed prohibited, smuggled, or fraudulently entered articles in violation of other government agencies' laws.

* Developed an effective and amiable working relationship with the U.S. Attorney, other Federal Agencies and local Police Jurisdictions.

* Coordinated and exchange information with officers and supervisors of other agencies (Local, State and Federal).

* Communicated with a wide variety of persons, including returning citizens visitors, immigrants, Government officials and other VIP's.

* Supervised a Centralize Examination Station (C.E.S., '90).

* Coordinated inspection and control activities regarding the Contraband Enforcement Team (C.E.T., '91-'92), by serving as the Officer in Charge.

Accomplishments:

As a Senior Customs Inspector, I have been involved in numerous narcotic seizures.
I have contributed directly to many hidden compartments, and seizures totaling over 8,000 lb. of marijuana, 13 lbs. of heroin and 350 lbs. of cocaine. As a result of my enforcement actions, I was often in charge of specific operation, such as inspections at an International P.O.E. and /or Airport. During my one year tenure in C.E.T., I was the

49

Officer In Charge (O.I.C.) for 2 weeks, supervising 15 C.E.T.

Inspectors, responsible for conducting complete reviews on C.E.T. operational plans, coordinating orientation training programs for the new C.E.T. members and discussing any discrepancies and/or inadequacies with the C.E.T. supervisor.

As a result of my ability to coordinate training programs and present complete and concise information on Customs laws and concepts, I was assigned to the U.S. Customs El Paso District Training Staff ('93-'94).

I have received a Letter of Appreciation from Cannon AFB (March '97) for serving as a Military Customs Inspector (M.C.I.) Coordinator for presenting various Customs training and work concepts to the various military personnel, thus certifying them to safeguard the Customs laws and regulations.

I have also received Letters of Appreciation from the various local schools for presentations involving career day and special emphasis programs ("Say No To Drugs", "Red Ribbon Day", etc., '89-'91,'93-'94).

3) JOB TITLE (If Federal,      PLANT PROTECTION & QUARANTINE OFFICER,
                               GS-0436-9/2
   include series and grade): ------------------------------------------

FROM (MM/YY): 02/85       TO (MM/YY): 04/88
             ------------              ------------

SALARY: $ 22,458      per    HOUR     HOURS PER WEEK: 40
        ------------        --------                  --------

EMPLOYER'S NAME:    P.P.Q., APHIS, U.S.D.A.
                   -----------------------------------------------------

    AND ADDRESS:   3600 E. PAISANO, RM. 172-A, EL PASO, TX. 79905 --
                  ------------------------------------------------

SUPERVISOR'S NAME:      NICK SILVA
                   -----------------------------------------

    AND PHONE:        (915)534-6652
                   ----------------------------

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

My primary duty was to prohibit, restrict, or safeguard
products that may carry pests potentially dangerous to the
Nation's Agriculture. I inspected ships, air crafts, vehicles,
passengers, railway cars, mail baggage, plants, plant
products, and miscellaneous articles for restricted or
prohibited agricultural commodities, animal by products, and
pests that are potentially harmful to the United States
Agriculture. I also reviewed manifests, incoming P.P.Q. forms,
and other documents associated with the import of products. I
selected material for inspection using field techniques, and
recognized the presence and/or symptoms of plant pests. I
contacted landowners, farmers, trade representatives, brokers,
etc., relative to securing permission to conduct surveys,
enforce quarantine regulations, and advise on P.P.Q. programs
and regulations.

Duties and Responsibilities:

* Coordinated and conducted surveys and inspections to
determine the presence and amount of plant pests and other
environmental, biological, and ecological factors that may
affect the extent of damage the pests might cause.

* Interpreted and enforced Federal and State domestic
quarantines and regulatory orders restricting the shipments of
plants, plant products, animal by-products, and other
materials, into, within, and out of the Unites States.

G1

* Upon compliance with regulations, issued certificates or permitted the movement of regulated articles by preparing and executing compliance agreements.

* Planned, conducted, and/or supervised various treatments, such as disinfections, sterilization's, fumigation, etc., of plant pests.

* Designated to perform the primary inspection and examination of arriving persons, merchandise and other goods and of the conveyances in which they may be transported to the United States for U.S. Customs, and the Immigration and Naturalization Service.

* Admitted those found to be clearly eligible and referring cases requiring further action or presenting unusual complexities or problems to an officer of the appropriate agency for disposition.

Accomplishments:

As a P.P.Q. Officer, I prepared and executed Compliance Agreements for the Soil Labs in El Paso, TX. I was involved in several seizures, totaling over 100 lbs. of marijuana, in which the majority of them involved the detection of specialized compartments. I also provided enforcement assistance to member of the Contraband Enforcement Team (U.S. Customs) in the apprehension of 3,589 lbs. of cocaine (Sept. '87). As a result of these enforcement actions, I received Appreciation and Commendation Letters from the U.S. Customs District Director (1988).


9.  MAY WE CONTACT YOUR CURRENT SUPERVISOR? (If we need to          YES [X]
    Contact your current supervisor before making an offer,
    we will contact you first.)                                     NO  [ ]


EDUCATION

                                    Some HS   [  ]    Bachelor [ X]
10.  MARK HIGHEST LEVEL COMPLETED:  HS/GED    [  ]    Master   [  ]
                                    Associate [  ]    Doctoral [  ]

11.  LAST HIGH SCHOOL or GED SCHOOL: CORONADO HIGH SCHOOL
                                     ------------------------------------

CITY/STATE/ZIP (if ZIP known): 100 CHAMPIONS PL.
EL PASO, TX 79912
------------------------------------

YEAR DIPLOMA or GED RECEIVED:    1979
------------

12.  COLLEGES AND UNIVERSITIES ATTENDED (Do not attach a copy of your transcript unless requested.)

1)  NAME:           UNIVERSITY OF TEXAS AT EL PASO
------------------------------------------------

CITY/STATE/ZIP:  500 W. UNIVERSITY AVE., EL PASO, TX 79968
------------------------------------------------

SEMESTER CREDITS EARNED: 135    MAJOR(S): MICROBIOLOGY/CHEMISTRY
(or)              ------            ----------------------

QUARTER CREDITS EARNED:
------            ----------------------

DEGREE (If any): B.S.                    YEAR RECEIVED: 1984
--------------------------            ------

================================================================

OTHER QUALIFICATIONS

13. Job-related training courses (give title and year).  Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.).  Job-related certificates and Licenses (current only).  Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards).  Give dates, but do not send documents unless requested.

'Job Related Training Courses:

M.E.S.H. Training, U.S. Customs, Indianapolis, IN, 2001.
F.T.O., U.S. Customs, El Paso, TX, 1992-1994,1998-1999.
Airport Operations Staff, U.S. Customs, El Paso, TX, 1996-1998.
Pims & Vims Training, U.S. Customs, El Paso, TX, 1998.
C.E.T., U.S. Customs, El Paso, TX, 1991-1992.
Public Speaking Team, U.S. Customs, El Paso, TX, 1989-1991.

Job Related Skills:

I speak, understand and read Spanish fluently. I received an S-3 skill level in accordance to the Foreign Language Proficiency Test, 1997.

Job Related Certificates and Licenses:

Graduate Customs Supervisory Seminar, FLETC, Glynco, GA., 2000.
Graduate Customs Senior School, FLETC, Glynco, GA., 1991.
Graduate Customs I&C Basic Training, FLETC, Glynco, GA., 1988.
PPQ Officer Orientation, PPQ-APHIS-USDA, PDC, Federick, MD, 1985.
Graduate University of Texas at El Paso, El Paso, TX, 1984.

Job Related Honors, Awards and Special Accomplishments:

I have received Letters of Commendation for significant narcotics
seizures from both the District Director and the Regional Deputy
Assistant Commissioner of the U.S. Customs Service ('87-'96). I
belonged to the "100 CLUB" (U.S. Customs, El Paso, '88-'91), for an
outstanding record in drug seizures. I have received Outstanding
Performance Appraisal's for 1993-95, and an Excellent Performance
Appraisal for 1996, and thus have received monetary awards for these
special accomplishments.

=================================================================
GENERAL:

14.  ARE YOU A U.S. CITIZEN? ........................ YES [ X ]  NO [ ]

     If NO, give the country of your citizenship:
                                                  ----------------------
15.  DO YOU CLAIM VETERANS' PREFERENCE? ............ YES [   ]  NO [ X]

     If YES, mark your claim of 5 or 10 points below:

          5 POINTS [   ] -- Attach your DD 214 or other proof.

          10 POINTS [   ] -- Attach an Application for 10-Point Veterans'
                            Preference (SF 15) and proof required.


16.  WERE YOU EVER A FEDERAL CIVILIAN EMPLOYEE? ..... YES [ X ] NO [ ]

     If YES, for Highest Civilian Grade give:

     SERIES:GS-1890 GRADE: 12   FROM (MM/YY): 08/00  TO (MM/YY): PRESENT
            -------        -----              -------              -------

17.  ARE YOU ELIGIBLE FOR REINSTATEMENT BASED ON
     CAREER OR CAREER-CONDITIONAL FEDERAL STATUS? ... YES [ X]  NO [ ]

94

If requested, attach SF 50 proof.

APPLICANT CERTIFICATION

18.  I certify that, to the best of my knowledge and belief, all of the
     information on and attached to this application is true, correct,
     complete and made in good faith.  I understand that false or fraud-
     ulent information on or attached to this application may be grounds
     for not hiring me or for firing me after I begin work, and may be
     punishable by fine or imprisonment.  I understand that any informa-
     tion I give may be investigated.

SIGNATURE: _____  DATE SIGNED: ___08/04/01___

95

DATE: AUGUST 04, 2001

To whom it may concern, I have not received a copy of my current performance appraisal (EPAS), my Supervisor will submit it as soon as possible, probably by 08/06/01.

Announcement # BLTN/01-014JJF/Brownsville.

GILBERT ALDAZ
SCI/USC/43042

96

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

## SUPPLEMENTAL QUALIFICATIONS STATEMENT

| 1. APPLICANT' NAME<br>GILBERT ALDAZ | 2. VACANCY NO.<br>BLTN/01-014JJF<br>*Brownsville, Tx (TECC)* | 3. CLOSING DATE<br>08/07/01 |
|---|---|---|

| 4. VACANCY TITLE, SERIES, GRADE<br>SUPERVISORY CUSTOMS INSPECTOR<br>GS-1890-13 |
|---|

| 5. CURRENT POSITION TITLE, SERIES, GRADE<br>SUPERVISORY CUSTOMS INSPECTOR<br>GS-1890-12 |
|---|

| 6. CURRENT ORGANIZATION<br>U.S. CUSTOMS SERVICE |
|---|

INFORMATION-Each vacancy announcement issued under the provisions of the Customs Merit Promotion Plan includes a list of primary and secondary evaluation criteria. These criteria consist of the knowledges, skills, and abilities critical for successful performance in the advertised position. As an applicant for this position, you will be evaluated to determine the extent to which you possess the evaluation criteria. A major evaluation tool is the information you provide on the employee Supplemental Qualifications Statement (CF-307), and the information provided by your supervisor on the Appraisal for Promotional Opportunities (CF-306). The CF-306, the CF-307 and a copy of your current performance appraisal (CF-188 or CF-281), are to be provided to your supervisor at the same time. If you did not receive a performance appraisal (on CF-188 or CF-281) during the last appraisal cycle, you must request your current supervisor to prepare an interim appraisal on CF-188A or CF-281, reflecting your performance to date against each established element and standard. (See CF-306 for instructions on completing the Appraisal for Promotional Opportunities.) Here are your instructions for the completion of the CF-307.

INSTRUCTIONS-Copy each of the evaluation criteria listed on the vacancy announcement in the space provided. Using the format provided, you are responsible for addressing each evaluation criteria, furnishing information about your experience accomplishments, education, training, related awards, etc., which is related to the criterion and which demonstrates the extent to which you possess the knowledge, skill, ability, or characteristics defined in the criterion. You should include specific examples of tasks, assignments, problems resoled and your level of responsibility, as well as results achieved. The evaluation board will consider only information related to the requirements of the position being filed, so do not include extraneous material not related to the criteria. In providing this information, you should consider the relevancy of the elements and standards established for positions you have held and specific related accomplishments.

On or before the closing date of the vacancy announcement, give all forms (CF-306, CF-307, and a copy of your current performance appraisal), with appropriate portions completed, to your current supervisor and any other official who has supervised you for 90 days or more in the past 6 months. Each supervisor must receive an individual package of forms. (Rotating employees should consult their personnel office for instructions on which supervisors prepare the CF-306.) If your package of forms (CF-306, CF-307, and CF-188 or CF-281) is not submitted on or before the closing date, your CF-307 will not be considered in the merit promotion action, which will result in much more limited consideration of your qualifications.

CERTIFICATION-I certify that the information provided on this form is to the best of my knowledge, complete and accurate. I understand that failure to include all relevant information may put me at a disadvantage in the competitive process. THIS FORM MUST BE SUBMITTED TO THE APPROPRIATE OFFICIAL (S) ON OR BEFORE THE CLOSING DATE OF THE VACANCY ANNOUNCEMENT OR IT WILL NOT BE CONSIDERED IN THE SELECTION PROCESS.

| 7. APPLICANT'S SIGNATURE | 8. DATE<br>08/04/01 |
|---|---|

| 1. APPLICANT'S NAME<br>GILBERT ALDAZ | 2. VACANCY NO.<br>BLTN/01-014JJF |
|---|---|

3. EVALUATION CRITERION (Copy from Vacancy Announcement)
(X) Primary
( ) Secondary  ABILITY TO ANALYZE.

4. Provide information about your experience, accomplishments, education, training, awards, etc., which demonstrates the extent to which you possess the criterion Include specific tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

## EDUCATION AND TRAINING:

I have a B.S. in Science. Most of the courses required the preparation of research papers showing the ability to assemble and analyze fact, reach and support conclusions and present them in formal papers and presentations. These papers covered a variety of subject matter such as Biology, Psychology, personnel management, criminal justice topics, and often required hundreds of hours of research and required extensive analysis to properly relate facts and support conclusions.

As a Supervisory Customs Inspector, I must analyze situations at the port of entry and cargo facility annually. I analyze intelligence data and decide what enforcement actions order for the shift. I also analyze the traffic flow to see how many inspectors I will need to retain to complete the shift. I analyze each inspector on their accomplishments for their evaluation. I use analytical ability to assist my fellow Inspectors in deciding when and what enforcement operation(s) will be most effective.

As a Field Training Officer, I used my analytical ability to study each trainee inspector to find the best way of training him or her. I gathered facts from supervisors, inspectors and trainees and the data I gathered suggested we could do a better job in training the new inspectors with the Field Training program. I put together a successful 4-week program that greatly enhanced the Customs mission. I also guided, advised, and assisted trainee inspectors in developing excellent analytical abilities. For example:

\*       I trained the new inspector in analyzing information gathered from examination and observation to make decisions about mode search and likely places of hidden contraband.

\*.       I analyzed the trainee's performance during his training phase and make my recommendations to the Port Training Office.

Throughout my law enforcement career and training, analytical planning abilities have been an area of high priority. I possess the ability to analyze problems, and derive solutions, develop plane and take action. As a Senior Customs Inspector, I used my ability in the following manner:

\*       As a Team Leader, I was called upon to assist in controversial judgments, due to my ability to assess facts, develop plans, and think logically.
\*       While processing informal entries, I analyzed information gathered from examination of merchandise and entry documents to determine classification, identify marking and quota



violations, and assess duties.

* When assigned to the Manifest Review Unit, I analyzed entry documents through intensive research, gathering and assessing intelligence data to target high-risk shipments from the Automated Commercial System.

* When in charge of the Commercial Examination Dock, I analyzed intelligence data, entry documents, ACS, and other sources to coordinate examination of commercial merchandise.

* At the Air Freight Section, I analyzed entry documents and relevant laws, rules, regulations and procedures to make decisions about processing personal shipments and in-bond freight, which did not clearly comply with standard operating procedures.

* I gathered and analyzed information to classify and determine the value of merchandise, determine eligibility for entry, compute and collect duties, release duty free and duty paid goods, and retain or order into bonded storage goods requiring further processing of documentation.

* I routinely processed up to 100 applicants per hour at primary inspection points on the international bridges. Each entry required the ability to rapidly and accurately analyze information gathered from observation, oral declaration and short interviews to make decisions to admit or refer for further inspection.

* While conducting secondary inspections and intensive examinations of persons, vehicles, and merchandise, I analyzed information gathered from examination and observation to make decisions about mode of search and identify hidden compartments and likely places of concealment of contraband. My abilities in this area has resulted in my detection and seizure of 895 lbs. of marijuana concealed in a false compartment at a secondary inspection point at the Paso Del Norte POE in February '90.

* I analyze the methods of smuggling contraband, developing procedures to counter act such illegal actions and make recommendations to management.

* I addressed a major problem in the El Paso District, by analyzing the method of operation by port runners and recommended actions to deter or intercept large loads.

* While conducting primary inspections of persons seeking admission into the United States, I evaluated and analyzed Immigration documents, behavioral actions, and regional mannerisms and dress, to detect attempted violation of Immigration law. In this area, I have been accredited to interception of imposters; counterfeit documents, marriage fraud, and violation of Immigration status.

In each case discussed above, I analyzed and applied intelligence information as an essential element of the decision making process. My analytical ability contributed to my excellent record

99

of achievement, which includes:

- ❏   13 lbs. of Heroin.
- ❏   350 lbs. of Cocaine.
- ❏   8000 lbs. of Marijuana.

\*      Certificate of Appreciation from Immigration and Naturalization Service.

\*      Numerous Letters and Certificates of Commendation for significant narcotics seizures from the District Director (CMC Manager) on September '90, and from the Regional Deputy Commissioner on June '91. I have also received Letters of Appreciation from the Fish and Wildlife Service for action facilitating enforcement of the Endangered species Act of 1973 by controlling importation of wildlife products, '91 to ''99.

As a Plant Protection and Quarantine Officer, I used my analytical ability to properly select material for inspection to established sampling plans, for example:

\*      Using field techniques, I recognized the presence and/or symptoms of plant pests.

\*      I also distinguished between domestic and cosmopolitan pests and those that are potentially dangerous to the agricultural industry.

\*      From the results of the inspections, I made decisions as to the subsequent actions, such as: (1) release of non-prohibited products and materials; (2) determine the need for re-entry treatments; and (3) refuse entry, movement, and/or seize or safeguard prohibited, restricted, and infested materials pending final disposition.

I am skilled in analyzing law, policies and procedures and work requirements. I am able to analyze data, recognize problems, and develop solutions. I am able to audit and analyze government documents. I have implemented changes and improve enforcement operations in cooperation with U.S. Customs Management. I have proved my ability to supervise, evaluate personnel, and make sound analytical decisions.

---

5. POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE
SUPERVISORY CUSTOMS INSPECTOR (GS-12), EL PASO, TEXAS, 08/00 TO PRESENT.
FIELD TRAINING OFFICER (GS-11), EL PASO, TEXAS, '92-'94, '98 TO 08/00.
SENIOR CUSTOMS INSPECTOR (GS-11), EL PASO, TEXAS, 10/91 TO 08/00.
CUSTOMS INSPECTOR (GS-09), EL PASO, TEXAS, 04/88 TO 10/91.
PPQ OFFICER (GS-09), EL PASO, TEXAS, 02/85 TO 04/88.

---

U.S. GOVERNMENT PRINTING OFFICE: 1986-613-227/20089 (2-11)        Attachment Sheet
**Customs Form  (111683)**

100

| 1. APPLICANT'S NAME | 2. VACANCY NO. |
|---|---|
| GILBERT ALDAZ | BLTN/01-014JJF |

3. EVALUATION CRITERION (Copy from Vacancy Announcement)

( X ) Primary    ABILITY TO PLAN AND ORGANIZE
(   ) Secondary

4. Provide information about your experience, accomplishments, education, training, awards, etc., which demonstrates the extent to which you possess the criterion . Include specific tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

## EDUCATION AND TRAINING:

I have a B.S. in Science. My course work included studies of personnel management emphasizing principles and techniques with general applications to planning and organizing resources.

I am a graduate of the Customs Inspector Basic Course, Senior Inspector Course and Supervisory Customs Seminar. My high success in these courses required considerable skill in planning and organizing work.

While assigned in the Contraband and Enforcement Team, as Officer in Charge, I scheduled all work assignments, planned and organized all enforcement actions. Utilized all manpower to the fullest extent. Ensured all areas were fully staffed. Requested overtime inspectors if we were short in some areas.

While assigned as the Shift Board Coordinator at a Port of Entry, I planned and organized the work of about 11 inspectors per shift. I ensured the primary lanes and secondary areas were man properly. I planned enforcement operations for the shift. I opened and closed primary lanes as traffic dictated.

As a Supervisory Customs Inspector, I plan and organize my own work, along with organizing of other Inspectors, while conducting primary and secondary inspections on International Bridges, processing formal and informal entries, conducting intensive inspections, examining private and commercial entries, classifying and valuing goods, computing and collecting duties, processing violations, and releasing free entry and duty paid goods.

I have demonstrated my ability to plan and organize work in a timely and effective manner. For example:

*    When in charge of the Commercial Enforcement Dock, I planned and organized examination of a wide range of merchandise being imported and exported of the United States.

*    As a Manifest Review Unit Inspector, I planned and coordinated the inspection of high-risk and low-risk shipment. My ability in this area has resulted in numerous commercial seizures and penalties.

*    I plan and organize the inspection and clearance of private and commercial aircraft.

101

\*       When assigned to Passenger Processing, I plan and organize the duties of cashier, by coordinating overtime assignments, taking duty collections, monitoring security and performing other Customs duties.

\*       While serving as an Enforcement Team Leader, I coordinated enforcement operations with other Customs Inspectors. The actions resulted in the interception of several narcotic shipments.

\*       One of my supervisory responsibilities is evaluating manpower requirements and organizing shift assignments.

As a Field Training Officer, I was responsible for training and advising Inspector trainee's transition from the academy to actual job application. For instance:

\*       I planned and organized a training program that ensures that each trainee receives effective training and evaluations pertaining to each objective criterion.

\*       I organized various on the job training situations for the new inspector to accomplish. So, I am able to evaluate his/her inspector skills.

\*       I instructed the inspector trainee on the importance of having the ability to complete assigned tasks in a timely manner.

\*       I planned and organized training and ensure adequate training is accomplished in all requires areas. For example: professionalism, Interviews, Vehicle Inspections, Safety, etc.

As a Plant Protection and Quarantine Officer, I have demonstrated my ability to organize and plan work. For example:

\*       Reviewed manifests, incoming PPQ forms, Consular invoices, and other documents associated with the import of products, noting agricultural commodities on an inspection report based on the country of origin, type of commodity, pest risk, etc.

\*       I also performed preliminary screening by asking pertinent questions of all persons seeking entry and to inspect vehicles and baggage of incoming international travelers for prohibited plant material or other items that could carry pests or diseases.

\*       Upon compliance with regulations, I reviewed and revised cooperative agreements as conditions warrant.

102

I have strong problem solving, decision making and communication skills. I have the ability to organize and recommend narcotic enforcement operations to interdict large shipments of contraband. I am able to organize and recommend training methods to upper management. I have demonstrated the ability to encounter adverse situations and provide positive results. I have the ability to perform Supervisory duties at various Passenger and Commercial Operations.

---

**5. POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE**

SUPERVISORY CUSTOMS INSPECTOR (GS-12), EL PASO, TEXAS, 08/00 TO PRESENT.
FIELD TRAINING OFFICER (GS-11), EL PASO, TEXAS, '92-'94, '98 TO 08/00.
SENIOR CUSTOMS INSPECTOR (GS-11), EL PASO, TEXAS, 10/91 TO 08/00.
CUSTOMS INSPECTOR (GS-09), EL PASO, TEXAS, 04/88 TO 10/91.
PPQ OFFICER (GS-09), EL PASO, TEXAS, 02/85 TO 04/88.

---

U.S. GOVERNMENT PRINTING OFFICE: 1986-613-227/20089 (2-11)          Attachment Sheet
**Customs Form 307 (111683)**

103

| 1. APPLICANT'S NAME | 2. VACANCY NO. |
|---|---|
| GILBERT ALDAZ | BLTN/01-014JJF |

3. EVALUATION CRITERION (Copy from Vacancy Announcement)

( X ) Primary     ABILITY TO COMMUNICATE ORALLY.
(   ) Secondary

4. Provide information about your experience, accomplishments, education, training, awards, etc., which demonstrates the extent to which you possess the criterion . Include specific     tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

## EDUCATION AND TRAINING:

My experience as a Supervisory Customs Inspector, Senior Customs Inspector, Field Training Officer, and Plant Protection and Quarantine Officer, has enabled me to excel in oral communication with the public, management and peers.

My background and present duties illustrate my ability to function comfortably in situations requiring the ability to use effective oral communication techniques in a mature and professional manner to convey information effectively and deal with groups and individuals from varied ethnic and national backgrounds in enforcement, instructional and professional relationships.

As a Supervisory Customs Inspector, I rely on oral communication to assign work in passenger processing and cargo facilities. I communicate with the Chief Inspector, Supervisors, Senior Inspectors, Journeymen, and trainees on a daily basis. I must be able to get my views across to my fellow Senior Inspectors as well as my subordinates to properly get the task accomplished. I inform the Inspectors during the shift brief of the enforcement actions I want to take place during the shift. I also field complaints from the public, and explain to them what our job is and what authority we have to do the job. I try to be understanding of their views, but I also want them to understand why we are here and what we do. I must also communicate with the brokers and inform them of decisions the service has made, some of these may cost the broker a great amount of money. I must be able to communicate with diplomacy and tact to accomplish my goals.

As a Field Training Inspector, I communicated with the trainee inspectors on a daily basis. I gave verbal training to individual or groups of inspectors on the standard operating procedures for the Port of El Paso. My communication skills are invaluable to me as a Field Training Officer. I believe my verbal skills are excellent and my overall ability to communicate will allow me to be an effective Supervisor. For instance:

*    I provide on the job training and advise to new inspectors. I advise trainee inspectors on the importance of communicating orally in a clear and firm manner, but instilling tact and professionalism.

*    I train new inspectors in the proper method to conduct a good interview, so not to create a hostile situation. I also stress the importance of professionalism to the newly hired inspector.

*    I explain and counsel trainee inspectors on his/her progress in the training program.

104

*       I have been recommended by supervisors and peers for my ability to communicate effectively in sensitive or controversial situations.

As a Senior Inspector in El Paso, Texas, I relied on oral communication skills to accomplish my work, for example:

*       At primary inspection points on international bridges, I took oral declarations and conducted brief interviews with up to 100 people per hour. In part, I based decisions to admit or refer for more detailed inspections on these interviews, which required the ability to deal effectively with people from a wide range of ethnic, social and national backgrounds.

*       As a cross-designated INS Officer, I inspected passports and other entry documents interviewing applicants to determine eligibility admission to enter the United States.

*       At secondary inspection points, I conducted detailed interviews and interrogations of persons suspected of smuggling or other violations. These interviews often required the ability to use tact and diplomacy, or deal effectively with hostile or belligerent persons. I have consistently shown the ability to develop useful information from these interviews.

*       I meet and deal with the importers, Custom brokers, shippers, and import specialists and other Customs personnel at the import lot and other cargo processing areas. These exchanges often involve highly technical information.

*       I explain Customs laws, rules, regulations and procedures to the importing public at primary and secondary inspection points, and the import lot, and other processing area and while inspecting, searching, and clearing private aircraft.

*       I have conducted oral presentations at local schools, informing youths on the role of the Customs Inspectors. As a result of this ability I have received numerous Letters of Appreciation from the school community ('89-'94).

In the above activities, I consistently demonstrated the ability to gain the trust and confidence of the public and obtain their cooperation and assistance.

*       During pre-trial preparation, I conferred with U.S. Attorneys and discussed controversial issues to particular cases.

*       While assigned to the Contraband Enforcement Team, as Officer in Charge, I supervised 15 C.E.T. inspectors and coordinated enforcement operations, which resulted in numerous interceptions of narcotic seizures.

*       Many times, I am called upon to interview suspected smugglers, because of my excellent

105

ability to conduct thorough interrogation. These interrogations have resulted in the seizure of heroin, cocaine and marijuana.

*       As Team Leader, I also conducted training in the use of enforcement aides, such as the Fiber optics Scope, and the K-9 Buster.

*       At the request of the Supervisors, I have assisted in the documentation of time and attendance cards.

As a Plant Protection and Quarantine Officer, I communicated orally with arriving passengers of diverse nationalities to:

*       Conduct inspections to determine residency, allowable agricultural commodities, value of what is being brought into this country, and to make a timely decision regarding the need for more intensive examination when fraud, failure to declare materials, or contraband is suspected.

*       I also made contact with the general public, importers, exporters, transportation and shipping company employees, State and Federal employees of the Customs Service, U.S. Postal Service, Fish and Wildlife Service and others involved in the import, export, or movement of agricultural commodities within the United States.

I am skilled in training, motivating, supervising and gaining the cooperation of others. I have strong leadership skills, including professional competence, human understanding, and professional integrity. I am skilled in interview methods, behavior symptoms analysis, and observational techniques. I am able to communicate orally diplomatically, skillfully, and effectively in both English and Spanish.

A specific example to communicate orally is demonstrated by receiving a Letter of Appreciation from Cannon AFB, as a Military Customs Inspector (M.C.I.) Coordinator on March 1997.

---

5.  POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE
SUPERVISORY CUSTOMS INSPECTOR (GS-12), EL PASO, TEXAS, 08/00 TO PRESENT.
FIELD TRAINING OFFICER (GS-11), EL PASO, TEXAS, '92-'94, '98 TO 08/00.
SENIOR CUSTOMS INSPECTOR (GS-11), EL PASO, TEXAS, 10/91 TO 08/00.
CUSTOMS INSPECTOR (GS-09), EL PASO, TEXAS, 04/88 TO 10/91.
PPQ OFFICER (GS-09), EL PASO, TEXAS, 02/85 TO 04/88.

---

U.S. GOVERNMENT PRINTING OFFICE: 1986-613-227/20089 (2-11)      Attachment Sheet
Customs Form 307 (111683)



| 1. APPLICANT'S NAME | 2. VACANCY NO. |
|---|---|
| GILBERT ALDAZ | BLTN/01-014JJF |

3. EVALUATION CRITERION (Copy from Vacancy Announcement)
( ) Primary
(X) Secondary    ABILITY TO COMMUNICATE IN WRITING.

4. Provide information about your experience, accomplishments, education, training, awards, etc., which demonstrates the extent to which you possess the criterion . Include specific        tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

## EDUCATION AND TRAINING:

I have a B.S. in Science. My course work emphasized writing skills. Some of my classes specifically intended to develop skills in preparing concise and coherent written communications, which were grammatically correct. Many courses, such as Microbiology, Psychology and Chemistry, required formal research or critical papers based on extensive research and demonstrating the ability to present complex ideas and information, gathered from a variety of sources, in a clear, concise, and grammatically correct manner.

As a Supervisory Customs Inspector, I review and correct seizure reports, incident reports and MOIR'S. I gather information from statistics and present data in writing to my Chief inspector.

As a Field Training officer, I must be able to excel in the area of written communication. I advised new inspectors the integral role of being a successful Customs inspector depends on the ability to communicate in writing. For example:

*        I reviewed, edited and corrected seizures and reports prepared by trainee inspectors.

*        I instructed trainee inspectors in the importance of preparing court statements in a clear, concise and logical manner.

*        I assisted and guided newly hired inspectors in the preparation of seizure reports, incident statements, and MS-92's (subject records), by employing what, where, when and why method.

*        I prepared written evaluations and recommendations of new inspectors for the Port Training and Assessment Office.

As a Senior Inspector, I was required to possess excellent writing skills to achieve my duties. I have demonstrated my ability to excel in this area. For example:

*        I wrote numerous seizure reports and other detailed narrative and statistical reports, recording facts and actions related to enforcement activities. Many of these reports were forwarded to other agencies and support civil or criminal actions, and it is very important for them to be clear and well organized.

107

\*      I prepared sworn statements, for the U.S. Attorney's Office, presenting facts and circumstances, relating to the prosecution of alleged narcotic smugglers.

\*      I wrote MOIR's and other documents reporting intelligence information.

\*      I prepared and created intelligence data utilizing the Treasury enforcement Communications System.

\*      I prepared documents and memoranda for the Fines, Penalties, and Forfeiture Office for cases related to Zero Tolerance, vehicles, and merchandise seizures.

\*      I gathered facts, evidence, information and present data in writing to other investigative agencies.

\*      I assist and train fellow inspectors in preparing a wide variety of Customs forms when initiating a commercial or narcotic seizure.

\*      I prepare written documentation of statistic tracking data and present this information to customs management.

\*      Due to my ability to write in a concise, logical, and objective manner, I am often called upon to assist fellow team members in preparing written presentations, utilizing word perfect computers.

\*      While assigned to the Air Freight Section, I provided technical knowledge to the trade, carriers and other Customs personnel in the processing and completion of the various Customs forms (CF7512, CF7523, CF3461, etc.) necessary for the movement of in-bond freight. I visibly supervised the complete and concise preparation of the administrative reports consisting of the CF16b, arrival and departure air transaction logs, vehicle maintenance logs, and training material for the Military Customs Inspector (M.C.I.) Training Course.

As a Plant Protection and Quarantine Officer, I coordinated and conducted surveys and inspections to determine the presence and amount of plant pests and other environmental, biological, and ecological factors that may affect the extent of damage the pests might cause. For example:

\*      To facilitate U.S. agricultural exports, I provided assurance that U.S. plants and plant products met the plant quarantine requirements of the particular country.

\*      Prepared Phytosanitary Certificates.

\*      I prepared and enforced quarantine regulations in the form of Compliance Agreements and plant health certificates for restricted or prohibited agricultural commodities, animal by-products

104

and pests that are potentially harmful to the nation's agriculture.

5. POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE
SUPERVISORY CUSTOMS INSPECTOR (GS-12), EL PASO, TEXAS, 08/00 TO PRESENT.
FIELD TRAINING OFFICER (GS-11), EL PASO, TEXAS, '92-'94, '98 TO 08/00.
SENIOR CUSTOMS INSPECTOR (GS-11), EL PASO, TEXAS, 10/91 TO 08/00.
CUSTOMS INSPECTOR (GS-09), EL PASO, TEXAS, 04/88 TO 10/91.
PPQ OFFICER (GS-09), EL PASO, TEXAS, 02/85 TO 04/88.

U.S. GOVERNMENT PRINTING OFFICE: 1986-613-227/20089 (2-11)          Attachment Sheet
**Customs Form 307 (111683)**



| 1. APPLICANT'S NAME | 2. VACANCY NO. |
|---|---|
| GILBERT ALDAZ | BLTN/01-014JJF |

3. EVALUATION CRITERION (Copy from Vacancy Announcement)

( ) Primary   ABILITY TO EFFECTIVELY PROMOTE EQUAL EMPLOYMENT OPPORTUNITY

( X ) Secondary   PROGRAMS.

4. Provide information about your experience, accomplishments, education, training, awards, etc., which demonstrates the extent to which you possess the criterion . Include specific       tasks, assignments, problems resolved and your level of responsibility, as well as results achieved.

## EDUCATION AND TRAINING:

As a Supervisory Customs Inspector, I am tasked to communicate and interact with all levels of Customs employees. I am comfortable with my knowledge of the Equal Opportunity regulations. I have received formal training on the policies, principles and objectives of the EEO process.

My experience as a Supervisory Customs Inspector, Field Training Officer and Senior Customs Inspector has enabled me to be familiar with the laws, regulations, and directives governing federal employment. Some of these laws and regulations are as follows:

Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, amended by the Pregnancy Disability Act of 1978.

Key points:

*       Prohibits discrimination because of race, color, sex, national origin, or in all practices, conditions, and privileges of employment.

*       Assigns the EEOC the responsibility for administration and enforcement of statutes concerning discrimination in employment.

*       Requires affirmative action by Federal employees.

*       Requires all public employees to keep records to employment actions. Employers of more than 100 persons must file an annual report form with the EEOC.

*       Grants employees the right to an administrative process with enforcement authority under EEOC.

*       Prohibit practices or procedures, which limit and adversely affect employment or conditions of employment.

*       Requires employers to treat pregnancy and related conditions as any other short-term disability.

The Equal Pay Act of 1963, as amended in 1974, The Equal Pay Act is and amendment to the

110

1938 Fair Labor Standards Act.
Key points:

\*        Prohibits paying different wages and salaries on the basis of sex for substantially similar work.

\*        Places enforcement authority under the EEOC.

\*        Exempts from its provisions wage differentials based on factors other than sex, specifically: seniority systems, merit systems, or systems, which measure earnings by quantity pf production.

As a Senior Inspector, I applied these laws and regulations to every day work. These laws guided me as to where I treated other federal employees.

To promote the Equal Opportunity and Special Emphasis Programs I try to observe the following:

\*        Establish positive human relationships.

\*        Shape the attitudes that motivate employees.

\*        Interpret and apply Customs policies.

\*        Train new employees and instruct older employees.

\*        Plans and maintains the work schedule.

\*        Good quality of products and services.

\*        Adjusts and improves work procedures.

\*        Coordinates the activities of the agency.

I try to be fair to all employees, or the traveling public. I have received sexual Harassment Training in the El Paso District.

---

5. POSITION(S) AND DATES HELD IN WHICH YOU ACQUIRED ABOVE
SUPERVISORY CUSTOMS INSPECTOR (GS-12), EL PASO, TEXAS, 08/00 TO PRESENT.
FIELD TRAINING OFFICER (GS-11), EL PASO, TEXAS, '92-'94, '98 TO 08/00.
SENIOR CUSTOMS INSPECTOR (GS-11), EL PASO, TEXAS, 10/91 TO 08/00.
CUSTOMS INSPECTOR (GS-09), EL PASO, TEXAS, 04/88 TO 10/91.
PPQ OFFICER (GS-09), EL PASO, TEXAS, 02/85 TO 04/88.

---

U.S. GOVERNMENT PRINTING OFFICE: 1986-613-227/20089 (2-11)          Attachment Sheet
**Customs Form 307 (111683)**

BLTN/01-014 JJF
Brownsville, Tx (TXC6)



DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

PERFORMANCE MANAGEMENT PROGRAM
**PERFORMANCE AGREEMENT**
(For MANAGERS and SUPERVISORS)

Customs Directive 51430-02

## PART 1 - EMPLOYEE INFORMATION

| 1. NAME OF EMPLOYEE<br>Aldaz, Gilbert | 2.<br>RATING<br>PERIOD<br>COVERED | FROM:<br>10012000<br>TO:<br>9302001 |
|---|---|---|
| 3. POSITION TITLE/SERIES/GRADE<br>Supervisory Inspector GS-1890-12 | | |

4. ORGANIZATION *(Office, Division, Etc.)*
U.S. Customs Service OFO

5. DUTY STATION
El Paso, Texas

6. REASON FOR RATING

☐ Annual Rating of Record        ☑ Other *(Specify)* → INTERIM RATING OCT. 01, 2000 TO AUG 06, 2001

## PART 2 - CRITICAL PERFORMANCE AREAS

Area #1: Program/Mission Objectives--

Program Area Expectations Are Met By:

A. Demonstrates leadership by example providing direction to subordinate employees towards the core process of Passenger Process Arena.

B. Contributes to the efficient and effective process of customer service while maintaining an enhanced enforcement course of action.

C. Provides developmental improvement to subordinate employees towards the accomplishment of the Customs mission.

D. Maintaining support to the Port Director in the performance of overtime assignments while ensuring accurate work load staffing requirements and maintaining a minimum cost to the government.

E. Completion of all other duties.

*(If needed, attach additional sheets)*

**PRIVACY ACT NOTICE:** The information collected on this form, pursuant to Chapter 43, Title 5, U. S. Code, may be used to make determinations regarding employee job advancement, salary increases, awards, training, and retention in the job and grade. Information and comments obtained from the employee which are included on this form will not be disclosed outside the U. S. Customs Service without prior consent, except as required by OPM Regulations or permitted by law. The comments provided by the employee may be considered in conjunction with use of the form, which may include discussion and counseling regarding the employee's job performance. Copies of the form may be maintained by the servicing personnel office, the supervisor and the employee.

112

Customs Form 188B (090897)

Area #2: Managerial and Supervisory Competencies

Managerial and Supervisory Competency Expectations Are Met By:

(1) Business Practices Which Incorporate *(Mark only those that apply)*:

[✓] technical competence          [✓] strategic problem solving          [✓] financial management

[✓] planning & evaluation          [✓] process improvement techniques          [ ] management controls

[✓] program measurement & analysis          [✓] technology management          [✓] service orientation

(2) Leadership/Management Practices Which Promote *(Mark only those that apply)*:

[✓] human resources management          [✓] communication & feedback          [✓] team building/teamwork

[✓] employee development          [✓] conflict management          [✓] innovation/creative thinking

[✓] partnerships & collaboration          [✓] safety

(3) Values (Credibility, Equity, People, Service):

Accept and conduct responsibilities in accordance with formally issued Customs values, ethics and integrity guidelines.

Area #3: EEO Competency - Application of the EEO principles of fairness and equity in the workplace.

EEO Competency Expectations Are Met By *(All Apply)*:

[X] taking steps to implement the EEO and affirmative employment goals established by the bureau;

[X] supporting staff participation in special emphasis programs;

[X] promptly responding to allegations of discrimination and/or harassment and initiating appropriate action to address the situation;

[X] cooperating with EEO counselors, EEO investigations and other officials who are responsible for conducting inquiries into EEO complaints;

[X] assigning work and making employment decisions in areas such as hiring, promotions, training and developmental assignments without regard to sex, race, color, national origin, religion, age, disability, sexual orientation, or participation in the EEO process.

[X] monitoring work enviroment to prevent instances of prohibited discrimination and/or harassment.

113

Customs Form 188B (090897)

---

## PART 3-PERFORMANCE CERTIFICATION AGREEMENT

This is to verify that we have met, discussed and understand expectations for the established performance appraisal period.

_signature_  11/1/2000            _signature_ Gilbert Alda  11/01/2000
Rating Official's Signature and Date            Employee's Signature and Date

---

## PART 4-MID-YEAR REVIEW

Signatures indicate that a mid-year discussion has taken place *(Attach comments as needed)* .

_signature_  4/27/01            _signature_ Gilbert Alda  4/27/01
Rating Official's Signature and Date            Employee's Signature and Date

---

## PART 5-PERFORMANCE RATING/Rating Level Definitions

IUAL PROFICIENCY RATING:

|  | Successful | Unacceptable |
|---|:---:|:---:|
| Area #1: Program/Mission Objectives | ✓ | ☐ |
| Area #2: Managerial and Supervisory Competencies | ✓ | ☐ |
| Area #3: EEO Competency | ✓ | ☐ |

1. SUCCESSFUL:  Performance expectations for all critical elements were fully met and the employee has successfully performed his/her assigned duties and responsibilities in furthering the mission and goals of the Customs Service.

2. UNACCEPTABLE:  The employee's performance of his/her assigned duties is unacceptable, with at least one critical element rated as unacceptable.

OVERALL SUMMARY RATING:  INTERIM RATING FROM OCT 01, 2000 TO AUG 06, 2001

_signature_  8/6/01            _signature_ Gilbert Alda  8/6/01
Rating Official's Signature and Date            Employee's Signature and Date

---

Reviewer's Signature and Date
*(Only necessary if employee performance is unacceptable.)*

114