# UNSWORN DECLARATION

SUBJECT: Discrimination Complaint of Carlos Atkinson and Paul H. O'Neill, Secretary of the Treasury, TD Case Number 02-2207.

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

In accordance with the provisions of 28 U.S.C. 1746, I, the undersigned, Bonni Tischler, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above stated subject:

1. State your name, job title, grade, series, duty location, organizational unit (at the time of your retirement), and your age (including date of birth):

   My name is Bonni G. Tischler. I was the Assistant Commissioner, Office of Field Operations, ES-0340-04, in Washington, D.C. My date of birth is February 18, 1945.

2. Describe your professional relationship with the complainant, Mr. Carlos Atkinson.

   I do not know the Complainant and to my knowledge have never met him.

3. State whether or not you are aware how old Mr. Atkinson is. If so, state when you first became aware of his age and state how you became aware of his age.

   I am not aware of the Complainant's age.

4. Describe your professional relationship with the selectee, Mr. Gilbert Aldaz.

   I do not know Mr. Gilbert Aldaz.

5. State whether or not you are aware how old Mr. Aldaz is. If so, state when you first became aware of his age and state how you became aware of his age.

   I am not aware of Mr. Aldaz's age.

6. State the extent of your involvement in the ranking/interview/recommending/selection process for the position of GS-1890-13 Supervisory Customs Inspector announced under Vacancy No. BLTN-/01-014JJF.

   I was the selecting official.

Page 1 of 6

DEFENDANT'S EXHIBIT 9
C.A. B-04-039

7. Identify the names of other individuals who may have been involved in the ranking/interview/recommending/selection process for the position of GS-1890-13 Supervisory Customs Inspector position announced under Job Vacancy No. BLTN-/01-014JJF. State the extent of the involvement of each individual in the process.

   **Gurdit Dhillon, Director, Field Operations, South Texas Customs Management Center was the recommending official.**

8. Explain the selection process from the time the position for the GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF was announced to the point when the candidates were referred to you for an interview.

   **The merit promotion process is handled by the Office of Human Resources Management (HRM). I did not interview any of the candidates. I received a copy of the selection package from HRM and indicated my selection.**

9. State the criteria used in your decision to select the selectees for the GS-1890-13 Supervisory Customs Inspector position under Job Vacancy No. BLTN-01-014JJF.

   **In making my selection, I relied upon the written recommendation of Mr. Gurdit Dhillon, Director Field Operations, South Texas Customs Management Center. (Copy Attached)**

10. Explain in detail the selection process you employed when making your decision to promote the selectee to GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF. Provide copies of any documentation that supports the selection criteria/procedures you employed.

    **In making my selection, I relied upon the written recommendation of Mr. Gurdit Dhillon, Director Field Operations, South Texas Customs Management Center. (Copy Attached)**

11. State whether or not you received any input from the recommending official, Mr. Gurdit Dhillon, about the qualifications of the candidates and the best candidates for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-04JJF.

    **All input from Mr. Dhillon is in the attached recommendation.**

13. Identify the specific documents you reviewed in making your selection for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-04JJF.

    **The selection package prepared by HRM and the attached recommendation from Mr. Gurdit Dhillon.**

14. Explain in detail why you selected Mr. Gilbert Aldaz to the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-04JJF. State what qualifications Mr. Aldaz had that Mr. Atkinson did not have.

**I based my decision to select Mr. Aldaz on the recommendation of my manager.**

15. State your reason for not selecting Mr. Atkinson for the position GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-04JJF. State what made Mr. Aldaz more qualified than Mr. Atkinson.

**I based my decision to select Mr. Aldaz on the recommendation of my manager.**

16. State whether or not other selections were made under Job Vacancy No. BLTN-/01-04JJF for the position of GS-1890-13 Supervisory Customs Inspector. If so, provide the name of the selectees and their locations.

**This information would be obtained from HRM.**

17. State whether or not the age of Mr. Atkinson was a factor in that selecting him for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-04JJF.

**Age was not a factor in my selection.**

18. Respond to the allegation that the BQ list may have been expanded because it appeared that the normal merit promotion procedures were deviated from when 12 candidates were referred on the BQ list for one position.

**I was unaware that any merit promotion procedures were deviated from on this selection register.**

19. Respond to the allegation that the area of consideration for the selectees for the position of GS-1890-13 Supervisory Customs Inspection under Job Vacancy No. BLTN-/01-014JJF should have been restricted to Brownsville, Texas.

**I was unaware that the area of consideration should have been restricted.**

20. Respond to the allegation that going outside the Brownsville, Texas area for candidates for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF was part of management's current pattern of selecting young, white candidates from outside of Brownsville to fill supervisory positions in Brownsville, Texas.

**I have no knowledge that this is occurring.**

21. Explain whether or not there were deviations in Agency policy or procedures during the selection process under Job Vacancy No. BLTN-/01-014JJF for the position of GS-1890-12 Supervisory Customs Inspector. If there were deviations, explain why.

    **I was not aware that there were any deviations in Agency policy or procedures during the selection process.**

22. Respond to the allegation that the selectee, Mr. Gilbert Aldaz, received preferential treatment because he did not meet the qualifications for a supervisory position, i.e., he was a supervisor for only a year and did not have the specialized experience to meet the qualifications of the GS-13 position/grade level.

    **I have no knowledge that this occurred.**

23. State the criteria used in the interview process for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF.

    **I was not involved in the interview process for this vacancy.**

24. Explain how the interview questions were determined for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF.

    **I was not involved in the interview process for this vacancy.**

25. State whether or not each candidate interviewing for the position of GS-1890-13 Supervisory Customs Inspection under Job Vacancy No. BLTN-/01-014JJF received the same questions. If no, state why there were different questions used for different candidates.

    **I was not involved in the interview process for this vacancy.**

26. State whether or not points were given for answers to the questions during the interviews for the position of GS-1890-13 under Job Vacancy No. BLTN-/01-014JJF. If not, state how it was determined that a response was good or not good.

    **I was not involved in the interview process for this vacancy.**

27. Respond to Mr. Atkinson's allegation that his vast experience and qualifications were overlooked so that a younger candidate would be selected for the position of GS-1890-12 Supervisory Customs Inspection under Job Vacancy No. BLTN-/01-014JJF.

    **I have no knowledge that this occurred.**

28. In support of his allegation, Mr. Atkinson states that since September 1999 management has selected young white employees for supervisory positions in Brownsville, Texas. He cites the selection of Mr. Douglas Ahern in the year 2000 to the position of a Supervisory Customs Inspector, GS-1890-13 position in Brownsville, Texas after serving only one year as a supervisor, GS-1890-12, in Hidalgo, Texas. State your involvement, if any, in this selection. If you were involved in this selection, explain to the best of your recollection how this candidate was best qualified.

    **I was not involved in the selection of Mr. Douglas Ahern to the GS-1890-13 position in Brownsville, Texas.**

29. Regardless of your involvement in the above selection, respond to Mr. Atkinson's allegation that there has been a trend to hire young candidates for supervisory positions in Brownsville, Texas.

    **I have no knowledge that this is occurring.**

30. State what other recommendations you have made for the position of GS-1890-13 Supervisory Customs Inspector since in/about January 2002. Provide vacancy announcement numbers, if possible, the name of the candidates recommended, the date of the recommendation, the geographical location of the candidate, and the geographical location of the vacant supervisory positions.

    **I was not the recommending official, I am the selecting official.**

31. Provide any additional information that you deem relevant to the facts of this investigation.

    **None.**

32. Provide the names of witnesses who may be able to attest to the above statements that you have made.

    **None.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/30/03__, at __Arlington, Va__
             (Date)            (City/State)

Signature __[signature]__

Name: __Bonni G. Tischler__

Title: __VP/Transportation and Supply Chain Security__

Address: __Pinkertons C&I, INC__
__Suite 725__
__4245 N. Fairfax Dr.__
__Arlington, Va. 22203__

## RECOMMENDATION FOR SELECTION

APPLICANT: **GILBERT ALDAZ**          SSN: 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

POSITION: **SUPV. CUSTOMS INSPECTOR**          PARTS #: 13230000-01-0147

GRADE: **GS-1890-13**          LOCATION: BROWNSVILLE, TEXAS

TYPE OF ACTION: PROMOTION – VICE DOUG AHERN

### ALL QUESTIONS MUST BE ANSWERED

1. DOES THE APPLICANT HAVE ANY RELATIVES CURRENTLY EMPLOYED WITH THE U.S. CUSTOMS SERVICE?  **NO.**

2. IF YES TO QUESTION 1, PROVIDE THE FOLLOWING INFORMATION ON ALL RELATIVES (SPOUSE, MOTHER, FATHER, AUNTS, UNCLES, COUSINS, CHILDREN, NIECES, NEPHEWS, ETC.) CURRENTLY EMPLOYED WITH THE U.S. CUSTOMS SERVICE.

| NAME | RELATIONSHIP | POSITION | LOCATION |
|---|---|---|---|
| N/A | | | |

IS THERE A POTENTIAL CONFLICT OF INTEREST? IF SO, HOW WOULD YOU RESOLVE?

3. IN ACCORDANCE WITH CUSTOMS DIRECTIVE NUMBER 51735-06, ISSUED AUGUST 29, 1989, IS THERE ANY KNOWN OR POTENTIAL CONFLICT OF INTEREST WITH RESPECT TO THE EMPLOYMENT OF FAMILY MEMBERS IN INDUSTRIES WHOSE BUSINESSES ARE IN ANY MANNER CONNECTED WITH OR REGULATED BY THE CUSTOMS SERVICE?

   YES _____          NO __X__

4. IF YES TO QUESTION 3, PLEASE EXPLAIN.

5. IS PCS REQUESTED? YES __X__ NO _____  IF YES, ATTACH RELOCATION REQUEST.

_____
DIRECTOR, FIELD OPERATIONS (RECOMMENDING OFFICIAL)          DATE
Gurdit S. Dhillon                                            1/11/01
                                                    956-718-4161
PRINTED NAME                                        TELEPHONE NUMBER
Ysela M. Arechiga
                                                    956-718-4189
POINT OF CONTACT                                    TELEPHONE NUMBER

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE
## REFERENCE CHECK FORM

Customs Directive 51332-001

| Candidate's Name: | Customs Position (Title/Series/Grade) |
|---|---|
| Gilbert Aldaz | Supvy. Customs Inspector, GS 1890/13 |
| Name of individual providing reference: | Duty location of Customs Position: |
| SCI Roberto Ontiveros | ~~El Paso, Texas~~ Brownsville, Tx |
| Dates candidate was employed: | Name of Company/Institution/Agency where employed: |
| Aug '00 to present | U.S. Customs Service |

In what capacity do/did you know the candidate? (Circle one for the response given.)

**(Supervisor)**    Co-worker    Other: (please describe)

Supervisor/business contact would not provide any specific information. _____ (Check here and complete last three lines at bottom of form).

How long have you known the candidate? ___ 0 to 6 months ___ 6 months to 1 year __X__ 1 year or more (10+ years)

What is/was the candidate's job title? <u>Supervisory Customs Inspector, GS 1890/12</u>
What specific duties are/were performed by the candidate? <u>PAX Supervisor.</u>

Does/did the candidate have attendance or leave problems? <u>NO</u>  If yes, please describe: _____

Please answer the following using a rating scale of 1-5:
1 = Exceptional    2 = Above Average    3 = Average    4 = Below Average/Unacceptable    5 = Unable to Evaluate

Overall performance during past 2 years: 1
- unusual and reliable: 1
- Willing to make decisions: 2
- Able to work with others: 1
- Able to work independently: 1
- Takes initiative and is motivated: 1

Additional categories for supervisory or managerial jobs:
- Ability to lead others: 1
- Ability to manage resources: 2
- Ability to think strategically: 1
- Ability to negotiate effectively: 1
- Ability to promote innovation and change: 1

What are the candidate's strong points? <u>Punctual; gets along and manages team well; knows job.</u>
Are there any negative aspects or weaknesses regarding the candidate's job performance? <u>None.</u>

Are there any negative aspects or weaknesses regarding the candidate's honesty or integrity that might affect job performance? <u>No.</u>

Has the candidate demonstrated the ability to work with and resolve issues relative to men and women from various ethnic groups, cultures, and backgrounds? <u>Yes.</u>
Would you rehire the candidate? <u>Yes</u>  If not, why? _____

If no longer in your employment, what were the circumstances surrounding his/her departure? <u>N/A</u>

Describe the prospective position for which the candidate is being considered. Would you recommend the individual for such a position? <u>Yes</u> If not, why? All positions with the U.S. Customs Service require an extensive background investigation to determine employment history, financial responsibility and if there is a criminal record and evidence of drug use. Do you know of any reason(s) that may prevent the candidate from passing such a background investigation? <u>No</u>  If yes, please describe: _____

Do you have any additional comments to add? <u>Really good employee; would hate to lose him; good supervisor.</u>

Reference Check Completed By: _____(Signature)_____

Ysela M. Arechiga, Mission Support Specialist/HRM      October 5, 2001
(Printed Name of Customs Employee/Title of their Position)      (Date)

Customs Form 360 (061799)

# RELOCATION REQUEST

THE FOLLOWING EMPLOYEE HAS BEEN RECOMMENDED FOR THE POSITION INDICATED BELOW AND IS ENTITLED TO RELOCATION EXPENSES.

NAME: **GILBERT ALDAZ**   SSN: **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**

PARTS NO: **13230000-01-0147**   DATE OF REQUEST: **11-19-01**

NEW POSITION TITLE AND GRADE: **SUPERVISORY CUSTOMS INSPECTOR, GS 1890-13**

NEW LOCATION: **BROWNSVILLE, TEXAS**

TYPE OF PERSONNEL ACTION: **PROMOTION**

OLD POSITION TITLE AND GRADE: **SUPERVISORY CUSTOMS INSPECTOR, GS 1890-12**

OLD LOCATION: **EL PASO, TEXAS**

REIMBURSABLE POSITION:   YES ____   NO **X**

POINT OF CONTACT: **SANTIAGO MENCHACA**   TELEPHONE NUMBER: **956-718-4191**

FAX NUMBER: **956-794-1014**

------------------------------------------------------------

## TO BE COMPLETED BY OFO

SELECTION APPROVAL DATE: *12-4-01*

DATE SUBMITTED TO BUDGET TEAM: *12-5-01*

__✓__ RELOCATION APPROVED. THE EFFECTIVE DATE SHOULD BE ESTABLISHED ON OR AFTER *12/5/01*.

_____ RELOCATION DISAPPROVED. REASON _____

_____

_(signature)_ 

HEADQUARTERS BUDGET TEAM SIGNATURE        DATE *12/5/01*