Carlos Atkinson, Complainant, v. Tom Ridge, Secretary, Department of Homeland Security, Agency

Appeal No. 01A34452 Agency No. TD 02-2207

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

2003 EEOPUB LEXIS 6821

December 2, 2003

ISSUEDBY: [*1] For the Commission by Carlton M. Hadden, Director, Office of Federal Operations

OPINION:
DECISION

Pursuant to 29 C.F.R. § 1614.405, the Commission accepts the complainant's appeal from the agency's final decision in the above-entitled matter. Complainant alleged that the agency had discriminated against him on the basis of age (D.O.B. 05-26-40) when on December 4, 2001, complainant was not selected for the position of Supervisory Customs Inspector GS-13.

After a review of the record in its entirety, including consideration of all statements submitted on appeal, it is the decision of the Equal Employment Opportunity Commission to affirm the agency's final decision because the preponderance of the evidence of record does not establish that discrimination occurred.

LOAD-DATE: December 16, 2003

DEFENDANT'S EXHIBIT 12
C.A. B-04-039