UNSWORN DECLARATION

SUBJECT: Discrimination Complaint of Carlos Atkinson and Paul H. O'Neill, Secretary of the Treasury, TD Case Number 02-2207.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY In accordance with the provisions of 28 U.S.C. 1746, T, the undersigned, Carlos Atkinson, do hereby make the the following unsworn declaration, under penalty of perjury, pertinent to the above stated subject:

State your name, Job title, grade, duty location, organizational unit, age and date of birth.

I, Carlos Atkinson, state that I am 61 years of age (DOB: ▮/41). I am employed by the U.S. Treasury Department. U.S. Customs as a Customs Supervisory Inspector, GS-1890-12 in Brownsville, Texas.

Detail briefly your prior involvement in the EEO process. Include in your response the issue(s) involved the management official(s) involved, the date of the EEO complaint, and the outcome of the complaint.

I do not understand the reason for your question. I do not have and previous EEO complaints against Mr. Gurdit Dhillon. He was the only person who interviewed me for the GS-1890-13 promotion which I applied for.

Briefly describe the performance standards for the position of GS-1890-13 Supervisory Customs Inspector.

Even though, I have acted as a Chief Inspector before, I cannot officially respond to this question.

Provide a brief description of your prior work experiences, education, job training, supervisory experience, and work skills that qualifies you for the position of GS-1890-13 Supervisory Customs Inspector.

My qualification requirements have been met because I was placed on the referral list. Civilian personnel established the requirements.

Detail the specific incidents surrounding the allegation that you were not selected for the position of Supervisory Customs Inspector, GS-1890-13 under Job Vacancy No. BLTN-01-014-JJP because of your age.

Specifically, I was not given proper consideration for the promotion based on my experience because of my age. I was asked two questions during the interview.

State specifically why you feel you were not selected for the position of Supervisory Customs Inspector GS-1890-13 with Job Vacancy No. BLTN-01-014JJF.

Specifically, I was not given proper consideration for the promotion based on my experience because of my age. I was asked two questions during the interview.

State the date, time, location, and identity the persons present when you were interviewed for the position of GS-1890-13 Supervisory Customs Inspector. Identify all persons present by name, job title, grade, series, and age category.

At approx 1 PM during the Month of November 2001, I was interviewed by Director of Field Operations, Mr. Gurdit Dhillon at the conference room, at the Gateway Bridge, Brownsville, Texas. He was the only one present and was aprrox 61 years old.

DEFENDANT'S EXHIBIT 13 C.A. B-04-039

42

State specifically what occurred during the questioning process when you were interviewed for the position of Supervisory Customs Inspector, GS-1890-13 under Job Vacancy No. BLTN-01/01-014JJF that caused you to feel that you were being discriminated because of your age.

I felt discriminated against because of my age because Mr. Dhillon was not interested in asking me about my vast Customs experience and job knowledge in supervising the Seaport, Airport, Bridge and Railroad stations. He did not asked me how long I had work for the Customs Service or how I liked my job. He looked at me as an old Supervisor with nothing to offer, his mind was already made up that the position would not be offered to any Brownsville supervisor.

State and/or explain the interview questions, your response to interview questions, and any feedback you were given during the interview process for the position of Supervisory Customs Inspector, GS-1890-13 under Job Vacancy No. BLTN-/01-014JJF as they relate specifically to the position for which you were applying.

When I was asked by Mr. Dhillon what I would do if I became a Chief Inspector, I told him that I would try my best to communicate with all employees and motivate them to become productive and excellent officers. The other question he asked me was, how I would handle traffic management. I told Mr. Dhillon that we had outstanding experienced employees that could handle traffic effeciently and professionally. I told him that approx 98% of the people were good and honest travelers. That our inspectors would be able to send the suspicious people into secondary inspection and release the other travelers into the United States. During slow times of traffic, extra efforts would be taken to address Enforcement Operations. I was not given any feedback at all by Mr. Dhillon. He did not touch on the areas of the Seaport, Airport or Railroad which are very critical in the area of Enforcement.

State and/or explain exactly what questions were asked of you and your response to the specific questions regarding your relatives during the interview process for the position of Supervisory Customs Inspector, GS-1890-13 under the Job Vacancy No. BLTN-/01-014JJF.

During the interview, Mr. Dhillon asked me about the Disiciplinary Action Case against my son, Senior Inspector, Charles Atkinson. I felt very awkward and intimidated by his questioning of an issue that was not revelant on the matter at hand. I told him that the only thing I knew was that my son's Supervisor Jaime Castillo had said that my son, Charles, had not chase anybody from the B&M bridge but instead had gone to the Gateway to meet with him. Again, Mr. Dhillon asked me about my other son, CEO David Atkinson stationed at the Port of Hidalgo, Texas. I told him I had not seen him in a while but he was doing alright. My son David is a very aggressive N.T.E.U., union President, who Mr. Dhillon and other managers consider him difficult to deal with. I want to emphazise at this point that the type of questioning from Mr. Dhillon was not proper and professional and I felt I would not be given proper consideration for the promotion.

State why you feel that your experience and qualifications were overlooked when a selection was made for the GS-1890-13 Supervisory Customs Inspector. Explain why overlooking these qualities caused a less qualified individual to be selected to the position under Job Vacancy No. BLTN-/01-14JJF.

I have worked for the U. S. Customs Serive since 1970. I have served and performed all of the duties required in my supervisory capacity. As a Tools of TechnologyI coordinator, I was the Supervisor in charge of all the Non-Intrusive Inspectional Equipment and personnel. I planned, implemented, and coordinated several multiple inspection operations that involved working with the City, County, State and Federal agency personnel with my specially trained Customs Inspectors. I have the knowledge and experience of working and supervising the Airport, Seaport, Railroad, Cargo operations and the multiple bridge passenger processing sections at all Brownsville Port of Entry locations, which covers Port Isabel, Harlingen, Los Indios and Brownsville. I have worked with the commercial trade community, can relate to

43

their problems, and conduct compliance operations within the time tables that are in place.

State why you feel you are better qualified than the selectee for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF

I feel that I am better qualified than the selectee because of my vast experience and job knowledge. Because of my overall expertise in the the area of commercial cargo and bridge operations I have been detailed by the Laredo District office to other Ports of Entry along the Southwest Border. I was also assigned as a member of a Management Review Team to conduct an audit at the Port of Eagle Pass. After conducting the audit and presenting a close out report to the Port Director, Salazar and District Director Audrey Adams, our recommendations were implemented and soon after, excellent results were achieved.

During a management meeting at the Port of Brownsville Supervisor Noe Alcala witness a remark made by Port Director, Margie Gutierrez. Ms Gutierrez stated that Mr. Dhillon, Director of Field Operations had told her, I do not want to tell you what to do, but Chief Aldaz (selectee) does not have the Cargo experience and that I assign him to lthe bridge area. This is what Port Director Gutierrez did, assign him to the bridge. This remark was also witness by Supervisor Jorge Aguilar.

On another occasion Supervisor Jorge Aguilar, at the Gateway Supervisor Room 103, witnessed a remark made by Assistant Port Director Ahern. Mr. Ahern stated that Ms Gutierrez had said that Chief Aldaz did not have the cargo experience. That is why Chief Fred Bonacorsi was assigned to the cargo section and that is why Supervisor Jorge Aguilar was re-assigned to the cargo section because of his expertise in the cargo section.

Based on statements made by Mr. Dhillon and Margie Gutierrez, Mr. Aldaz does not have any Cargo Operations experience snd he has not been required to work that area. The position of Chief Inspector has about eighty percent requirement of KSA's directly related to Cargo operations. I do not understand how Mr. Aldaz qualified for the position. Please understand that I am not making an issue of Mr. Aldaz's qualifications. He made the referral list according to Civilian Personnel office requirements.

Explain the Agency policy for referring candidate for consideration of job vacancy announcements.

I do not know and I have not been made aware of this policy by U.S.Customs civilian personnel office.

State whether or not the agency adhered to/deviated from the policy when it referred candidates forconsideration on under Job Vacancy No. BLTN-/01-014JJF for the position of GS-1890-13 Spervisory Customs Inspector.

I do not know and I have not been made aware of this policy by U.S.Customs Civilian personnel office.

State whether or not Mr. Gurdit Dhillon, CMC Director, stated that your responses to some interview questions were good and other responses were excellent. If so state what questions he was referring to and why he felt the responses to certain questions were good/excellent. State how you became aware of the opinion of Mr. Dhillon.

As far I could see Mr. Dhillon was very pleased with my two answers to his two questions, I fellt I had answered them in an excellent way. I had the opinion of Mr. Dhillon as not being insterested because he never addressed the critical questions, which were the Criterias dealing with the work experience and job knowledge.

State whether or not you had conversations with management regarding why you were not selected for the position of Supervisory Customs Inspector, GS-1890-13 under Job Vacancy No.BLTN-/01-14JJF. If so

44

state when the conversation occurred, who the conversation was with, the content of the conversation and identity of the witnesses to the conversation.

Management did not have any conversations with me regarding why I was not selected for GS-1890-13 Supervisory Customs Inspector.

State whether or not management gave you a reason for not selecting you for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF. If management did provide you with a reason, restate the reason, state who relayed the reason to you, and state when the reason was relayed to you.

I was never given a reason why I was not selected for the GS-1890-13 Supervisory Customs Inspector position. I have concluded that management could not have find a reason to justify my non-selection for the position. I have received personal notes from my Port Director stating, "when you are around great things happen, The Port of Brownsville is so lucky to have a manager such as yourself-you promote teamwork to the maximum. I have this note on file.

State why you feel the reasons management gave you for not being selected for the position GS-1890-13 Supervisory Customs Inspector were not legitimate.

I was never given a reason for not being selected for the GS-1890-13 position.

State why you feel the sole reason you were not selected for the position of GS-1890-13 Supervisory Customs Inspector was discriminating because of your age.

If my qualifications had been properly considered, the selecting and reviewing officials would have discovered that I needed very little additional training, if any, to be proficient and productive immediately upon being promoted., but because of my age I was not given any consideration for promotion.

State whether, or not you are aware of other employees who have been discriminated against because of their age.

Specifically, I do not know of any kind of discrimination that has taken place in Brownsville, Texas. I do know that a white male, about 33 years of age was promoted over several Brownsville Hispanic Supervisors over the age of forty in March 2000, for a Brownsville USCS Chief's position and Mr. Dhillon was the Laredo CMC Director.

State whether or, not you are aware of other employees who have beeb treated more favorably because of their age and because they were younger than you.

At least two younger Supervisors were assigned to replace me as the Tools and Technology Coordinator, NII Supervisor, they had no previous Certification or experience for the position. One of them was a female Canine Supervisor who somehow was allowed to transfer to a Customs Supervisor Inspector position, without having knowledge related to Customs Inspector job requirements.

Provide any information regarding prior actions by the same Management Official that will demonstrate disparate treatment when referring candidates for promotion.

DouglaS Ahern, sbout 33 years of age, was promoted over several Hispanic Supervisors over the age of forty in March 2000, to a Brownsville USCS Chief's position and Mr. Dhillon was the Laredo District Director.

Provide additional information that may be pertinent to the fact of this investigation.



Page 5

Port Director, Margie Gutierrez approached me at a meeting on ,9/4/02, and told me that there was an EEO Inviestigator coming to the Port of Brownsville on the week of the 15h. She said that she had her information ready. I know for a fact and Ms Gutierrez knows that when a selection for a Chief position takes place ,a panel for interviewing candidates is formed so a better selection of the best qualified applicants can be made. Ms Gutierrez has participated in previous panels where a selection of candidates for a Chief Inspector position was made.

In my interview for the Chief position, Mr. Dhillon because of the his previous conflict between Ms Gutierrez, where two separate EEO's were filed against Mr. Dhillon , he chose to interview me in Brownsville while Ms Margie Gutierrez was out of town. Port Director Margie Gutierrez was not allowed to participate in any way on the selection process. This type of situation caused me irreparable harm where my chance for promotion was diminished by Mr. Gurdit Dhillon's actions.and this is also another reason why I did not receive proper consideration for promotion.

Provide a list of witnesses who may be able to attest to the facts of this investigation.

Supervisor Noe Alcala, when he heard the remark made at a meeting , in which Margie Gutierrez, Port Director said that Mr. Dhillon had said that Mr. Aldaz did not have the necessary Cargo operations experience to be Cargo Chief.

Supervisor Jorge Aguilar, when he also witnessed a remark, made by Assistant Port Director, Douglas Ahern, that Margie had said, that Mr. Dhillon had said that Chief Aldaz did not have the necessary Cargo experience for lthe Cargo Chief's position.

Supervisor Thomas Franklin witness a conversation I had with Chief Gilbert Aldaz, at the B&M Bridge where I asked Mr. Aldaz if he had Supervisory Cargo experience. Mr Aldaz told me "no" I only worked in cargo as an inspector.

Margie Gutierrez, Port Director, is aware of what happen during the interview and selection process, and that is, that she was left completely out of the process.

State the remedial relief you are seeking.

Retroactive promotion to GS-1890-13, Supervisory Customs Inspector, effective the date Mr. Aldaz was promoted, at the Port Brownsville, Texas.

Compensation allowed under the law for mental anguish, stress, and other covered damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/10/2002 , at Brownsville, Texas.

*Carlos Atkinson* (signature)
Carlos Atkinson
U.S. Customs Supervisor,
580 Sunshine Road
Brownsville, Texas 78521