IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS ATKINSON )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>THOMAS J. RIDGE[1], Secretary )<br>U.S. DEPARTMENT OF )<br>HOMELAND SECURITY )<br>)<br>Defendant. ) | Case No. B-04-039 |

***ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT***

Today, this Court considered the Defendant's Motion for Summary Judgment, brought pursuant to Rule 56 of the Federal Rules of Civil Procedure. Having considered the pleadings on file, which includes Defendant's motion, argument, and exhibits as well as any response and exhibits of the Plaintiff's, this Court finds that the Defendant's motion should be GRANTED.

THEREFORE, JUDGMENT IS RENDERED in favor of the Defendant and against the Plaintiff, Carlos Atkinson, as a matter of law. All costs associated with this case are assessed against the Plaintiff.

Signed: _____

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

---

[1] Thomas J. Ridge is no longer the Secretary of the United States Department of Homeland Security. The Secretary is now Michael Chertoff.