# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| CARLOS ATKINSON,<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIV. NO. B-04-039 |
| | § | |
| THOMAS J. RIDGE, Secretary<br>U.S. Department of Homeland Security,<br>    Defendant. | §<br>§<br>§<br>§ | |

## JUDGMENT

Defendant's Motion for Summary Judgment was granted in this Court's Memorandum Opinion and Order today. Therefore, the Court orders that Plaintiff takes nothing.

Signed this 23rd day of January, 2006.

_____
Andrew S. Hanen
United States District Judge