```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION

CARLOS ATKINSON                    }
                                   }
                                   }
                                   }
VS.                                }  CIVIL ACTION NO. B-04-037
                                   }
THOMAS J. RIDGE, IN HIS            }
OFFICIAL CAPACITY AS               }
SECRETARY, U.S. DEPARTMENT         }
OF HOMELAND SECURITY, U.S.         }
CUSTOMS & BORDER PROTECTION        }
```

*********************************************************

ORAL DEPOSITION OF

GURDIT DHILLON

November 8, 2005

*********************************************************

ORAL DEPOSITION OF GURDIT DHILLON, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 8th of November, 2005 from 1:27 p.m. to 4:02 p.m., before Tracie L. Wilson, CSR in and for the State of Texas, reported by machine shorthand, at the United States Attorney's Office, 600 East Harrison, Brownsville, Texas, pursuant to the Rules of Federal Procedure and the provisions attached hereto.

*WILSON REPORTING SERVICES*
*(956) 412-5700*

COPY

2

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3        Mr. Denis Downey
          LAW OFFICE OF DENIS DOWNEY
 4        1185 East Ruben M. Torres Sr. Boulevard
          Brownsville, Texas   78521
 5

 6    FOR THE DEFENDANTS:

 7        Ms. Nancy Masso
          U.S. ATTORNEY'S OFFICE
 8        600 East Harrison
          Brownsville, Texas   78520
 9
              - and -
10
          Ms. Patricia L. Makin
11        OFFICE OF ASSOCIATE CHIEF COUNSEL
          CUSTOMS AND BORDER PROTECTION
12        2323 South Shepherd, Suite 1246
          Houston, Texas   77019
13

14    ALSO PRESENT:

15        Mr. Carlos Atkinson, Plaintiff

16

17

18

19

20

21

22

23

24

25
```

*(956) 412-5700*

```
 1   had a specific operational need, and I made the decision
 2   accordingly.
 3       Q.   Well, you've used the term "specific need".
 4   Would you define that for me?
 5       A.   In this situation for Brownsville?
 6       Q.   Well, in any -- what do you mean when you use
 7   that phrase, "specific operational need"?
 8       A.   In context with the Port of Brownsville, the
 9   enforcement posture, the results that they were getting
10   for a port that size, to me, I felt, was lacking, was
11   deficient.
12       Q.   Are you saying that there were insufficient
13   seizures?
14       A.   That's correct.
15       Q.   What percentage of commercial vehicles are
16   inspected in Brownsville?
17            MS. MASSO:  Can you give us a time frame
18   when you're talking about?
19   BY MS. DOWNEY:
20       Q.   Well, during the period that you are alleging
21   that there was an operational problem of inaccurate
22   number of procedures being made in Brownsville, what
23   percentage, if you know, of the commercial vehicles were
24   being inspected at this port?
25       A.   So you're asking me a question of what's
```