UNSWORN DECLARATION          HARRIS COUNTY                    STATE OF TEXAS

## UNSWORN DECLARATION

Subject: David J. Lambrix applied for promotion to a vacant GS-1890-13, Supervisory Chief Inspector in Brownsville, Texas, on vacancy announcement BLTN-/01-014 JJF, opening date 7/18/01 and closing date 8/7/01. Gurdit Dhillon stated on an "UNSWORN DECLARATION" dated September 27, 2002 that he "personally did the interviews of all candidates on the BQL". David J. Lambrix was on a certified referral list dated 9/24/01 for consideration for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, Texas.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY In accordance with the provisions of 29 U.S.C. 1746, the undersigned, DAVID J. LAMBRIX, do hereby make the following Unsworn Declaration Under Penalty of Perjury, pertinent to the above stated subject. I, _David Lambrix_, do hereby;
Print Name

1. Please state your name and address.
   David J. Lambrix
   2134 Middle Creek Dr.
   Kingwood, TX 77339

2. Please state your present job title, job series and grade and job location.
   Supervisory CBP Officer /1895/ GS-12 Step 7
   Houston, TX

3. Please state your job title, job series and grade, when you applied in August 2001 for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, TX., under Promotion Bulletin Number BLTN-/01-014 JJF.
   Senior Customs Inspector /1890/ GS-11 Step 10
   Houston, TX
   Former
   Supervisory Customs Inspector Course Developer Instructor /1890/ GS-12
   Glynco, GA.

P-2

4. Gurdit Dhillon stated on an "UNSWORN DECLARATION" dated September 27, 2002 that he did the interviews of all candidates on the BQL. Please state for the record the date you were notified that you were going to be interviewed for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, TX..

    Can't Recall a date on talking to Mr. Dhillon about Brownsville.

5. Please state if at the time of notification of your interview, for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, TX., after Sept. 24, 2001, you were offered any kind of paid government transportation to Laredo, Texas.

    I was not offered.

6. Please state what type of interview methods were offered to you for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, TX.. (interview via telephone, drive or fly to Laredo, Texas.)

    Wasn't interviewed that I recall.

7. Please state the date and location if you were interviewed for consideration for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, TX., by Gurdit Dhillon between Sept. 24, 2001 and Dec. 04, 2001. N/A

8. Please state how many questions you were asked during the interview, if you were interviewed, for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, TX., by Gurdit Dhillon after September 24, 2001. N/A

9. Please state the context of the questions you were asked for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, TX., by Gurdit Dhillon after Sept.24, 2001.

    N/A

10. Please state if you were available for the interview for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, TX., after Sept. 24, 2001.

    I would have been Available if Notified

11. If you were not available for interview for promotion to GS-1890-13, Supervisory Chief Inspector in Brownsville, TX., please state the reason.

    N/A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

8/22/05
Date

_[signature]_
Signature