```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     BROWNSVILLE DIVISION

 3   CARLOS ATKINSON               }
                                   }
 4                                 }
                                   }
 5   VS.                           } CIVIL ACTION NO. B-04-037
                                   }
 6   THOMAS J. RIDGE, IN HIS       }
     OFFICIAL CAPACITY AS          }
 7   SECRETARY, U.S. DEPARTMENT    }
     OF HOMELAND SECURITY, U.S.    }
 8   CUSTOMS & BORDER PROTECTION   }

 9

     ***************************************************
10
                       ORAL DEPOSITION OF
11
                         GILBERT ALDAZ
12
                        November 8, 2005
13
     ***************************************************
14
```

      ORAL DEPOSITION OF GILBERT ALDAZ, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 8th of November, 2005 from 4:17 p.m. to 5:15 p.m., before Tracie L. Wilson, CSR in and for the State of Texas, reported by machine shorthand, at the United States Attorney's Office, 600 East Harrison, Brownsville, Texas, pursuant to the Rules of Federal Procedure and the provisions attached hereto.

WILSON REPORTING SERVICES
(956) 412-5700


P-3 COPY

```
 1                        A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3        Mr. Denis Downey
          LAW OFFICE OF DENIS DOWNEY
 4        1185 East Ruben M. Torres, Sr. Boulevard
          Brownsville, Texas   78521
 5

 6    FOR THE DEFENDANTS:

 7        Ms. Nancy Masso
          UNITED STATES ATTORNEY'S OFFICE
 8        600 East Harrison
          Brownsville, Texas   78520
 9
              - and -
10
          Ms. Patricia L. Makin
11        OFFICE OF ASSOCIATE CHIEF COUNSEL
          2323 South Shepherd, Suite 1246
12        Houston, Texas   77019

13
      ALSO PRESENT:
14
          Mr. Carlos Atkinson, Plaintiff
15

16

17

18

19

20

21

22

23

24

25
```

1  It was my understanding that there was an opening in
2  cargo in Brownsville, and there was an acting chief of
3  cargo. Was it your understanding that you were applying
4  for a cargo position or just a supervisor's position?
5      A.  My understanding was a supervisory customs GS
6  13.
7      Q.  Okay. And when was it you first met
8  Mr. Dhillon?
9      A.  Mr. Dhillon? Well, -- well, I met him, I
10 guess, when I was in El Paso. I mean, I did meet him
11 because he was our DFO there. Not see -- I mean I
12 hardly ever got to see him because I was at the front
13 line and he was at the main office.
14     Q.  And can you recall those instances where you
15 saw him? Were they at special events or were they just
16 maybe meeting in the hallway?
17     A.  Well, at times he would come to the port -- at
18 different ports to, I guess, observe the operations, and
19 he would present himself to the inspectors at various
20 times.
21     Q.  Okay. And it's my understanding, based on your
22 application and testimony of some other witnesses, that
23 your supervisory experience in El Paso was passenger.
24     A.  At the time I got selected, yes, sir, it was
25 passenger.