## UNSWORN DECLARATION

**SUBJECT:** Discrimination Complaint of Carlos Atkinson and Paul H. O'Neill,

Secretary of the Treasury, TD Case Number 02-2207.

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**
In accordance with the provision of 28 U.S.C. 1746, I, the undersigned, Gurdit Dhillon, do hereby make the following unsworn declaration, under Penalty of perjury, pertinent to the above stated subject:

*State your name, job title, grade, series, duty location, organizational unit, and your age (including date of birth).*

I, Gurdit Dhillon, state that I am employed by the U. S. Treasury Department, U. S. Customs, a GS-340-01 Director at the South Texas Customs Management Center (CMC) in Laredo, Texas. I am 62 years of age (DOB: 05-26-40).

*Describe your professional relationship with the complainant, Mr. Carlos Atkinson.*

Four levels of supervision separate me from the complainant.

*State whether or not you are aware how old Mr. Atkinson is. If so, state when you first became aware of his age and state how you became aware of his age.*

I do not know Mr. Atkinson's age.

*Describe your professional relationship with the selectee, Mr. Gilbert Aldaz.*

In El Paso, four levels of supervision separated me from Mr. Aldaz. Here in Laredo, it is three levels. In both locations, my relationship with Mr. Aldaz has strictly been work-related.

*State whether or not you are aware how old Mr. Aldaz is. If so, state when you first became aware of his age and state how you became aware of his age.*

I do not know Mr. Aldaz' age.

*State whether or not you worked with Mr. Aldaz when he was assigned to the El Paso location. If so, explain your professional relationship with Mr. Aldaz when he was assigned to the El Paso location.*

It has been a professional relationship - work-related. When I interviewed Mr. Aldaz, I did not recognize him; however, his name was familiar to me.

*State the extent of your involvement in the ranking/interview/recommending/selection process for the position of GS-1890-13 Supervisory Customs Inspector announced under Vacancy No. BLTN-/01-014JJF.*

I personally did the interviews of all candidates on the BQL. I subsequently recommended Mr. Aldaz to the selecting official.

***Identify the names of other individuals who may have been involved in the ranking/interview/recommending/selection process for the position of GS-1890-13 Supervisory Customs Inspector position announced under Vacancy No. BLTN-/01-014JJF. State the extent of the involvement of each individual in the process.***

My involvement was with the interviews and recommendation process.

***Explain the selection process from the time the position for the GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF was announced to the point when the candidates were referred to you for an interview.***

A Job Vacancy Announcement was advertised. Interested individuals put in. A raking panel convened and a BQL was established. The application package with the BQL was sent to me for a recommendation. I interviewed all applicants.

***Respond to the allegation that the BQ list may have been expanded because it appeared that the normal merit promotion procedures were deviated from when 12 candidates were referred on the BQ list for one position.***

I have no knowledge concerning this issue.

***Respond to the allegation that the area of consideration for the selectees for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF should have been restricted to Brownsville, Texas.***

Areas of consideration for the position at the GS-1890-13 level usually gets wide exposure.

***Respond to the allegation that going outside the Brownsville, Texas area for candidates for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF was part of management's current pattern of selecting young, White candidates from outside of Brownsville to fill supervisory positions in Brownsville, Texas.***

Mr. Aldaz is a Hispanic male.

***Compare the qualifications of the Complainant, Mr. Carlos Atkinson, with that of the selectee, Mr. Gilbert Aldaz.***

In my review of both candidates' application package and interview process, Mr. Aldaz was able to better articulate how his qualification (KAS) exceeded that of all other candidates.

***From your knowledge of Mr. Aldaz's experience, what qualifications did he have that made him best qualified for a GS-13 supervisory position?***

His overall knowledge, abilities, and skill were supported in his application package. He better cited in his application package and interview process how he possessed these skills to a greater extent than the complainant.

*Explain whether or not there were deviations in Agency policy or procedures during the selection process under Job Vacancy No. BLTN-/01-014JJF for the position of GS-1890-12 Supervisory Customs Inspector. If there were deviations, explain why.*

I am not aware of any deviation in agency policy or procedures reference this vacancy announcement.

*Respond to the allegation that the selectee, Mr. Gilbert Aldaz, received preferential treatment because he did not meet the qualifications for a supervisory position, i.e., he was a supervisor for only year and did not have the specialized experience to meet the qualifications of the GS-13 position/ grade level.*

I am not aware of any preferential treatment given to Mr. Aldaz.

*State the criteria used in the interview process for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF.*

I asked the same questions of all candidates for the job. I was looking for certain response that explained a concept or process I was looking for.

*Explain how the interview questions were determined for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF.*

I decided what questions were to be used for the interview.

*State whether or not each candidate interviewing for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF received the same questions. If not, state why there were different questions used for different candidates.*

They were all asked the same basic questions.

*During the interview with Mr. Atkinson for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF, state whether or not you asked Mr. Atkinson about an incident involving his son, Mr. Charles Atkinson. If so, state specifically what you asked him and why you asked him about the incident.*

I did not ask the complainant about his son, Charles Atkinson's incident.

*During the interview with Mr. Atkinson for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF, state whether or not you asked Mr. Atkinson about his son, Mr. David Atkinson, who is alleged to be a Union President that management believes is difficult to deal with. If so, state specifically what you asked him and why you asked him about his son.*

I did not ask the complainant about his son, David Atkinson's dealing with the union.

49

*Respond to the allegation that these questions asked of Mr. Atkinson during the interview process were inappropriate because the factors involving his sons had no bearing on his qualifications as a supervisor.*

No such questions related to his sons were asked, i.e., incident or union activities.

*State whether or not points were given for answers to the questions during the interviews for the position of GS-1890-13 under Job Vacancy No. BLTN-/01-014JJF. If not, state how it was determined that a response was good or not good.*

I asked a specific question and was looking for certain responses. I did my evaluation of the interview portion based on those responses.

*State what you looked for in determining that the interview responses were good enough to recommend the candidate for selection to the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF.*

The interview process was a part of what was taken into consideration for making a recommendation of a candidate for selection.

*State how the candidates you recommended for selection for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF responded in the interview to obtain your recommendation for the selection?*

Both candidates did well in the interview process. The interview process was a part that was taken into consideration when I made my recommendation I looked at the entire application packages of all candidates to determine which candidate possessed the best KAS for the job. The results of the interview were taken into consideration. Mr. Aldaz did better with his written package in addressing the required criteria. He also did better than the complainant in the interview.

*Explain how the candidate you recommended for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF performed better in the interview process than the complainant, Mr. Atkinson. (Please be as specific as possible in explaining the Complainant's responses to the interview questions and the reason his answer was not good enough for your recommendation for selection.)*

Both candidates did good in the interview process. The interview process was a part that was taken into consideration when I made my recommendation I looked at the entire application packages of all candidates to determine which candidate possessed the best KAS for the job. The results of the interview were taken into consideration. Mr. Aldaz did better with his written package in addressing the required criteria. He also did better than the complainant in the interview.

*Compare the responses to the interview questions given by the selectee, Mr. Aldaz, with the responses given by the complainant, Mr. Atkinson during the interview for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF.*

50

Both candidates did very well in their interviews. However, Mr. Aldaz' responses indicated a better grasp of systems and processes than the complainant. This could be attributed to the fact that Mr. Aldaz gained tremendously in the areas of KAS because of working at one of the largest POE on the southern border compared to the complainant experience gained at a mid-size operation.

*Respond to Mr. Atkinson's allegation that his vast experience and qualifications were overlooked so that a younger candidate would be selected for the position of GS-1890-12 Supervisory Customs Inspector under Job Vacancy No. BLTN-/01-014JJF.*

Age was not taken into consideration when recommending a candidate for the position. I looked the total selection package, in addition to the interview results and then made my recommendation. In the package, I looked for information that supported the applicants' abilities, knowledge, and skills that they possessed. This information was found in the application package and especially how they addressed the primary criteria of the announcement.

*Respond to Mr. Atkinson's allegation that you told Ms. Margie Gutiterez, Port Director, that Mr. Aldaz did not have the necessary Cargo Operations experience to be Cargo Chief.*

I made no such statement.

*In support of his allegation, Mr. Atkinson states that since September 1999 management has selected young White employees for supervisory positions in Brownsville, Texas. He cites the selection of Mr. Douglas Ahern in the year 2000 to the position of a Supervisory Customs Inspector, GS-1890-13 position in Brownsville, Texas after serving only one year as a supervisor, GS-1890-12, in Hidalgo, Texas. State your involvement, if any, in this selection. If you were involved in this selection, explain to the best of your recollection how this candidate was best qualified.*

I was not involved in this process for I did not arrive in South Texas-Laredo until January 2001.

*Regardless of your involvement in the above selection, respond to Mr. Atkinson's allegation that there has been a trend to hire young candidates for supervisory positions in Brownsville, Texas.*

I am not aware of any such trend.

*State whether or not Mr. Atkinson's age was a factor in determining that he would not be selected for the position of GS-1890-13 Supervisory Customs Inspector under Job Vacancy BLTN-/01-014JJ.*

Mr. Atkinson's age was not a factor in the selection process.

*State what other recommendations you have made for the position of GS-1890-13 Supervisory Customs Inspector since in/about January 2002. Provide vacancy announcement numbers, if possible, the name of the candidates recommended, the date of*

51

*the recommendation, the geographical location of the candidate, and the geographical location of the vacant supervisory positions.*

Vacancy Announcement #BLTN-01/003JJF - Progreso, TX (TX-26) - Juan J. Contreras, Effective July 15, 2001
Vacancy Announcement #BLTN-/01-003JJF - Roma, TX (TX-28) - Lydia N. Garcia. Effective August 12, 2001

*Provide any additional information that you deem relevant to the facts of this investigation.*

None

*Provide the names of witnesses who may be able to attest to the above statements that you have made.*

N/A

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on **September 27, 2002**, at **Laredo, Texas**.*
            *(Date)*              *(City/State)*

Gurdit S. Dhillon
Director, Field Operations
U.S. Customs Service
South Texas Customs Management Center

109 Shiloh Dr., Suite 300
Laredo, TX  78045
*(Name/Title/Address)*

52