```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                   BROWNSVILLE DIVISION

 3   CARLOS ATKINSON              }
                                  }
 4                                }
                                  }
 5   VS.                          } CIVIL ACTION NO. B-04-037
                                  }
 6   THOMAS J. RIDGE, IN HIS      }
     OFFICIAL CAPACITY AS         }
 7   SECRETARY, U.S. DEPARTMENT   }
     OF HOMELAND SECURITY, U.S.   }
 8   CUSTOMS & BORDER PROTECTION  }

 9
     ****************************************************
10
                        ORAL DEPOSITION OF
11
                          GILBERT ALDAZ
12
                        November 8, 2005
13
     ****************************************************
14

15

16

17        ORAL DEPOSITION OF GILBERT ALDAZ, produced as a

18   witness at the instance of the Plaintiff, and duly

19   sworn, was taken in the above-styled and numbered cause

20   on the 8th of November, 2005 from 4:17 p.m. to 5:15

21   p.m., before Tracie L. Wilson, CSR in and for the State

22   of Texas, reported by machine shorthand, at the United

23   States Attorney's Office, 600 East Harrison,

24   Brownsville, Texas, pursuant to the Rules of Federal

25   Procedure and the provisions attached hereto.
```

*WILSON REPORTING SERVICES*
*(956) 412-5700*

P-5 COPY

```
 1                      A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3       Mr. Denis Downey
         LAW OFFICE OF DENIS DOWNEY
 4       1185 East Ruben M. Torres, Sr. Boulevard
         Brownsville, Texas   78521
 5

 6   FOR THE DEFENDANTS:

 7       Ms. Nancy Masso
         UNITED STATES ATTORNEY'S OFFICE
 8       600 East Harrison
         Brownsville, Texas   78520
 9
             - and -
10
         Ms. Patricia L. Makin
11       OFFICE OF ASSOCIATE CHIEF COUNSEL
         2323 South Shepherd, Suite 1246
12       Houston, Texas   77019

13
     ALSO PRESENT:
14
         Mr. Carlos Atkinson, Plaintiff
15

16

17

18

19

20

21

22

23

24

25
```