# Manager Of The Year Awards

**Eileen E. Farrell**
*Resident Agent in Charge*
*Office of Internal Affairs*
*Chicago, Illinois*

In recognition of her outstanding management accomplishments during FY 2000. She has excelled in all areas of office management—operations, administration, and internal/external relations. Despite a 95 percent transition of personnel as a result of the IA/OI rotations, the Chicago office was one of IA's most productive offices responsible for addressing and resolving several of Customs most challenging situations



**Margie Gutierrez**
*Port Director*
*Office of Field Operations*
*Brownsville, Texas*

In recognition of her commitment and dedication in developing her port strategy, resulting in a tremendous amount of positive changes in a very short time frame. Ms. Gutierrez's major accomplishments include the development of a comprehensive plan in the form of a "PortMatrix," the expansion of the BCI Program, increased compliance in the trade process and preprimary roving and enforcement operations, and institution of the system of accountability for Non-Intrusive Technology. She has created a high performance climate for the personnel she manages. Ms. Gutierrez has demonstrated the ability to provide clear direction that focuses on results and the mission of the U.S. Customs Service.

Commissioner's Annual Awards Ceremony

P-7

**Commissioner's Annual Awards Ceremony**

## U.S. Customs Service
## October 20, 2000
## Ronald Reagan Building Amphitheater

| | |
|---|---|
| *Musical Selections* | U.S. Marines Brass Quintet |
| *Presentation of the Colors* | Customs Color Guard |
| *The National Anthem* | U.S. Marines Brass Quintet |
| *Video Presentation* | "U.S. Customs Professionals – Ever Vigilant" |
| *Remarks* | Secretary Summers |
| *Address* | Commissioner Kelly |
| *Presentation of the Awards* | Commissioner Kelly |
| *Closing Remarks* | Commissioner Kelly |
| *Video Presentation\** | "Up, Up and Away" |

*\*Segment from IMAX movie produced for the Smithsonian Institution*