```
Author:  MARGIE F GUTIERREZ at PORT-BROWNSVILLE-1
Date:    10/10/2001  6:09 PM
Priority: Urgent
Receipt Requested
TO: DOUGLAS A AHERN at PORT-LOS_TOMATES-1_PO, JESUS L BAEZ at PORT-LOS_TOMATES-1_PO,
    ALFRED A BONACORSI, BARRY L JOHNSTON at PORT-LOS_TOMATES-1_PO,
    EUTIMIO RUEDAS at POE-LOS_INDIOS-1_PO, JORGE I AGUILAR at PORT-LOS_TOMATES-1_PO,
    NOE ALCALA, CARLOS ATKINSON at PORT-LOS_TOMATES-1_PO, JAIME CASTILLO,
    JOSE Delossantos, JOHN DEPUTY, OSCAR L ELIZALDE, THOMAS P FRANKLIN, JOSE J GALVAN,
    JESUS S GARCIA at PORT-LOS_TOMATES-1_PO, OBED P GONZALES at POE-LOS_INDIOS-1_PO,
    OSCAR MARTINEZ, Z J MEDINA, WAYNE MICHAELS, ELIA OCHOA, RUDY OCHOA,
    FELICIANO N RAMOS at POE-LOS_INDIOS-1_PO, NOE RIVERA at POE-LOS_INDIOS-1_PO,
    MICHELLE M SANCHEZ at PORT-LOS_TOMATES-1_PO, JESUS H TREVINO at PORT-LOS_TOMATES-1_PO,
    RUBEN VARGAS at PORT-LOS_TOMATES-1_PO, MARGIE F GUTIERREZ
Subject: CHANGES OF AREAS OF RESPONSIBILITIES FOR CHIEF INSPECTORS
------------------------------------ Message Contents ------------------------------------
```

All,

Today, the ADP, Chief Inspectors and myself met and we discussed the areas of responsibilities for the Port of Brownsville managers.

There were many changes that were discussed and agreed upon.

The transitions started today and will require up to 30 days to be finalized becuase they require for Chiefs to physically move from current locations.

Changes are as follows:

APD Ahern-- Responsible for Passenger, K-9, Port
            Enforcement(Cargo & Passenger)
            His office will be at Veterans Adm

Chief Baez- Responsible for passenger and FP&F
            His office will be at Gateway

Chief Ruedas-- Responsible for Port Enforcement (Cargo &
            Passenger/Outbound
            BCI/Training and Firearms
            His office will be at Veterans Adm.

Chief Johnston-Responsible for K-9
            Backup for Firearms & Training
            His office will be Veterans Adm.

Chief Bonacorsi- Responsible for Budget, Port Schedules,
            Travel, Property, OWCP, FOIA, OT Budget
            His office will be at Gateway/Entry

Chief Vacant-- Responsible for Port cargo core operations &
            Uniforms
            Office will be at Veterans, Cargo
            Currently occupied with acting Chief
            Jorge Aguilar

We are hoping that these changes will streamline our overall operations. We will be sending out in the near future the new organizational chart.

If anyone has any questions, please feel free to contact me. Most of the supervisory rotations are still scheduled to take place in January, 2002.

P-9