```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION

CARLOS ATKINSON                    }
                                   }
                                   }
                                   }
VS.                                }  CIVIL ACTION NO. B-04-037
                                   }
THOMAS J. RIDGE, IN HIS            }
OFFICIAL CAPACITY AS               }
SECRETARY, U.S. DEPARTMENT         }
OF HOMELAND SECURITY, U.S.         }
CUSTOMS & BORDER PROTECTION        }


      ****************************************************

                        ORAL DEPOSITION OF

                          GILBERT ALDAZ

                         November 8, 2005

      ****************************************************
```

ORAL DEPOSITION OF GILBERT ALDAZ, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 8th of November, 2005 from 4:17 p.m. to 5:15 p.m., before Tracie L. Wilson, CSR in and for the State of Texas, reported by machine shorthand, at the United States Attorney's Office, 600 East Harrison, Brownsville, Texas, pursuant to the Rules of Federal Procedure and the provisions attached hereto.

*WILSON REPORTING SERVICES*
(956) 412-5700



```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3       Mr. Denis Downey
         LAW OFFICE OF DENIS DOWNEY
 4       1185 East Ruben M. Torres, Sr. Boulevard
         Brownsville, Texas  78521
 5

 6   FOR THE DEFENDANTS:

 7       Ms. Nancy Masso
         UNITED STATES ATTORNEY'S OFFICE
 8       600 East Harrison
         Brownsville, Texas  78520
 9
             - and -
10
         Ms. Patricia L. Makin
11       OFFICE OF ASSOCIATE CHIEF COUNSEL
         2323 South Shepherd, Suite 1246
12       Houston, Texas  77019

13
     ALSO PRESENT:
14
         Mr. Carlos Atkinson, Plaintiff
15

16

17

18

19

20

21

22

23

24

25
```

*WILSON REPORTING SERVICES*
*(956) 412-5700*

```
 1        Q.   Okay.  What area did you supervise as a GS-12
 2   in El Paso?
 3        A.   Primarily, I was assigned to the Bridge of the
 4   Americas.  It's known as BOTA, B-o-t-a.  I was selected
 5   by the chief at the time, Mr. Robert Ontiveros.  He
 6   selected several -- well, several supervisors were
 7   assigned to that port.  Under the team council, each
 8   port had so many supervisors assigned.
 9        Q.   Okay.  And that was -- that was a passenger
10   assignment?
11        A.   Yes, it was, sir.
12        Q.   In, you know, evaluating yourself, what do you
13   think was the strongest area of your supervisory
14   enforcement in El Paso?  Was it cargo, drugs, searching?
15   What do you think you had the most strength in?
16        A.   Well, I mean, my enforcement record in itself,
17   I mean -- I don't really limit it -- I mean, the
18   majority of the time, being assigned to passenger -- I
19   have done cargo, air freight, I mean, but, when I was a
20   GS-12, I was assigned to the passenger environment, and
21   my -- I guess my strong point is my enforcement skills,
22   I guess.
23        Q.   Did you have any significant seizures?
24        A.   Yes, sir, several.
25        Q.   Any of them make the newspapers?
```