1

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
           BROWNSVILLE DIVISION

CARLOS ATKINSON              }
                             }
                             }
                             }
VS.                          }  CIVIL ACTION NO. B-04-037
                             }
THOMAS J. RIDGE, IN HIS      }
OFFICIAL CAPACITY AS         }
SECRETARY, U.S. DEPARTMENT   }
OF HOMELAND SECURITY, U.S.   }
CUSTOMS & BORDER PROTECTION  }


*****************************************************

                 ORAL DEPOSITION OF

                   GILBERT ALDAZ

                  November 8, 2005

*****************************************************
```

ORAL DEPOSITION OF GILBERT ALDAZ, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 8th of November, 2005 from 4:17 p.m. to 5:15 p.m., before Tracie L. Wilson, CSR in and for the State of Texas, reported by machine shorthand, at the United States Attorney's Office, 600 East Harrison, Brownsville, Texas, pursuant to the Rules of Federal Procedure and the provisions attached hereto.

WILSON REPORTING SERVICES
(956) 412-5700                    ORIGINAL  P-12

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3        Mr. Denis Downey
          LAW OFFICE OF DENIS DOWNEY
 4        1185 East Ruben M. Torres, Sr. Boulevard
          Brownsville, Texas   78521
 5

 6    FOR THE DEFENDANTS:

 7        Ms. Nancy Masso
          UNITED STATES ATTORNEY'S OFFICE
 8        600 East Harrison
          Brownsville, Texas   78520
 9
              - and -
10
          Ms. Patricia L. Makin
11        OFFICE OF ASSOCIATE CHIEF COUNSEL
          2323 South Shepherd, Suite 1246
12        Houston, Texas   77019

13
      ALSO PRESENT:
14
          Mr. Carlos Atkinson, Plaintiff
15

16

17

18

19

20

21

22

23

24

25
```

      MR. DOWNEY: Yes.

      MS. MASSO: Here's one here and then e's more that follow those. This is the one that ies to you, and on the subsequent pages, they're for r individuals. This is yours. I have shown him the that refers to him. I don't know if that's the one want him to look at.

IR. DOWNEY:

**Q.** Yeah. Like in the middle of that, Mr. Aldaz, :e's a grade of one, exceptional, to five, unable to .uate, and yours has all exceptionals except there two number twos.

**A.** Yes, willing to make decisions and -- well, it ; above average.

**Q.** And, obviously, it's an excellent --

**A.** I mean, I don't know.

**Q.** -- form. Nobody is disputing that. Then if go a little bit further down to Mr. Atkinson's, :h is about four pages after that, I believe.

**A.** Okay.

**Q.** And those are all one's, aren't they?

**A.** Uh-huh.

**Q.** Do you -- is there anything -- you have worked h Mr. Atkinson for some period of time now?

**A.** Yes, sir.