```
[Code of Federal Regulations]
[Title 5, Volume 1]
[Revised as of January 1, 2004]
From the U.S. Government Printing Office via GPO Access
[CITE: 5CFR335.103]

[Page 226-228]
```

TITLE 5--ADMINISTRATIVE PERSONNEL

CHAPTER I--OFFICE OF PERSONNEL MANAGEMENT

PART 335--PROMOTION AND INTERNAL PLACEMENT--Table of Contents

Subpart A--General Provisions

Sec. 335.103  Agency promotion programs.

(a) Merit promotion plans. Except as otherwise specifically authorized by OPM, an agency may make promotions under Sec. 335.102 of this part only to positions for which the agency has adopted and is administering a program designed to insure a systematic means of selection for promotion according to merit. These programs shall conform to the requirements of this section.

(b) Merit promotion requirements--(1) Requirement 1. Each agency must establish procedures for promoting employees which are based on merit and are available in writing to candidates. Agencies must list appropriate exceptions, including those required by law or regulation, as specified in paragraph (c) of this section. Actions under a promotion plan--whether identification, qualification, evaluation, or selection of candidates--shall be made without regard to political, religious, or labor organization affiliation or nonaffiliation, marital status, race, color, sex, national origin, nondisqualifying physical handicap, or age, and shall be based solely on job-related criteria.

(2) Requirement 2. Areas of consideration must be sufficiently broad to ensure the availability of high quality candidates, taking into account the nature and level of the positions covered. Agencies must also ensure that employees within the area of consideration who are absent for legitimate reason, e.g., on detail, on leave, at training courses, in the military service, or serving in public international organizations or on Intergovernmental Personnel Act assignments, receive appropriate consideration for promotion.

(3) Requirement 3. To be eligible for promotion or placement, candidates must meet the minimum qualification standards prescribed by the Office of Personnel Management (OPM). Methods of evaluation for promotion and placement, and selection for training which leads to promotion, must be consistent with instructions in part 300, subpart A, of this chapter. Due weight shall be given to performance appraisals and incentive awards.

(4) Requirement 4. Selection procedures will provide for management's right to select or not select from among a group of best qualified candidates. They will also provide for management's right to select from other appropriate sources, such as reemployment priority lists, reinstatement, transfer, handicapped, or Veteran Readjustment Act eligibles or those within reach on an appropriate OPM certificate. In deciding which source or sources to use, agencies have an obligation to determine which is most likely to best meet the agency mission objectives, contribute fresh ideas and new viewpoints, and meet the agency's affirmative action goals.

(5) Requirement 5. Administration of the promotion system will

P-13

include recordkeeping and the provision of necessary information to employees and the public, ensuring that individuals' rights to privacy are protected. Each agency must maintain a temporary record of each promotion sufficient to allow reconstruction of the promotion action, including documentation on how candidates were rated and ranked. These records may be destroyed after 2 years or after the program has been formally evaluated by OPM (whichever comes first) if the time limit for grievance has lapsed before the anniversary date.

(c) Covered personnel actions--(1) Competitive actions. Except as provided in paragraphs (c)(2) and (3) of this section, competitive procedures in agency promotion plans apply to all promotions under Sec. 335.102 of this part and to the following actions:

(i) Time-limited promotions under Sec. 335.102(f) of this part for more than 120 days to higher graded positions (prior

[[Page 227]]

service during the preceding 12 months under noncompetitive time-limited promotions and noncompetitive details to higher graded positions counts toward the 120-day total). A temporary promotion may be made permanent without further competition provided the temporary promotion was originally made under competitive procedures and the fact that might lead to a permanent promotion was made known to all potential candidates;

(ii) Details for more than 120 days to a higher grade position or to a position with higher promotion potential (prior service during the preceding 12 months under noncompetitive details to higher graded positions and noncompetitive time-limited promotions counts toward the 120-day total);

(iii) Selection for training which is part of an authorized training agreement, part of a promotion program, or required before an employee may be considered for a promotion as specified in Sec. 410.302 of this chapter;

(iv) Reassignment or demotion to a position with more promotion potential than a position previously held on a permanent basis in the competitive service (except as permitted by reduction-in-force regulations);

(v) Transfer to a position at a higher grade or with more promotion potential than a position previously held on a permanent basis in the competitive service; and

(vi) Reinstatement to a permanent or temporary position at a higher grade or with more promotion potential than a position previously held on a permanent basis in the competitive service.

(2) Noncompetitive actions. Competitive procedures do not apply to:

(i) A promotion resulting from the upgrading of a position without significant change in the duties and responsibilities due to issuance of a new classification standard or the correction of an initial classification error; and

(ii) A position change permitted by reduction-in-force procedures in part 351 of this chapter.

(3) Discretionary actions. Agencies may at their discretion except the following actions from competitive procedures of this section:

(i) A promotion without current competition of an employee who was appointed in the competitive from a civil service register, by direct hire, by noncompetitive appointment or noncompetitive conversion, or under competitive promotion procedures for an assignment intended to prepare the employee for the position being filled (the intent must be made a matter of record and career ladders must be documented in the promotion plan);

(ii) A promotion resulting from an employee's position being

classified at a higher grade because of additional duties and responsibilies;

(iii) A temporary promotion, or detail to a higher grade position or a position with known promotion potential, of 120 days or less;

(iv) Promotion to a grade previously held on a permanent basis in the competitive service (or in another merit system with which OPM has an interchange agreement approved under Sec. 6.7 of this chapter) from which an employee was separated or demoted for other than performance or conduct reasons;

(v) Promotion, reassignment, demotion, transfer, reinstatement, or detail to a position having promotion potential no greater than the potential of a position an employee currently holds or previously held on a permanent basis in the competitive service (or in another merit system with which OPM has an interchange agreement approved under Sec. 6.7 of this chapter) and did not lose because of performance or conduct reasons; and

(vi) Consideration of a candidate not given proper consideration in a competitive promotion action.

(vii) Appointments of career SES appointees with competitive service reinstatement eligibility to any position for which they qualify in the competitive service at any grade or salary level, including Senior-Level positions established under 5 CFR Part 319--Employment in Senior-Level and Scientific and Professional positions.

(d) Grievances. Employees have the right to file a complaint relating to a promotion action. Such complaints shall be resolved under appropriate grievance procedures. The standards for adjudicating complaints are set forth in part 300, subpart A, of this chapter. While the procedures used by

[[Page 228]]

an agency to identify and rank qualified candidates may be proper subjects for formal complaints or grievances, nonselection from among a group of properly ranked and certified candidates is not an appropriate basis for a formal complaint or grievance. There is no right of appeal of OPM, but OPM may conduct investigations of substantial violations of OPM requirements.

[59 FR 67121, Dec. 29, 1994, as amended at 63 FR 34258, June 24, 1998]

**United States Office of Personnel Management**

**Operating Manual**

**Qualification Standards for General Schedule Positions**

# GENERAL POLICIES AND INSTRUCTIONS

Part E.3.(d) - E.3.(g)

---

*(d) Crediting experience*—Creditable experience is experience of the type (general or specialized), level, and amount specified in the appropriate standard. Applicants are considered to have satisfied the requirement for 1 year of experience through completion of either 12 months or 52 weeks of creditable work experience, whichever comes first. Similarly, a requirement for 6 months of experience can be met by an applicant with 26 weeks of experience, and a requirement for 3 months of experience can be met by an applicant with 13 weeks of experience. Regardless of the method used to determine the *amount* of qualifying experience, agencies should again note that the qualification standards in this Manual describe minimum requirements only. Therefore, they should ensure that the *quality* of an applicant's experience clearly demonstrates the KSA's necessary to perform the work of the position to be filled.

- If the standard distinguishes between general and specialized experience, general experience cannot be credited as specialized experience. However, specialized experience can be credited as general experience.

- Applicants who meet the experience requirements for a higher grade level in a given series also meet the experience requirements for lower grades in the same series.

- Salary or military rank alone should not be used to determine the level of an applicant's experience. Experience for which the applicant received little or no pay is given the same credit as comparable paid experience.

- Federal employees are assumed to have gained experience by performing duties and responsibilities appropriate for their official series and grade

level as described in their position description. However, experience that would not normally be part of the employee's position is creditable when documented by satisfactory evidence (e.g., a memorandum from the manager or personnel officer, SF-52, or other documentation). Similarly, experience gained in the Federal service under a misassignment or improper appointment is given the same credit as experience under a proper appointment if the applicant submits satisfactory evidence to substantiate his/her claim.

- An employee whose position is upgraded as a result of a reclassification is considered to meet the qualification requirements of the upgraded position, since he or she has been performing the higher-graded work. However, employees must meet any licensure or certification requirements, as well as any minimum educational requirements or the provisions on p.II-15, E.4.(g).

- Appropriate experience gained while on detail or in "mixed-grade" or "mixed-series" positions is creditable when satisfactorily documented. Credit is given for the percentage of time that the applicant spent on the qualifying duties. Also see paragraph (i) on crediting experience gained on detail, and E.10. on crediting supervisory experience.

*(e) Crediting one-grade interval or wage grade experience*—Technician, paraprofessional, and substantive clerical support experience may be qualifying for two-grade interval positions, and wage grade experience may be qualifying for General Schedule positions, *if* the experience demonstrated the KSA's required to perform the work successfully. This is true for either lateral or promotion actions.

The basic requirements for type and level of experience and/or education apply to all applicants, whether their experience has been in the same occupation as the position being filled or in related support or wage grade occupations. Work experience that included both qualifying and nonqualifying duties is credited based on the percentage of time spent on the creditable experience.

Applicants with specialized experience can have that experience credited towards meeting the basic requirements for professional occupations that permit qualification on the basis of experience as well as education. Such experience may be creditable not only for meeting the basic requirements, but also for positions at GS-7 and above if it is comparable to that which would have been gained in a two-grade interval professional series and clearly demonstrates that the applicant has the necessary background to perform satisfactorily the duties of the position to be filled.

Since two-grade interval positions may differ significantly in the nature of the work (e.g., greater independence, responsibility, and judgment), it is important that applicants be evaluated on the variety and progressive nature of their work assignments and on any applicable training or course work completed.

*(f) Determining normal work week/work year--* Credit is given based on the normal work week and work year for the particular type of employment. Experience that involved less than the normal work week or work year is credited based on the relation it bears to the norm. Work weeks/work years are credited as follows:

- In most occupations, the normal full-time work week is 35-40 hours and the normal work year is 12 months. Employees are not expected to work during scheduled days off, holidays, or normal vacation periods.

- In occupations where the normal work year is less than the calendar year, e.g., teaching, an applicant who works the prevailing work year should be credited with a full year of required experience unless the applicable standard specifies otherwise. An applicant who receives a full year's credit for less than 12 months of actual work cannot gain additional credit for doing more of the same work in the remaining months (e.g., for teaching in summer school). However, credit can be given for any applicable experience gained in a different type of work, but no more than 1 year of experience can be credited for any 12-month period.

- Part-time work is prorated in crediting experience. For example, an employee working 20 hours per week for a 12-month period should be credited with 6 months of experience. Creditable experience should generally be determined on the basis of hours in a pay status (excluding overtime) rather than scheduled hours in order to recognize the service of part-time employees who frequently are required to work additional straight-time hours.

  Applicants who have the same amount of experience should generally receive the same credit. For example, a seasonal employee who worked full time for 9 months a year and a part-time employee who worked 30 hours a week for a year would receive the same credit. However, as stated in paragraph *(d),* agencies should ensure that the quality of an applicant's experience clearly demonstrates the KSA's necessary to perform the work of the position to be filled. Agencies should be careful in totaling small segments of time worked to ensure that they materially add to a person's qualifications, e.g., that substantive knowledge or skills have been gained.

- Employees who entered military duty or who sustained compensable injuries on the job while serving under a career or career-conditional appointment will receive credit for experience on a different basis. See 5 CFR 353, *Restoration to Duty From Military Service or Compensable Injury.* (Also see paragraph *(k)* on *Military experience,* that follows, to determine how to credit military leave as experience.)

Instances may occur where applicants worked significantly less than their scheduled hours. For example, applicants may have been employed normally on a full-time, part-time, or seasonal basis, but took extended leave. In such

instances, it would be reasonable to evaluate any significant consecutive period of leave (e.g., 35 work days or more in a year) to deter-mine whether it effectively reduces the applicant's qualifications for a position.

*(g) Concurrent experience in more than one position*--Concurrent experience can be credited as follows:

- *General experience*--Credit may be given for general experience gained concurrently in more than one position depending on its applicability. If the experience meets the requirements of the standard, credit should be given for the time, excluding overtime, worked in each position. However, credit can be given for only 1 year of experience for any 12-month period. For example, a person who worked full time in each of two clerical positions for over 6 months during a 12-month period, performing duties comparable to the GS-3 level, can only be credited with a year of general clerical experience.

- *Specialized Experience*--Concurrent, straight-time experience in a second position can be credited towards meeting specialized experience requirements only if it contributes significantly to the applicant's possession of the specific KSA's required for the position to be filled. However, credit may be given for only 1 year of qualifying experience for any 12-month period.

 

- To Top of This Page
- To Qualifications Standards Front Page
- To OPM Web Site Index
- To OPM Home Page

*Page created 22 March 1999*

United States Office of Personnel Management

Operating Manual



# Qualification Standards for General Schedule Positions

Group Coverage Qualifications Standards for

# Administrative and Management Positions

*The text below is extracted verbatim from Section IV-A (pp.13-17) of the **Operating Manual for Qualification Standards for General Schedule Positions** [MANUAL], but contains minor edits to conform to web-page requirements.*

Group Qualification Standards for Admin. and Mgt. Positions    Page 1 of 1

**USING SELECTIVE FACTORS FOR POSITIONS COVERED BY THIS STANDARD**

Selective factors must represent knowledge, skills, or abilities that are essential for successful job performance and cannot reasonably be acquired on the job during the period of orientation/training customary for the position being filled. For example, while the individual occupational requirements for Recreation Specialist provide for applicants to meet minimum qualifications on the basis of education or experience in any one of a number of recreational fields, a requirement for knowledge of therapeutic recreation may be needed to perform the duties of a position providing recreation services to persons with physical disabilities. If that is the case, such knowledge could be justified as a selective factor in filling the position.