United States District Court
Southern District of Texas
FILED

FEB 0 9 2006

Michael N. Milby
Clerk of Court

| AO435 (Rev. 5/88) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| Read Instructions on Back. | TRANSCRIPT ORDER | |

| 1. NAME Nancy L. Masso | 2. PHONE NUMBER (956) 548 - 2554 | 3. DATE 02-09-2006 | |
|---|---|---|---|
| 4. MAILING ADDRESS 600 E. Harrison, #201 | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE 78520 |
| 8. CASE NUMBER C.A. B-04-039 | 9. JUDICIAL OFFICIAL Andrew S. Hanen | DATES OF PROCEEDINGS | |
| | | 10. FROM 05-27-2004 | 11. TO 05-27-2004 |
| 12. CASE NAME Carlos Atkinson v. Thomas J. Ridge | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☒ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATES(S) | PORTION(S) | DATES(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | Initial Pretrial and | 05-27-2004 |
| ☐ OPINION OF COURT | | Scheduling Conference | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17 ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE
19. DATE 02-09-2006

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE 2-9-06 | BY D. Ahumada | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(All previous editions of this form are cancelled and should be destroyed)

This form was electronically produced by Elite Federal Forms, Inc