IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS ATKINSON ) | |
| ) | |
| Plaintiff, ) | Case No. B-04-039 |
| ) | |
| v. ) | |
| ) | |
| THOMAS J. RIDGE, Secretary ) | |
| U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |

### ORDER DENYING PLAINTIFF'S MOTION FOR NEW TRIAL/RECONSIDERATION/CLARIFICATION

Today, this Court considered the "Plaintiff's Motion for New Trial/Reconsideration/Clarification". Having considered the motion, exhibits and arguments lodged both in favor of the motion and against it, this Court finds that the Plaintiff has failed to sustain his burden demonstrating that (1) he is entitled to relief, or (2) that he was the victim of age discrimination.

THEREFORE, IT IS ORDERED THAT

"Plaintiff's Motion for New Trial/Reconsideration/Clarification" be DENIED.

Date: _____

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE